# EXHIBIT 1

# Expert Witness Report
## *Selig v. Islamic Republic of Iran*

### Dr. Daveed Gartenstein-Ross
Chief Executive Officer, Valens Global
March 25, 2021

## I.    Scope of Engagement and Opinion

I have been retained by the Plaintiffs to provide an expert opinion on the evolution of the Taliban; the evolution of the Haqqani network; Iranian support for the Taliban and the Haqqani network; the culpability of the Taliban and Haqqani network in the January 20-21, 2018 attack on the Intercontinental Hotel in Kabul that killed Glenn Selig and Abdullah Waheed; and the culpability of the Taliban and Haqqani network in the May 13-14, 2015 attack on the Park Palace Hotel in Kabul that killed Paula Kantor.

Relying on substantial evidence commonly used by experts in the relevant fields, it is my expert opinion that:

- Before, during, and after the attacks at issue in this case took place, the Haqqani network was officially part of the Taliban, and coordinated its attacks in Kabul closely with other elements of the Taliban.
- After Sirajuddin Haqqani became deputy leader of the Taliban in 2015, the Haqqani network and Taliban became closely integrated, with Sirajuddin Haqqani overseeing all Taliban military operations in Kabul.
- In furtherance of its strategic objectives in the region, Iran has provided the Taliban with wide-ranging, substantial and sustained material support and resources, including safe haven, recruiting, training, financing, weapons, assistance with attack planning and execution, and other high-level support, in Kabul and elsewhere, for more than a decade.
- The Taliban's claims of responsibility for the 2015 attack on the Park Palace Hotel and the 2018 attack on the Intercontinental Hotel were authentic and credible. In my expert opinion, the Taliban organization was in fact responsible for both attacks.
- Iran's material support to the Taliban was reasonably connected to the 2015 Park Palace Hotel attack and the 2018 Intercontinental Hotel attack.

## II.    Qualifications

This section describes my professional background, then discusses the methods I employ in analyzing militant groups and violent non-state actors (VNSAs).

*Professional Background*

1

My professional life has been dedicated to understanding VNSAs' role in the world, and to helping policymakers, government agencies, private companies, and other clients fashion innovative solutions to the challenges that VNSAs pose. I am the Chief Executive Officer of Valens Global, a private commercial firm. In this capacity, I have led numerous client projects that will be detailed in this section. I also hold appointments at think tanks in the United States and Europe. I am a Senior Advisor on Asymmetric Warfare at the Foundation for Defense of Democracies (FDD), a nonpartisan policy institute in Washington, D.C., with which I have been affiliated for around 13 years.[1] I am also an Associate Fellow at the International Centre for Counter-Terrorism – The Hague (ICCT). I have authored several studies for ICCT, some of which required international field research.[2] Past positions I have held include Senior Advisor to the Director of the U.S. Department of Homeland Security's Office for Community Partnerships (2016-17) and Fellow at Jigsaw, a unit within Google that forecasts and confronts emerging threats.[3]

I have experience teaching and lecturing at the university level. From 2013-17, I held an appointment as an Adjunct Assistant Professor in Georgetown University's Security Studies Program, where I taught a graduate course on Violent Non-State Actors. I also held an appointment as a Lecturer at the Catholic University of America, where I taught a graduate course on Violent Non-State Actors and an undergraduate course on Al-Qaeda and Its Affiliates. I have also taught classes for, or held faculty appointments at, the University of Southern California (teaching for the school's Executive Program in Counter-Terrorism) and the University of Maryland (Faculty Research Assistant in the Institute for Advanced Computer Studies, 2013-14). I have also delivered presentations at or for a number of major colleges, universities, and academic conferences, including the American Political Science Association Annual Meeting, the Association for the Study of the Middle East and Africa Annual Conference, Campbell University (Buies Creek, N.C.), Campbellsville University (Campbellsville, Ky.), Columbus State University (Columbus, Ga.), Duke University (Durham, N.C.), the George C. Marshall European Center for Security Studies (Garmisch, Germany), Georgia State University (Atlanta, Ga.), High Point University (High Point, N.C.), Johns Hopkins University, the U.S. Marine Corps Command and Staff College (Quantico, Va.), the National Defence College (Abu Dhabi), the United States Naval Academy (Annapolis, Md.), the New York University School of Law, O.P. Jindal Global University (Sonipat, India), Universität Tübingen (Tübingen, Germany), and Uppsala University (Uppsala, Sweden).

---

[1] I served as FDD's Vice President of Research (2007-10), then as a Senior Fellow (2010-18), and a Non-Resident Fellow (2018-19). For a sense of the work I have done for FDD, see the following books and studies that I authored for the institute, or for which I served as a volume editor: Daveed Gartenstein-Ross et al., *Evolving Terror: The Development of Jihadist Operations Targeting Western Interests in Africa* (Washington, D.C.: FDD Press, 2018); Daveed Gartenstein-Ross et al., *Islamic State 2021: Possible Futures in North and West Africa* (Washington, D.C.: FDD Press, 2017); Daveed Gartenstein-Ross & Jonathan Schanzer eds., *Allies, Adversaries and Enemies: America's Increasingly Complex Alliances* (Washington, D.C.: FDD Press, 2014).

[2] See Daveed Gartenstein-Ross et al., *The Islamic State's Global Propaganda Strategy* (The Hague: ICCT – The Hague, 2016); Daveed Gartenstein-Ross et al., *Raising the Stakes: Ansar al-Sharia in Tunisia's Shift to Jihad* (The Hague: ICCT – The Hague, 2014); Daveed Gartenstein-Ross, *Ansar al-Sharia Tunisia's Long Game: Dawa, Hisba, and Jihad* (The Hague: ICCT – The Hague, 2013).

[3] I worked on several major projects responding to violent extremists' use of online platforms for Jigsaw/Google. Much of the work I undertook for that client remains confidential, but one project, known as the Redirect Method, has been made public. See Andy Greenberg, "Google's Clever Plan to Stop Aspiring ISIS Recruits," *Wired*, September 7, 2016. The website that Jigsaw created to explain the Redirect Method can be found at https://redirectmethod.org/. I led Valens Global's efforts to map the counter-ISIS narrative space on YouTube for this project.

I hold a Ph.D. and M.A. in World Politics from the Catholic University of America, a J.D., *magna cum laude*, from the New York University School of Law, and a B.A. with Honors, *magna cum laude*, from Wake Forest University. I also hold a *10,000 Small Businesses* Certificate of Entrepreneurship, which I received from a program sponsored by the Goldman Sachs Foundation (classes held at Babson College, in Wellesley, Mass.).

As part of my research beginning in approximately 1995, I have traveled overseas to conduct field research or do professional work in numerous countries that are relevant to understanding transnational jihadism.[4] I have reviewed thousands of open-source documents about the jihadist movement in English, French, Spanish, and Arabic. I have served as a consultant and expert on terrorism and national security issues for the U.S., Canadian, and Dutch governments, the European Union, NATO, the Global Counterterrorism Forum, and private organizations. In the course of this work, I have been certified by governmental bodies as an expert on terrorism and jihadist groups on numerous occasions, including for the following projects:

- serving as a Subject-Matter Expert (SME) for U.S. Customs and Border Protection (2017-present). My work has included delivering numerous open-source strategic reports about sub-state violence, including on the topic of the Taliban and Afghanistan; and delivering training and high-level briefings for officials and analysts.
- leading Valens Global's efforts to support the drafting, threat assessment, and crafting of priority actions for the U.S. Department of Homeland Security's *Strategic Framework for Countering Terrorism and Targeted Violence*, which was released in September 2019 and has subsequently guided DHS's approach to confronting terrorism. That document received widespread acclaim, with a member of the *New York Times* editorial board writing that the document "focuses unapologetically on right-wing terrorism, particularly white supremacist extremism," which constitutes "a shift that is both urgently needed and long overdue."[5]
- serving as co-Principal Investigator for a three-year, $1.5 million project for the Office of Naval Research using big data to analyze relationships among jihadist militants to anticipate where fractures are likely to occur in militant organizations. The Taliban and Haqqani network were among the key organizations examined in this project.
- serving as the Principal Investigator for seven different grant-funded research projects related to terrorism and VNSAs for the Mobilizing Insights in Defense and Security (MINDS) program funded by Canada's Department of National Defence, as well as its predecessor program. The grants were awarded from 2016-20.
- designing and delivering lectures on global terrorism for the U.S. Army Corps of Engineers' Individual Terrorism Awareness Course (INTAC), for which I have been one of the lead instructors since June 2016. This course included a full unit on militant groups in Afghanistan, including the Taliban and Haqqani network.
- lecturing for U.S. Army units about to deploy to countries like Afghanistan, Djibouti, Egypt and Iraq through the Naval Postgraduate School's Center for Civil-Military Relations

---

[4] I use the term *jihadist* in this report because it is an organic term, the way that those within the movement refer to themselves. It should be understood that the Arabic word *jihad*, which translates to *struggle*, is a well-established Islamic religious concept with many connotations. Most Muslims interpret the term in significantly different ways than do the self-proclaimed jihadists. For many Muslims, jihad is a peaceful inner struggle to live in accordance with Islam. But Islamist militant organizations that refer to themselves as jihadist groups emphasize the physical warfare aspect of jihad, broadly interpreting when such warfare is justified.

[5] Alex Kingsbury, "Rethinking Counterterrorism," *New York Times*, September 23, 2019.

(CCMR), for which I have taught on over 70 occasions from 2009 to the present. Courses I have taught include The History of Afghanistan and Afghanistan & Its Neighbors.

- serving as a Subject Matter Expert (SME) providing analysis to the U.S. Department of Defense's Joint Improvised-Threat Defeat Organization (JIDO) four times.
- serving as a Subject Matter Expert for the Global Counterterrorism Forum (GCTF). In this capacity, I was the lead SME contributing to the *Berlin Memorandum on Good Practices for Countering Terrorist Use of Unmanned Aerial Systems*.[6] I am currently Serving as a Subject Matter Expert on two separate GCTF projects, one pertaining to watch-listing and the other to maritime terrorist travel.
- serving as the Principal Investigator in 2016-17 for two VNSA-related projects for NATO. In the first, I authored a study proposing a new methodology for monitoring and evaluation (M&E) of counterterrorism capacity-building efforts. In the second, I played a lead role in designing a software platform for M&E of future counterterrorism capacity-building missions.
- organizing and facilitating a 2016 conference in Nigeria, as a European Union-appointed Strategic Communication Expert, helping civil society activists to understand militant groups' use of social media and to forge a strategic action plan for countering it.
- serving as a SME for the U.S. Department of State's Office of Anti-Terrorism Assistance, designing curriculum and leading instruction for the organization.
- leading training for the U.S. Department of Justice's Anti-Terrorism Advisory Council (ATAC) four times.

I have also been court-certified to testify as an expert witness or serve as a litigation consultant on terrorism and jihadist groups in the following federal cases:

- I served as an expert witness on the Taliban in *In the Matter of Abdul Qadir* (Arlington, Va. Immigration Court, 2015).
- On four occasions, I have been admitted as an expert witness on ISIS and its predecessors, which I sometimes refer to as the "Zarqawi organization." The most recent case is *Sotloff v. Syrian Arab Republic* (D.D.C.). Though the judgment in that case is still pending, the Court admitted me as an expert witness and heard my testimony on June 10, 2020. In *United States v. Young* (E.D. Va., 2017), the first criminal prosecution of a U.S. law enforcement officer for material support for ISIS, I served as an expert witness for the prosecution. The defense raised a *Daubert* challenge and my expertise was affirmed by the District Court based on my background, "extensive academic credentials," and "the fact that the United States government uses him for training in these areas." The United States Court of Appeals for the Fourth Circuit affirmed the District Court's decision on appeal, noting that the lower court "reached a reasonable decision in qualifying Dr. Gartenstein-Ross based on his extensive credentials and areas of expertise."[7] I also served as an expert witness on the

---

[6] GCTF is an international forum consisting of 29 countries and the European Union that describes its mission as "reducing the vulnerability of people worldwide to terrorism by preventing, combating, and prosecuting terrorist acts and countering incitement and recruitment to terrorism."

[7] *United States v. Young*, 916 F.3d 368, 380 (4th Cir. 2019).

Zarqawi organization in *Doe v. Syrian Arab Republic* (D.D.C., 2020) and *Foley v. Syrian Arab Republic* (D.D.C., 2017).[8]

- In *Fritz v. Islamic Republic of Iran* (D.D.C., 2018), I served as an expert witness on the Shia militant group Asaib Ahl al-Haq.[9]

- I served as an expert witness on al-Qaeda's activities and capabilities in Kenya in *In the Matter of B.O. in Removal Proceedings* (Boston Immigration Court, 2012).

- I served as an expert witness on al-Shabaab and country conditions in Somalia in the following cases: *In the Matter of A.D.* (Memphis, Tenn. Immigration Court, 2012), *In the Matter of A.A.W.* (Bloomington, Minnesota Immigration Court, 2012), *In the Matter of A.A.I.* (Colorado Immigration Court, 2011), *In the Matter of the Application for Withholding of A.A.M.* (Boston Immigration Court, 2011), and *In the Matter of the Application for Asylum of M.A.A.* (N.J. Immigration Court, 2009).

- In *United States v. Abdul Kareem* (D. Ariz., 2016), I served as a litigation consultant for the defense. The defendant was accused of conspiring to support a domestic ISIS attack in 2015.

In addition to the aforementioned work that required certification as an expert, I have undertaken additional professional work related to VNSAs for various clients. A small sample of this work includes:

- I have designed and led strategic simulations exploring the competition between VNSAs and state actors for major academic institutions like American University, Carnegie Mellon University, Duke University, Georgetown University, and Johns Hopkins University (2015-present).

- I have served as a consultant for the Anti-Defamation League, playing a lead role in producing reports on extremist groups and leading training for domestic law enforcement (2016-present).

- I have produced country-specific and actor-specific analytic reports for three major companies in the oil and gas industry that needed to make investment decisions related to VNSAs or to protect their facilities and personnel (2014-15).

- I served as a Subject Matter Consultant to the private security firm Corporate Risk International for a live hostage negotiation with the Iraq-based militant group Asaib Ahl al-Haq (2008-09).

I have testified about my areas of core competency before the U.S. House and Senate more than a dozen times, as well as before the Canadian House of Commons. Additionally, I am an author with specialized knowledge about the Taliban, Haqqani network, Afghanistan, VNSAs, and jihadism. I am the author or volume editor of twenty-seven books and monographs, and I have written extensively on these topics in peer-reviewed academic publications and the mainstream press. This work is outlined in my Curriculum Vitae, but some relevant selections that pertain to the key issues in this case include:

Books and Monographs

---

[8] See Magistrate Judge's Report and Recommendations, *Doe v. Syrian Arab Republic*, CA 1:18-cv-00066-KBJ-GMH (D.D.C. 2020); *Foley v. Syrian Arab Republic*, 249 F. Supp.3d 186 (D.D.C. 2017).
[9] *Fritz v. Islamic Republic of Iran*, 320 F. Supp.3d 48 (D.D.C. 2018).

- My book *Enemies, Near and Far: How Jihadist Groups Strategize, Plot and Learn*, has been accepted for publication by Columbia University Press (acceptance required peer review). It includes several chapters focusing specifically on the Taliban, Haqqani network, and Afghanistan.
- *China's Post-2014 Role in Afghanistan* (with N. Barr & D. Trombly), Washington, DC: FDD Press, 2014.
- Ed. (with C. May), *The Afghanistan-Pakistan Theater: Militant Islam, Security and Stability* (Washington, DC: FDD Press, 2010).

Book Chapters
- "Violent Non-State Actors in the Afghanistan-Pakistan Relationship," in C. Fair & S. Watson eds., *Pakistan's Challenges*, University of Pennsylvania Press, 2015.

Academic and Technical Publications
- "When Jihadist Factions Split: A Data-Driven Network Analysis" (with S. Hodgson, D. Bellutta, C. Pulice & V.S. Subrahmanian), *Studies in Conflict & Terrorism* (2019).
- "The Forgotten History of Afghanistan-Pakistan Relations" (with T. Vassefi), *Yale Journal of International Affairs*, March 2012.

Selected Commentary, Op-Eds, and Policy Analysis
- "Foreign Terrorist Fighters from Southeast Asia: What Happens Next?" (with C. Clarke and S. Hodgson), International Centre for Counter-Terrorism – The Hague, February 17, 2020.
- "What Do Asia's Returning Isis Fighters Do Next? You're About to Find Out" (with C. Clarke), *South China Morning Post*, February 2, 2020.
- "U.S. Policy in Afghanistan: What to Expect from Trump," Centre on Religion & Geopolitics, Tony Blair Faith Foundation, February 6, 2017.
- "Neither Remaining Nor Expanding: The Islamic State's Global Expansion Struggles," *War on the Rocks*, February 22, 2016.
- "China No Substitute for U.S. Involvement Over Afghanistan," *CNN*, October 29, 2014.
- "China's Post-2014 Afghanistan Strategy," *Pragati*, June 22, 2014.
- "Afghanistan After the U.S. Drawdown," *Pragati*, December 6, 2013.
- "Learning from the Soviets: How to Withdraw from Afghanistan," *The Atlantic*, January 9, 2013.
- "Counting al-Qaeda" (with B. Roggio), *Weekly Standard*, July 19, 2010.
- "Pakistan Intelligence Pulls Taliban Strings," *Washington Times*, June 17, 2010.
- "American Interests in Pakistan," *Weekly Standard*, April 13, 2009.
- "A Dangerous Neighbor: How Pakistan's Deterioration Harms Afghanistan" (with B. Roggio), *Weekly Standard*, August 6, 2008.
- "Will Yousaf Raza Gilani Change Pakistan?," *Middle East Times*, April 15, 2008.
- "Taliban Defeat in North-West Frontier?," *Middle East Times*, March 6, 2008.

I have also spoken at events and conferences throughout the globe, including delivering keynote speeches about VNSAs at U.S. Special Operations Command's Sovereign Challenge Program Annual Conference (Pittsburgh, Pa., May 2019), the Airport IT & Security 2018 conference in Amsterdam (December 2018), the Counter Terrorism Symposium at the Miami International

Airport (January 2018), the "After ISIL" conference sponsored by U.S. Army Special Operations Command and Duke University's Laboratory for Unconventional Conflict & Simulation (December 2016), the Social Media Narratives and Extremism Workshop (sponsored by the Near East South Asia Center, National Defense University, in Casablanca, August 2016), U.S. Army Special Operations Command Commander's Conference (May 2016), the University of Southern California's National Center for Risk and Economic Analysis of Terrorism Events (September 2011), and the Global Futures Forum (April 2011). Presentations and conference papers I have delivered dealing with the Taliban, Haqqani network, and South Asia include:

- "How Terrorist Organizations and Violent Extremists are Operating in the Fog of COVID-19," Foundation for Defense of Democracies webinar, June 23, 2020.
- "The World and I: How Global Events Can Shape the Threats You Confront Locally," keynote speech, Counter Terrorism Symposium, Miami International Airport Auditorium, Miami, Fla., January 23, 2018.
- "The Jihadist Landscape in South Asia," Near East South Asia Center, National Defense University, Washington, D.C., August 14, 2017.
- "Al-Qaeda and Its Affiliates," National Center for Risk and Economic Analysis of Terrorism Events (CREATE), Executive Program in Counterterrorism, University of Southern California, Los Angeles, August 19, 2015.
- "Pakistan: Protests and Policy," Foundation for Defense of Democracies, Washington, D.C., September 19, 2014.
- "Afghanistan After the United States Drawdown," Takshashila Institution, Bangalore, India, December 5, 2013.
- "Afghanistan After the United States Drawdown," O.P. Jindal Global University, Sonipat, India, December 4, 2013.
- Panel: "From A to Z: Al-Qaeda Central and Its Affiliates," International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, September 10, 2013.
- "Pakistan's Military and Religious Extremism," Foundation for Defense of Democracies, Freeport (The Bahamas), June 11, 2009.

*Methodology*

I employ a comparative analysis method for understanding VNSAs. The comparative analysis method has been validated multiple times by U.S. courts.[10] As I have outlined in a book chapter, several common factors should be analyzed across a range of VNSAs.[11] These factors include leadership, ideology, group goals, strategy, organizational structure, recruiting, and financial support. My academic and professional work has further explored and defined the best practices for analyzing and understanding each of these aspects of VNSAs.

---

[10] See, e.g., *United States v. Young*, 916 F.3d 368, 380 (4th Cir. 2019) (in upholding the permissibility of my expert witness testimony, noting that my comparative analysis method "appears to be indistinguishable from that which" the Fourth Circuit approved in an earlier case); *United States v. Farhane*, 634 F.3d 127, 159 (2d Cir. 2011) (upholding the permissibility of an expert witness's testimony in a case where he employed the comparative analysis method, and noting that this methodology was "similar to that employed by experts that have been permitted to testify in other cases involving terrorist organizations"); Order, *United States v. Hausa*, 12 Cr. 0134 (E.D.N.Y., Feb. 10, 2017), p. 4.

[11] Daveed Gartenstein-Ross, "Violent Non-State Actors: Paradigmatic Lessons Learned," in *National Security Management in Federal Structures: Perspectives from India and the United States* (Kochi, India: Centre for Public Policy Research, 2014).

Turning to application of my comparative analysis method, I rely mainly on primary-source information, including statements and social media postings by violent extremist groups and their supporters, and the intercepted internal documents of these organizations. These are documents commonly relied upon by experts in the field. I cross-check all primary sources I read against other primary-source information, against information about events on the ground in relevant theaters, and against relevant secondary-source literature that allows me to determine whether my conclusions are consistent with those of other scholars and practitioners.

Though I generally rely on primary sources, secondary sources also serve useful purposes. First, secondary sources can provide important historical information, adding rich context to a topic. Second, some secondary sources do a strong job of synthesizing large amounts of information, including primary source information. One secondary source that was of notable value in these ways as I produced the present report is Vahid Brown and Don Rassler's *Fountainhead of Jihad: The Haqqani Nexus*, published by Oxford University Press in 2013, which provided important historical detail about the Haqqani network and also synthesized and assessed information from a rich array of primary sources that were written in several different languages.[12] A third important purpose is that some secondary sources contain the intrepid work of journalists who doggedly pursue leads and uncover new, original information. All secondary sources deserve scrutiny, but for this report, I was able to cross-check all the secondary sources I utilized against primary sources, other secondary sources, and on-the-ground events before deciding to rely on any single secondary source, in addition to assessing the reputation and reliability of the author.

Based on my knowledge, experience, training, and education, and based on a comprehensive review of relevant primary and secondary source materials, I now turn to my expert opinion on the issues outlined above. Section III provides an overview of the evolution of the Taliban and its history of attacks in Kabul. Section IV provides a similar overview of the evolution of the Haqqani network from a militant group allied with the Taliban to a core component of the Taliban. Section V outlines Iran's substantial support for the Taliban and the Haqqani network. Section VI examines the 2015 attack on the Park Palace Hotel in Kabul, including the Taliban's claim of responsibility and the impact of Iranian support. Section VII turns to the 2018 Taliban attack on the Intercontinental Hotel in Kabul and the impact of Iranian support. Finally, Section VIII concludes this report.

## III.    Evolution of the Taliban

The Taliban, which translates to *students* in Pashto, is a Sunni militant group that operates primarily in Afghanistan and Pakistan. The group has been the primary adversary of the United States in Afghanistan since the first American troops arrived in 2001. During this time, the Taliban has frequently launched attacks against U.S. and allied forces, and against civilian targets.

Three main ideas undergird the Taliban's ideology. First, the group embraces Deobandism, a revivalist, Sunni Islamic school of thought that initially emerged in India. During the Afghan-Soviet War (1979-89), Saudi Arabia financed hardline mosques and madrassas in Afghanistan and Pakistan that lionized fighting against the Soviets and emphasized the need for an Islamic state devoid of Western influence.[13] Those teachings yielded two other core pillars of the Taliban's ideology:

---

[12] Vahid Brown & Don Rassler, *Fountainhead of Jihad: The Haqqani Nexus, 1973-2012* (New York: Oxford University Press, 2013).

[13] Celia Dugger, "Indian Town's Seed Grew into the Taliban's Code," *New York Times*, February 23, 2002.

opposition to Western influence, and a willingness to use violence to realize its ideological vision. Much of the Taliban's leadership, including founder Mullah Omar, studied at the aforementioned madrassas. When the Taliban formed, it drew on this militant brand of Deobandi teachings, calling for the elimination of Western influences in Afghanistan and the creation of a state based on a strict interpretation of Islamic law (*sharia*).

*The Afghan-Soviet War and the Fall of Mohammad Najibullah.* The Taliban emerged following the Afghan-Soviet War and the civil war that gripped Afghanistan after the fall of the country's communist regime. The Afghan-Soviet War began when the Soviet Union invaded Afghanistan in December 1979. The Soviet invasion was prompted by multiple factors, including an Islamist insurgency that threatened the country's pro-Soviet regime, concern that the United States might deepen its role in Afghanistan after the Iranian revolution had undermined U.S. regional interests, and infighting among Afghanistan's communists that culminated in bloody internecine clashes and the assassination of the Afghan president, Nur Mohammed Taraki.[14] Although the Soviet general staff opposed the invasion, Leonid Brezhnev, the general secretary of the Communist Party, insisted that military operations in Afghanistan would end successfully in three to four weeks.[15]

The war, to put it mildly, did not turn out as Brezhnev predicted. The Soviets withdrew only after nine years of costly occupation, during which they experienced stiff resistance from Afghan mujahedin backed by the United States, Saudi Arabia, and Pakistan. The mujahedin were the beneficiaries of the largest U.S. covert aid program since the Vietnam War, with American support (totaling around $3 billion) matched dollar for dollar by Saudi Arabia. The Americans provided the mujahedin with supplies and weaponry, including Stinger missiles that helped to negate the Soviet airpower advantage.

A contingent of Arab fighters, including al-Qaeda founder Osama bin Laden, participated in the insurgency. They are frequently referred to as the "Afghan Arabs." Though the Haqqani network will not be discussed in full until the next section of this report, it is worth noting that many histories of the Afghan Arabs neglect the vital role that the Haqqani network played for Arab foreign fighters. For one thing, while Palestinian cleric


*Osama bin Laden.*

Abdullah Azzam is famous for his fatwa declaring it an individual duty (*fard ayn*) for Muslim males from across the world to travel to South Asia to fight the Soviets, in fact "Jalaluddin Haqqani preceded 'Azzam in this innovation by several years, and was the first Afghan Islamist known to have actively recruited Arab foreign fighters into his ranks."[16] Even before bin Laden first set foot on a battlefield, a number of key early members of al-Qaeda had made their way to the front lines, fighting as a part of the Haqqani contingent.[17]

---

[14] Gregory Feifer, *The Great Gamble: The Soviet War in Afghanistan* (New York: Harper Perennial, 2009), pp. 9–54.
[15] Seth G. Jones, *In the Graveyard of Empires: America's War in Afghanistan* (New York: W. W. Norton, 2010), p. 18.
[16] Brown & Rassler, *Fountainhead of Jihad*, loc. 197.
[17] Ibid., loc. 1170-76.

Bin Laden traveled to Pakistan in the early 1980s, soon after the Afghan-Soviet War began. Once he arrived, bin Laden became "a major financier of the mujahedin, providing cash to the relatives of wounded or martyred fighters, building hospitals, and helping the millions of Afghan refugees fleeing to the border region of Pakistan."[18] Bin Laden and Abdullah Azzam founded an organization known as the Services Bureau (*maktab al-khidmat*), which was dedicated to integrating Arabs into the anti-Soviet struggle by placing them with relief organizations or alongside Afghan factions on the battlefield.

Bin Laden's first trip to the front lines in Afghanistan in 1984 left a lasting impression on him and gave him a thirst for more action. In 1986, he established a base for Arab fighters near Khost in eastern Afghanistan, where the Soviets had a garrison. This was a divisive move. For example, Jamal Khalifa, a university classmate of bin Laden's who was also involved in the anti-Soviet resistance, was concerned about bin Laden's lack of military experience and believed these plans would result in many Arabs being needlessly killed.[19] After a confrontation over bin Laden's plans, the two friends became distant. Similarly, Azzam thought Arab fighters should be embedded with Afghan units to teach the latter "true Islam," and opposed a separate Arab force.

But bin Laden and his comrades-in-arms nonetheless established the base near Khost. They called it al-Masada, Arabic for *the lion's den*. They were attacked by the Soviets in the spring of 1987, which was unsurprising given al-Masada's proximity to a Soviet garrison. Bin Laden and his comrades unexpectedly held their ground against Russian special forces (*spetsnaz*). There are varying accounts of the battle, with members of the mujahedin fighting force claiming they routed the Soviets through superior tactics.[20] Even if their tales are hyperbolic, it is clear that the Arab fighters performed better than the Soviets expected. The battle launched bin Laden to prominence, and the Arab media hailed him as a war hero.[21] This battle was thus "a tipping point" for the mobilization of Arab foreign fighters to the Afghanistan theater: Because it increased the prominence of Arab foreign fighters and drew others to the theater, following this battle "recruitment transcended personal social networks."[22]

The Afghan Arabs were insignificant to the military defeat that Russia experienced in Afghanistan. But that factor makes the Soviet defeat no less real. The last of the Soviet forces left Afghanistan in 1989.

Though most observers expected the regime of Afghan communist president Mohammad Najibullah to collapse immediately when the Soviets withdrew, it in fact appeared surprisingly strong for about three years. The Soviets "continued large-scale military



*Mohammad Najibullah.*

---

[18] Bruce Riedel, *The Search for al Qaeda: Its Leadership, Ideology, and Future* (Washington, D.C.: Brookings Institution Press, 2008), p. 42.

[19] Peter L. Bergen, *The Longest War: The Enduring Conflict between America and al-Qaeda* (New York: Free Press, 2011), p. 14.

[20] Camille Tawil, *Brothers in Arms: The Story of al-Qa'ida and the Arab Jihadists* (London: Saqi, 2011), p. 19.

[21] Steve Coll, *Ghost Wars: The Secret History of the CIA, Afghanistan, and bin Laden, from the Soviet Invasion to September 10, 2001* (New York: Penguin Books, 2004), p. 163.

[22] Thomas Hegghammer, *Jihad in Saudi Arabia* (Cambridge: Cambridge University Press, 2010), p. 45.

assistance" after leaving Afghanistan, and "the combat effectiveness of Kabul's security forces increased after the Soviet withdrawal, when the fight for survival became wholly their own."[23] But Najibullah's government wasn't shored up solely by the vigor of its forces. Najibullah was also bolstered on the battlefield by a major mujahedin blunder in March 1989, as 15,000 mujahedin fighters massed and attacked Jalalabad. The mujahedin were crushed by the Afghan army, who were strengthened by over four hundred Scud missiles fired by Soviet advisors. The scope of mujahedin losses—around three thousand dead without a single piece of territory to show for it—swung momentum toward Najibullah.

There was also a "soft" side to Najibullah's strategy. He rebranded himself and used a traditional tool of influence in Afghanistan, patronage networks. Barfield writes that Najibullah understood that the Soviet presence had served as a primary catalyst for insurgency.[24] Though he had been involved in the communist movement since the 1960s, Najibullah refashioned himself an Afghan nationalist and bought off his foes. The combination of the Soviets leaving and Najibullah's patronage networks worked well. Barfield estimates that "20 percent of former mujahedin groups defected and joined Najibullah's militia system, while another 40 percent agreed to ceasefires." He deems only 12 percent of the mujahedin to have been "irreconcilables."[25] It is worth regarding the precision of these figures with some skepticism. After all, as Barfield himself writes, "statistics in Afghanistan are validated more through repetition than by any data." Yet the point remains that Najibullah had an effective strategy overall to stabilize his government.

But Najibullah's strategy depended on continuing Russian support. When the Soviet Union dissolved in December 1991, that support dried up, and Najibullah's regime collapsed quickly. As competing factions—including those of Ahmad Shah Masud, Gulbuddin Hekmatyar, and Abdul Haq—descended on Kabul, Najibullah's generals and even defense minister conspired with his enemies. After losing power, Najibullah fled to and remained holed up in the U.N. compound for years, looking for safe passage out of the country before finally being lured out and killed in gruesome fashion.



The mujahidin captured the capital of Kabul as Najibullah's government collapsed. Various warlords and former mujahidin vied for power.

*The Taliban's Rise and Fall.* It was in the context of this anarchic struggle that the Taliban became a potent fighting force. There are a number of different stories about how the group formed in 1994, but the respected journalist Ahmed Rashid finds one account to be most credible. In this recounting, two neighbors approached the Taliban's founder Mullah Mohammed Omar to inform him that a warlord "had abducted two teenage girls, their heads had been shaved and they had been taken to a military camp and repeatedly

*One of the few known photographs of Mullah Omar, taken in the early 1990s.*

---

[23] Thom Shanker, "With U.S. Set to Leave Afghanistan, Echoes of 1989," *New York Times*, January 1, 2013.

[24] Thomas Barfield, *Afghanistan: A Cultural and Political History* (Princeton, NJ: Princeton University Press, 2010).

[25] Ibid.

raped."[26] Omar mobilized thirty talibs. They "attacked the base, freeing the girls and hanging the commander from the barrel of a tank."[27]

Mullah Omar had been born into a Pashtun tribe in 1959. As a young man, "he moved to Singesar village in the Mewand district of Kandahar province, where he became the village mullah and opened a small *madrassa*."[28] His studies were interrupted by the Soviet invasion. He participated in the fighting and was wounded four times. The most notable injury was to Mullah Omar's right eye, which was permanently blinded.

Upon Mullah Omar's 1994 founding of the Taliban, the group proved to be effective fighters. They promised an alternative to Afghanistan's lawlessness by ruthlessly imposing order in areas they controlled. The group's advance was rapid, and within two years of the Taliban's founding it had captured both Kandahar and Kabul.

The Taliban did not make these gains on its own. Prior to seizing Kabul, the group managed to enlist the Haqqani network's military expertise, which proved critical, as "it is likely that the Taliban's capture of Kabul would not have been possible without securing an alliance with [Jalaluddin Haqqani, who is] the man with the most military influence in Afghanistan's southeast."[29] When the Taliban formed a government, it recompensed Jalaluddin Haqqani for his military assistance by naming him the minister of borders and tribal affairs.

The Taliban referred to the government it established as the "Islamic Emirate of Afghanistan." One way the group imposed order in areas it had conquered was by implementing its strict brand of sharia. The Taliban's religious police enforced provisions that, for example, required women to wear head-to-toe burqas and made men grow beards that were deemed sufficiently long.[30]

Osama bin Laden's al-Qaeda organization was expelled from Sudan in 1996. International pressure compelled Sudan's government to stop giving al-Qaeda safe haven due to the group's terrorist activities. They relocated from Sudan to Afghanistan, where al-Qaeda rebuilt its finances and became an appealing organization for aspiring militants thanks to its well-developed infrastructure for training operatives and planning attacks. Al-Qaeda was not the only transnational militant group in Taliban-run Afghanistan, but it had the most to offer foreign jihadists. From this new safe haven, bin Laden issued two declarations of war against America, in 1996 and 1998. His overarching grievance was America's military presence in Saudi Arabia (where the U.S. remained as a defensive measure, after pushing Iraqi dictator Saddam Hussein's military from Kuwait in the first Gulf War), but he also cited American support for Israel and U.S.-led sanctions against Iraq as justifications for his fight.[31]

---

[26] Ahmed Rashid, *Taliban: Militant Islam, Oil and Fundamentalism in Central Asia* (New Haven, CT: Yale University Press, 2000), p. 25.

[27] Ibid.

[28] Ibid., p. 24.

[29] Brown & Rassler, *Fountainhead of Jihad*, loc. 2715; see also National Counterterrorism Center, "Counterterrorism Guide: Haqqani Network" (n.d., accessed July 29, 2020), https://www.dni.gov/nctc/groups/haqqani_network.html.

[30] For a description of some of the Taliban's other legal decrees, which Bergen says possessed "a Monty Python-esque quality," see Peter Bergen, *Holy War, Inc.: Inside the Secret World of Osama bin Laden* (New York: The Free Press, 2001), p. 9.

[31] Osama bin Laden, "Declaration of Jihad Against the Americans Occupying the Land of the Two Holy Mosques [Arabic]," September 2, 1996.

The Taliban's refusal to turn bin Laden over to the United States, particularly after the 9/11 attacks, directly produced the Taliban's fall from power in 2001. The Taliban, though, benefited from its relationship with al-Qaeda prior to 2001. Al-Qaeda helped provide the Taliban with crucial funds during the 1990s and bolstered the Taliban's fighting ranks. Al-Qaeda got an important safe haven out of the deal. For example, after al-Qaeda executed the 1998 bombings of U.S. embassies in Kenya and Tanzania and the 2000 bombing of the U.S.S. *Cole*, the Taliban refused to hand bin Laden over to authorities. A declassified July 2001 report from the U.S. State Department indicated that American officials had pressed the Taliban to extradite, expel, or render bin Laden on thirty different occasions.[32] The Taliban refused every time.

Even after al-Qaeda executed the devastating 9/11 attacks, the Taliban still refused to give up bin Laden. The United States thus invaded Afghanistan, with the goal of apprehending bin Laden and toppling the Taliban.[33]

The United States began a bombing campaign against the Taliban on October 7, 2001. When it inserted troops later that month, America did not enter Afghanistan with a heavy footprint. The United States attacked with a light force, consisting of about 300 Special Forces soldiers and 110 CIA officers who established a liaison with tens of thousands of fighters from the Northern Alliance, a group based in northern Afghanistan that opposed the Taliban.[34] The combination of U.S. airpower and the light counterattack toppled the Taliban from power within weeks.

---

[32] U.S. Department of State, "U.S. Engagement with the Taliban on Usama bin Laden," June 2001, https://nsarchive2.gwu.edu/NSAEBB/NSAEBB343/osama_bin_laden_file11.pdf.

[33] Though no publicly available information suggests an al-Qaeda link to the 2015 Park Palace Hotel and 2018 Intercontinental Hotel attacks, al-Qaeda's longstanding presence in Afghanistan and record of terrorist attacks could lead to suspicion about potential al-Qaeda involvement. Such involvement would not fundamentally alter the dynamics of this case. The Taliban and Haqqani network worked closely with al-Qaeda before the 9/11 attacks and retained close ties after the American intervention in Afghanistan. Bin Laden pledged allegiance (*bayah*) to Mullah Omar after his return to Afghanistan in May 1996 and maintained close ties with the Taliban's leader. Al-Qaeda served as a crucial source of funding for the Taliban during the 1990s, contributing an estimated $10 to $25 million per year to the Taliban's coffers. Bin Laden also personally oversaw the "055 Brigade," which recruited jihadists to train and fight alongside the Taliban's men.

   After the American intervention, al-Qaeda's core leadership worked with the Taliban "in setting strategy and orchestrating attacks." Marvin Weinbaum & Lauren McNally, *A Resilient Al-Qaeda in Afghanistan and Pakistan* (Washington, D.C.: Middle East Institute, 2016). Al-Qaeda has also provided resources and training to the Taliban's fighters. The death of bin Laden and Mullah Omar did little to change the nature of the relationship between the organizations. Al-Qaeda's leadership has repeatedly restated its loyalty to the Taliban's emir through several changes in Taliban leadership. See Thomas Joscelyn, "Ayman al Zawahiri Pledges Allegiance to the Taliban's New Emir," *Long War Journal*, August 13, 2015. According to the United Nations, the close relationship between the Taliban and al-Qaeda continues to this day. United Nations Analytical Support and Sanctions Monitoring Team, *Eleventh Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2501 (2019) Concerning the Taliban and Other Associated Individuals and Entities Constituting a Threat to the Peace, Stability and Security of Afghanistan* (2019), p. 3.

   Al-Qaeda also has a longstanding relationship with the Haqqani network, as Part IV of this report details. The Haqqanis never abandoned their working relationship with al-Qaeda, even after bin Laden became the most wanted man on the planet. After the Taliban lost the territory that constituted its Islamic Emirate following the U.S. military intervention, the Haqqanis' bastion in northern Pakistan served as a crucial safe haven for al-Qaeda.

   If al-Qaeda were involved in either attack, it would not absolve Iran of responsibility for the deaths at issue in the present case. In addition to Iran's support for both the Taliban and the Haqqani network, the Islamic Republic has its own complex relationship with al-Qaeda. Though parts of the Iran/al-Qaeda relationship involve mutual hostility, it also includes the provision of material support by Iran, a fact that is well established in primary-source literature, secondary-source literature, and several U.S. federal court cases.

[34] Bergen, *The Longest War*, loc. 1237.

*The Taliban Insurgency.* After the United States drove the Taliban out of Kabul and Kandahar and inflicted substantial damage on the organization, many of the Taliban's leaders crossed the border into Pakistan. There, they decided to reshape the organization by devolving tactical decisions to lower-level commanders "while the senior leadership remained sheltered in neighboring Pakistan."[35] The organization also embraced the use of terrorist attacks to further its goals.

In the years after it lost Kabul, the Taliban remained active in Pashtun-heavy parts of southern and eastern Afghanistan. From 2002 to 2004, the Taliban's reach gradually expanded in those areas.[36] At this time, the Haqqani network, while it "professe[d] loyalty to the [Taliban's] high command,"[37] exercised direct control over its fighters and operations in its historical stronghold in eastern Afghanistan's Loya-Paktia region.

In 2004, the Haqqani network and elements of the Taliban established the Kabul Attack Network (KAN) to carry out attacks on NATO and Afghan government targets in Kabul.[38] The KAN included elements from the Haqqani network, Taliban units, and the Islamist group Hezb-e-Islami Gulbuddin (HIG), which broke off from Hezb-e-Islami and eventually allied with the Taliban and Haqqani network.[39] Within the KAN, the Haqqani network would plan, organize, and execute most attacks, while other Taliban elements and HIG provided additional manpower



The Taliban's Growing Area of Operations from 2002 to 2006
(Source: A. Giustozzi, *Koran, Kalashnikov, and Laptop*)

and some logistical support.[40] While the Haqqani network played the lead role in major attacks, the Taliban typically claimed responsibility.[41]

By 2009, the Taliban had firmly established its control over much of southern and eastern Afghanistan, and the Haqqani network had executed many highly lethal attacks in the Afghan capital, principally targeting Westerners and the Afghan government.[42] The Taliban insurgency

---

[35] Mujib Mashal, "How the Taliban Outlasted a Superpower: Tenacity and Carnage," *New York Times*, May 26, 2020.

[36] Antonio Giustozzi, *Koran, Kalashnikov, and Laptop: The Neo-Taliban Insurgency in Afghanistan* (New York: Columbia University Press, 2009)

[37] Weinbaum & McNally, *A Resilient Al-Qaeda*, p 4.

[38] *Insurgency in Afghanistan's Heartland* (Brussels: International Crisis Group, June 27, 2011), p. 20.

[39] Jeffrey Dressler, *The Haqqani Network* (Washington, D.C.: Institute for the Study of War, 2010), p. 31; National Counterterrorism Center, "Counterterrorism Guide: Hezb-e-Islami Gulbuddin" (n.d.; accessed July 29, 2020), https://www.dni.gov/nctc/groups/hezb_e_islami.html.

[40] Dressler, *The Haqqani Network*, pp. 31, 33-34.

[41] Don Rassler & Vahid Brown, *The Haqqani Nexus and the Evolution of al-Qa'ida* (West Point, N.Y.: Combating Terrorism Center at West Point, July 14, 2011), p. 13.

[42] Gilles Dorronsoro, *The Taliban's Winning Strategy in Afghanistan*, (Washington, D.C.: The Carnegie Endowment for International Peace, 2009), p. 7; Jeffrey Dressler, *The Haqqani Network*, p. 2.

survived a surge of U.S. troops during the early years of the Obama Administration, and as the United States drew down the number of its troops in Afghanistan following this unsuccessful surge, the Taliban filled the vacuum.

In 2015, the Taliban announced the death of Mullah Omar, and named Mullah Akhtar Mansour as his replacement.[43] The leader of the Haqqani network, Sirajuddin Haqqani, and Haibatullah Akhunzada, a Taliban religious scholar, became Mansour's deputies. When Mansour died in an American airstrike, Akhunzada became the Taliban's leader, and Sirajuddin Haqqani remained the organization's deputy leader.[44] During Sirajuddin Haqqani's tenure as the Taliban's number two leader, the Taliban has continued to gain ground in Afghanistan. As of early 2018, the Taliban was "openly active in 70% of Afghanistan."[45]

In February 2020, the United States signed a peace deal with the Taliban designed to bring the decades-long American involvement in the country to a close. However, a May 2020 report by the United Nations concluded that the Taliban continues to back al-Qaeda in Afghanistan.[46]

*Structure of the Taliban Post-2001.* When the Taliban governed much of Afghanistan before the U.S. intervention, the group relied on a shura council (a leadership council akin to a theocratic junta) led by Mullah Omar to oversee its governance. The Taliban's fall from power led to substantial decentralization in the organization. In 2015, the fight to succeed Mullah Omar as the group's leader also produced several fractures in the organization. But the post-2001 Taliban retained some hierarchy, and its hierarchical nature grew stronger as the organization was able to show resiliency and success in the face of the U.S. onslaught.

The Rahbari Shura has functioned as the Taliban's post-2001 senior leadership council. Some scholars and officials call this council the Quetta Shura, referring to the Pakistani city where the Rahbari Shura is based. A U.N. report describes the group as the top decision-making body for the Taliban's "political and military affairs."[47] Gen. David Barno, who commanded U.S. forces in Afghanistan, describes the Rahbari Shura as the "the intellectual and ideological underpinning of the Taliban insurgency in Afghanistan."[48] The Rahbari Shura typically provides high-level guidance to Taliban commanders in Afghanistan, often through meetings with senior commanders and a regularly updated a document called the "Rulebook for the Mujahedin of the Islamic Emirate of

[43] Shura Leadership of the Islamic Emirate of Afghanistan (the Taliban's leadership council), press release, "Declaration of the Leading Council of the Islamic Emirate regarding the appointment of New Amir (leader) of the Islamic Emirate," July 31, 2015.

[44] Shura Leadership of the Islamic Emirate of Afghanistan (Taliban's leadership council), press release, "Statement from the Shura Leadership of the Islamic Emirate Regarding the Martyrdom of Emir of the Believers Mullah Akhtar Muhammad Mansour, May Allah have Mercy on Him, and the Appointment of a New Emir," May 25, 2016.

[45] Shoaib Sharifi & Louise Adamou, "Taliban Threaten 70% of Afghanistan, BBC Finds," BBC, January 31, 2018.

[46] United Nations Analytical Support and Sanctions Monitoring Team, *Eleventh Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2501 (2019) Concerning the Taliban and Other Associated Individuals and Entities Constituting a Threat to the Peace, Stability and Security of Afghanistan* (2019), p. 3.

[47] United Nations Analytical Support and Sanctions Monitoring Team, *Fifth Report of the Analytical Support and Sanctions Monitoring Team, Submitted Pursuant to Resolution 2160 (2014) Concerning the Taliban and Other Associated Individuals and Entities Constituting a Threat to the Peace, Stability and Security of Afghanistan* (2014), p. 22.

[48] Eric Schmitt & Mark Mazzetti, "Taliban Haven in Pakistani City Raises Fears," *The New York Times*, February 9, 2009.

Afghanistan."[49] In the Taliban's hierarchy, the Rahbari Shura directs the activities of regional military shuras, which have historically operated with substantial independence.[50]

Initially, the Taliban's Quetta Shura oversaw three regional military shuras in the Pakistani cities of Quetta, Peshawar, and Miranshah. The Taliban subsequently added the Mashhad Shura in Iran's Razavi Khorasan Province.[51] The Quetta Military Shura, which enjoyed close ties to the Rahbari Shura, operated in southern and western Afghanistan.[52] The Peshawar Shura operated in eastern and northeastern Afghanistan, whereas the Miranshah Shura, led by Sirajuddin Haqqani, operated in southeastern Afghanistan.[53] From around 2007 to 2015, both the Miranshah and Peshawar Shuras exercised direct control of operations in their respective zones of influence without micromanagement from the Rahbari Shura.[54] The Mashhad Shura, initially a "liaison office" linking the Taliban and the Iranian Revolutionary Guard Corps (IRGC) established in 2011, served as the Taliban's "regional command center" in western Afghanistan and oversaw the Taliban's four bases in Iran.[55] The Kabul Attack Network united some of these shuras and HIG in order to launch attacks in Kabul. The internal dynamics of the Taliban's leadership shifted as Mullah Mansour officially took control of the organization in 2015.

Between 2015 and 2016, the Miranshah and Peshawar Shuras grew closer to Quetta, while new fissures emerged. In 2015, Sirajuddin Haqqani's rise to the Taliban's number two leadership post led to increased coordination between Miranshah and the Rahbari Shura.[56] In 2016, the Peshawar Shura, suffering financially, increased its coordination with the Rahbari Shura, though a faction of the Peshawar Shura split off to form the Shura of the North in Badakhshan, near the Afghan border with Tajikistan.[57] Angry over leadership changes following Mullah Omar's death, Mullah Muhammad Rasool, a Taliban shadow governor, formed a new independent Taliban shura based in Farah Province, near the Afghan border with Iran.[58]

As a result of these changes, three military shuras—the Quetta, Peshawar, and Miranshah Shuras—coordinate closely, "agree on a territorial partition of authority," and now operate to varying degrees under the auspices of Sirajuddin Haqqani, the current leader of the Haqqani network and deputy leader of the Taliban.[59] Ever since the U.S. intervention in Afghanistan, the Miranshah Shura has remained a Haqqani-dominated entity.[60] The Peshawar and Quetta Shuras have retained their historical domain of operations. But Sirajuddin Haqqani installed his brother Khalil as the head of

---

[49] Abubakar Siddique, "The Quetta Shura: Understanding the Afghan Taliban's Leadership," *Terrorism Monitor* 12:4 (February 21, 2014).

[50] Bill Roggio, "The Afghan Taliban's Top Leaders," *Long War Journal*, February 23, 2010.

[51] Ibid.; Mohammed Arsalai & Wil Patrick, "Iran's Shifting Afghan Alliances Don't Fit Easy Narratives," *Foreign Policy*, February 18, 2020; Antonio Giustozzi, *Afghanistan: Taliban's Organization and Structure* (Oslo: Landinfo, 2017), p. 6.

[52] Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in ed. Antonio Giustozzi, *Decoding the New Taliban: Insights from the Afghan Field* (New York: Columbia University Press, 2009), p. 61.

[53] Roggio, "The Afghan Taliban's Top Leaders."

[54] Antonio Giustozzi, *Afghanistan: Taliban's Organization and Structure* (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 9.

[55] Arsalai & Patrick, "Iran's Shifting Afghan Alliances."

[56] Giustozzi, *Afghanistan: Taliban's Organization and Structure*, p. 9.

[57] Ibid., pp. 6 & 9.

[58] Ibid., p. 6.

[59] Ibid., pp. 6 and 8.

[60] Ibid., p. 8.

the Peshawar Shura after garnering the support of a majority of the Shura's members.[61] As Sirajuddin has risen to prominence in the Taliban's central leadership, he gained *de facto* control over the Quetta Military Shura as well.[62] Following these shifts, the Haqqani-controlled Peshawar Military Shura technically oversees the Taliban's operations in Kabul. However, the broader Haqqani network, including Sirajuddin Haqqani, appears to play a major role in those operations.[63]

Beneath these regional shuras, the Taliban has appointed "shadow governors" for Afghanistan's provinces and districts in addition to local military commanders.[64] Serving a political and military function, the Taliban's shadow governors have managed the group's relationships with community elders and supervised the group's military operations at the provincial and district levels. The Taliban has afforded its ground commanders flexibility, and "has pushed each cell to try to be locally self-sufficient."[65] Local leaders determine how to utilize resources and manage logistics.

*The Taliban's History of Attacks in Kabul.* Since 2001, the Taliban has not controlled Afghanistan's capital city of Kabul. But the Taliban and Haqqani network have frequently launched attacks there, particularly at sites frequented by foreigners and government officials. No less than thirty-two separate attacks in Kabul from January 2008 through January 2018, not including the two at issue in this case, demonstrate that there is significant precedent for the 2015 Park Palace Hotel and 2018 Intercontinental Hotel attacks at issue in this case. I now review these attacks:[66]

1. On January 14, 2008, the Taliban attacked the Serena Hotel in Kabul, which was frequented by Westerners and was hosting Norway's foreign minister.[67] A Taliban spokesman claimed responsibility for the attack in an interview with the BBC.[68] The attack killed an American citizen and a Norwegian journalist. Sirajuddin Haqqani is wanted by the FBI due to his role in this attack.[69]

2. On April 27, 2008, militants tried to assassinate Afghan President Hamid Karzai. The Taliban claimed responsibility for the attack in an interview, saying that six of the group's attackers used small arms and rocket propelled grenades.[70]

3. On July 7, 2008, a suicide car bomb targeting the Indian Embassy in Kabul killed 58 people,

---

[61] Ibid.

[62] Ibid.; Mujib Mashal, "Haqqanis Steering Deadlier Taliban in Afghanistan, Officials Say," *The New York Times,* May 7, 2016.

[63] Giustozzi, *Afghanistan: Taliban's Organization and Structure*, p. 6.

[64] United Nations Analytical Support and Sanctions Monitoring Team, *Fifth Report of the Analytical Support and Sanctions Monitoring Team, Submitted Pursuant to Resolution 2160 (2014) Concerning the Taliban and Other Associated Individuals and Entities Constituting a Threat to the Peace, Stability and Security of Afghanistan* (2014), p. 22.

[65] Mujib Mashal, "How the Taliban Outlasted a Superpower: Tenacity and Carnage," *The New York Times*, May 26, 2020.

[66] This list encompasses all attacks in Kabul from this period that, in my estimation, can be attributed to the Taliban or the Haqqani Network. It is possible that other smaller, unclaimed attacks in Kabul could have been conducted by either group.

[67] Declan Walsh, "Seven Killed as Taliban Militants Storm Luxury Hotel in Kabul," *The Guardian* (London), January 15, 2008.

[68] "Taleban Attack Kabul Luxury Hotel," BBC, January 15, 2008.

[69] U.S. Federal Bureau of Investigation, "Most Wanted: Sirajuddin Haqqani," n.d., accessed July 29, 2020, https://www.fbi.gov/wanted/terrorinfo/sirajuddin-haqqani.

[70] Declan Walsh, "Karzai Survives Taliban Assassination Attempt During Military Parade," *The Guardian* (London), April 28, 2008.

including India's defense attaché in Afghanistan. Though the Taliban denied responsibility, later details that emerged demonstrated that the bomber "had been trained by Laskhar-e-Taiba, and that the organization trusted with carrying out this mission was the Haqqani network."[71]

4.   On February 11, 2009, Taliban militants attacked the Afghan Ministry of Justice, Ministry of Education, and Directorate of Prisons in Kabul, killing 20 people. The Taliban claimed responsibility, and an American intelligence official told the *New York Times* that the attack "was probably planned or supported by the Pakistani-based network of Jalaluddin Haqqani."[72]

5.   On August 15, 2009, the Taliban conducted a suicide car bombing outside NATO headquarters in Kabul, killing at least seven people. The Taliban claimed responsibility, explaining that the driver "detonated his four-wheel drive vehicle carrying more than 1,000 pounds of explosives in order to kill Americans."[73]

6.   On October 8, 2009, the Taliban again attacked the Indian Embassy in Kabul with a suicide bomb, killing 17, and claimed responsibility.[74]

7.   On January 18, 2010, militants launched a coordinated assault on several key locations in central Kabul, including the Presidential Palace, government buildings like the Ministry of Justice, the Serena Hotel, a shopping center, and a cinema. The attack, claimed by the Taliban, included suicide bombers and small arms attacks.

8.   On February 26, 2010, militants attacked a Kabul guesthouse frequented by foreigners. They killed at least 16 people, and the Taliban claimed responsibility.[75]

9.   On May 18, 2010, a suicide car bomber killed 18 people, including five American soldiers, in an attack on a NATO convoy in Kabul. According to open-source reporting, the car bomb was composed 1,650 pounds of explosives. The Taliban claimed responsibility.[76] American officials have indicated that the Haqqani network may have played a role, and Afghan intelligence spokesman Sayed Ansari said Lashkar-e-Taiba played a role as well.[77]

---

[71] Brown & Rassler, *Fountainhead of Jihad* Kindle ed., loc. 2659.

[72] Richard A. Oppel Jr. et al., "20 Dead as Kabul Attackers Storm Kabul Offices," *The New York Times*, February 11, 2009.

[73] Joshua Partlow, "Bombing in Kabul's Diplomatic Quarter Signal Taliban Intent to Disrupt Elections," *The Washington Post*, August 16, 2009.

[74] M. Karim Faiez & Mark Magnier, "Taliban Claims Responsibility for Kabul Embassy Attack," *Los Angeles Times*, October 9, 2009.

[75] Alissa Rubin, "Guesthouses Used by Foreigners in Kabul Hit in Deadly Attacks," *The New York Times*, February 26, 2010.

[76] "Kabul Suicide Bomber Kills 18 in Attack on Nato Convoy," BBC, May 18, 2010.

[77] Karin Brulliard, "Afghan Intelligence Ties Pakistani Group Lashkar-i-Taiba to Recent Kabul attack," *The Washington Post*, March 3, 2010; Stephen Tankel, "Lashkar-e-Taiba in Perspective: An Evolving Threat," The New America Foundation, February 2010, p. 1.

10. On June 28, 2011, five suicide bombers attacked the Intercontinental Hotel in Kabul, a hub for Afghan officials and foreigners. The Taliban quickly claimed responsibility.[78] The International Security Assistance Force, in a press release, indicated that the Haqqani network also played a role in the attacks.[79] The U.S. State Department also concluded that the Haqqani network bore responsibility for the attack.[80] Demonstrating the Haqqani role in the attacks, Afghan intelligence released the audio of an intercepted phone call between Badruddin Haqqani, a brother of Sirajuddin Haqqani and a key Haqqani Network commander, and an attacker named Omar. In the call, which occurred during the attack, Badruddin Haqqani asks for updates about the attack in real-time.[81]

11. On September 13, 2011, militants executed a multipronged attack in Kabul that killed at least nine people. The fighters attacked the U.S. Embassy and NATO's headquarters, and the Taliban quickly claimed responsibility.[82] NATO commander Gen. John Allen and the U.S. Department of State implicated the Haqqani network in the attack.[83]

12. On April 15, 2012, militants launched another coordinated assault in Kabul, targeting NATO headquarters, the U.S. Embassy, the German Embassy, the British Embassy, and two hotels, among other targets. The attack killed 16 people, and the Taliban claimed responsibility. NATO's Kabul-based spokesman indicated that the Haqqani network was likely involved.[84]

13. On June 11, 2013, a suicide bomber killed at least 17 civilians in front of the Afghanistan's supreme court. The Taliban claimed responsibility, writing in an email statement that those killed were "sentenced to death" for "their important role in cruelty, bad behavior with our countrymen, and legalizing the infidels."[85]

14. On June 22, 2012, the Taliban claimed responsibility for an attack on the Spozhmai Hotel on the outskirts of Kabul, in which 20 people died.[86] NATO commander Gen. John Allen said: "Afghan National Security Forces and coalition military sources acknowledge that this attack bears the signature of the Haqqani network, which continues to target and kill innocent

---

[78] Jon Boone, "Afghanistan: Kabul's Intercontinental Hotel Attacked by Taliban Militants," *The Guardian* (London), June 28, 2011.

[79] International Security Assistance Force Joint Command, Press Release, "Haqqani Leader Who Supported Kabul Attack Killed in Precision Airstrike," June 30, 2011.

[80] U.S. Department of State, "Rewards for Justice: Sirajuddin Haqqani," n.d. (accessed July 29, 2020), https://rewardsforjustice.net/english/sirajuddin_haqqani.html.

[81] Al Jazeera, "Afghan Police Release Taliban Phone Recordings," August 30, 2011. Available on YouTube: https://www.youtube.com/watch?v=U1l6zJz6f7s. See also Bill Roggio, "Taliban Confirm Death of Badruddin Haqqani in Drone Strike Last Year," *Long War Journal*, September 8, 2013.

[82] Mirwais Harooni & Hamid Shalizi, "Taliban Attack Across Kabul, Target U.S. Embassy," Reuters, September 13, 2011.

[83] Jack Healy & Alissa Rubin, "U.S. Blames Pakistan-Based Group for Attack on Embassy in Kabul," *The New York Times*, September 14, 2011; U.S. Department of State, "Rewards for Justice: Sirajuddin Haqqani," n.d. (accessed July 29, 2020), https://rewardsforjustice.net/english/sirajuddin_haqqani.html.

[84] Alissa Rubin et al., "Complex Attack by Taliban Sends Message to West," *The New York Times*, April 15, 2012.

[85] Rod Nordland, "Taliban Bomb Attack Kills Court Workers in Kabul," *The New York Times*, June 11, 2013.

[86] Mirwais Harooni & Samar Zwak, "Twenty Dead in Taliban Siege of Afghan Hotel; NATO Blames Haqqanis," Reuters, June 21, 2012.

Afghans and blatantly violate Afghan sovereignty from the safety of Pakistan."[87] The U.S. State Department also concluded that the Haqqani network was culpable in the attack.[88]

15. On June 25, 2013, three suicide bombers attacked the Afghan Presidential Palace and Ariana Hotel, which the Taliban claimed housed the CIA's headquarters in Kabul.[89] The Taliban claimed responsibility, but Afghan officials indicated to the media that they believed the Haqqani Network was behind the attack.[90]

16. On January 17, 2014, militants carried out a small arms and suicide bombing attack at the Taverna du Liban, a Kabul restaurant popular with foreigners, that killed at least 14 people. The Taliban claimed responsibility.[91]

17. On March 20, 2014, gunmen killed nine people in an attack on the five-star Serena Hotel in Kabul. The attack included the execution of children, the attempted execution of a toddler via a gunshot to the head, and the murder of a journalist for Agence-France Presse.[92] The Taliban claimed responsibility.

18. On July 17, 2014, a suicide bomber killed four people in an attack near the Kabul airport, and the Taliban claimed responsibility.[93] According to Afghan officials, the Haqqani network played a role in the attack.[94]

19. On December 11, 2014, a suicide bomber killed one man and wounded 16 other people attending a theatrical play condemning suicide bombing that was being shown at a French cultural center in Kabul.[95] The Taliban claimed responsibility, saying the play was designed "to insult Islamic values."[96]

20. On June 22, 2015, militants attacked the Afghan Parliament, killing two people in a combined car bomb and small arms attack. The Taliban claimed responsibility, and the spokesman for Afghan intelligence, Hassib Sediqqi, implicated the Haqqani network in the attack.[97]

21. On August 7, 2015, a suicide bomber killed 20 Afghan police cadets, and the Taliban claimed responsibility.[98]

---

[87] Ibid.

[88] U.S. Department of State, "Rewards for Justice: Sirajuddin Haqqani," n.d. (accessed July 29, 2020), https://rewardsforjustice.net/english/sirajuddin_haqqani.html.

[89] Alissa Rubin, "Taliban Strike Near Palace Inside Kabul," *The New York Times*, June 24, 2013.

[90] Mirwais Harooni & Hamid Shalizi, "Afghan Taliban Attack in Kabul Throws Peace Talks into Further Doubt," Reuters, June 24, 2013.

[91] "Suicide Bomb Attack on Kabul Restaurant 'Kills 14,'" BBC, January 17, 2014.

[92] Matthew Rosenberg & Azam Ahmed, "Illusion of Safety at Afghan Haven Is Shattered," *The New York Times*, March 21, 2014.

[93] "'Foreigners' Killed in Kabul Airport Suicide Attack," BBC, July 22, 2014.

[94] Carlotta Gall, "Terror Group Back on the Offensive in Afghanistan," *The New York Times*, July 17, 2014.

[95] Hamid Shalizi, "German Killed in Kabul Attack on Play Condemning Suicide Bombings," Reuters, December 11, 2014.

[96] Ibid.

[97] "Afghanistan: Pakistan Officer Involved in Parliament Attack," The Associated Press, June 24, 2015.

[98] "Dozens Killed in Multiple Attacks Across Kabul," Al Jazeera, August 7, 2015.

22. On August 10, 2015, a Taliban suicide bomber attacked the Kabul International Airport, killing five and wounding 16 people.

23. On August 22, 2015, a suicide bomber killed twelve people, including three American contractors, in central Kabul. The Taliban denied responsibility, but a detailed report by the Institute for the Study of War assessed that the Haqqani network was likely responsible.[99]

24. On December 11, 2015, the Taliban launched a suicide attack on a "guesthouse attached to the Spanish Embassy" in Kabul, killing two Spanish security guards and civilians.[100] The Taliban claimed responsibility.

25. On February 1, 2016, a suicide bomber killed 20 at the entrance of the National Civil Order Police Headquarters in Kabul. The Taliban claimed responsibility.

26. On April 19, 2016, a combined suicide bomb and small arms attack killed 64 people in Kabul. The Taliban, which claimed responsibility, indicated that the target was security guards for Afghan officials.

27. On August 1, 2016, militants attacked the Northgate Hotel in Kabul, which housed mainly foreign contractors, and the Taliban claimed responsibility.[101]

28. On September 5 and 6, 2016, militants executed a multipronged attack against the Afghan Defense Ministry and other targets. The Taliban claimed responsibility for the attack, which claimed at least 24 lives.

29. On January 10, 2017, two bombings near the Afghan Parliament killed at least 38 people. The Taliban claimed responsibility, indicating that they were targeting Afghan intelligence officials.

30. On May 31, 2017, a truck bomb attack in Kabul claimed over 80 lives. Though the Taliban denied involvement, the National Directorate of Security, Afghanistan's intelligence agency, "blamed the Haqqani wing of the organization."[102]

31. The Taliban claimed responsibility for a July 24, 2017 suicide bombing in a predominantly Shia neighborhood of Kabul that killed at least 35 people.[103]

32. On January 27, 2018, a suicide car bomber detonated his explosives near a police checkpoint in Kabul, killing 103 people. The Taliban claimed responsibility.

---

[99] Jessica Lewis McFate et al., "Afghanistan Threat Assessment: The Taliban and ISIS," Institute for the Study of War, December 10, 2015, p. 4.
[100] Sayed Hassib, "Afghan Forces End siege at Spanish Embassy in Kabul," Reuters, December 11, 2015.
[101] "Taliban Attack Kabul Guesthouse for Foreigners," CBS/Associated Press, August 1, 2016.
[102] Mujib Mashal et al., "Deadly Bombing in Kabul Is One of the Afghan War's Worst Strikes," *The New York Times*, May 31, 2017.
[103] Bethan McKernan, "Kabul Attack: Taliban Claim Suicide Bomb that Killed at Least 35 in Afghanistan's Capital," *The Independent* (London), July 24, 2017.

As I noted, these thirty-two attacks by the Taliban and Haqqani network show significant precedent for the 2015 attack on the Park Palace Hotel and 2018 attack on the Intercontinental Hotel. In particular, quantitative and qualitative analysis of the attacks detailed above point to four conclusions about the Taliban and the Haqqani Network's *modus operandi* for attacks in Kabul:

1.  The Taliban and Haqqani network have frequently attacked locations in Kabul popular with foreign civilians. Twelve of the aforementioned attacks occurred at locations popular with foreign civilians.

2.  This list demonstrates the Taliban and the Haqqani Network's interest in attacking hotels like the Park Palace Hotel and the Intercontinental Hotel. Eight attacks occurred at hotels in Kabul. One attack, targeting the Intercontinental Hotel in 2011, demonstrates particularly clear precedent for the Taliban's attack on the same hotel in 2018.

3.  These attacks frequently targeted Americans.

4.  American, Afghan, and other sources alleged that the Haqqani network conducted seven of the ten sophisticated attacks in this list. I define *sophisticated attacks* as those that were either multipronged or used advanced weaponry. This finding indicates that the Haqqani Network was involved in the Taliban's larger, more complex attacks in Kabul that required multiple fighters. This finding is relevant given the complexity of the 2015 Park Palace Hotel and the 2018 Intercontinental Hotel attacks.

## IV.  The Evolution of the Haqqani Network

Though the term *Haqqani network* was never used in Western conversation until 2006, when it first appeared in a diplomatic cable, the term is by now commonly used for a militant outfit whose origins date to the mid-1970s and whose allegiance lies with the Taliban.[104] The U.S. State Department designated the Haqqani network a terrorist organization in September 2012, and it has also been designated by the United Nations Security Council.[105]

The Haqqani network's founder is Jalaluddin Haqqani, who "was born in 1939 in the tiny village of Karezgay in the Wazi Zadran district of Paktia Province."[106] The Haqqani network is named after the Dar al-Ulum Haqqaniyya madrassa in Pakistan's North-West Frontier Province, a Deobandi seminary from which Jalaluddin Haqqani graduated "with the equivalent of a doctoral degree" in 1970.[107] After spending a short time in Pakistan teaching at the Haqqaniyya madrassa and campaigning on behalf of an Islamist candidate for Pakistan's National Assembly, Jalaluddin returned to Afghanistan, where he established a madrassa. Though under normal circumstances, "Jalaluddin might have gone on to a successful and nonviolent career in Pak-Afghan Islamist

---

[104] For discussion of the first uses of the term *the Haqqani Network*, see Brown & Rassler, *Fountainhead of Jihad* Kindle ed., locs. 99-111.
[105] For the designations, see Bureau of Counterterrorism, U.S. Department of State, "Foreign Terrorist Organizations," n.d., https://www.state.gov/foreign-terrorist-organizations/; United Nations Security Council, "Haqqani Network," posted November 5, 2012, https://www.un.org/securitycouncil/sanctions/1988/materials/summaries/entity/haqqani-network.
[106] Brown & Rassler, *Fountainhead of Jihad* Kindle ed., loc. 515.
[107] Ibid., loc. 688.

politics,"[108] in the turbulent 1970s-era South Asia, this was not to be. Armed conflict, primarily between the Soviet-backed Afghan communist movement and Islamists, changed the trajectory of Jalaluddin's nascent career.

Jalaluddin Haqqani led an unsuccessful uprising against the pro-Soviet regime of Sardar Mohammed Daoud Khan in Paktika Province's town of Urgun, which resulted in "most of its leaders either fleeing to Pakistan or in jail."[109] Undeterred by this early failure, Jalaluddin joined the executive committee of the Hizb-i Islami Afghanistan party, which was designed to merge "all of the factions of anti-Daoud Sunni Islamist activism into one organization."[110] When Hizb-i Islami split into two factions—one led by Muhammad Khalis and another by Gulbuddin Hekmatyar—the Haqqani network joined the Khalis-led faction.[111] As a part of that group, the Haqqani network fought the Soviets in the Afghan-Soviet War.

During the course of the Afghan-Soviet War, the Haqqani network benefited enormously from the boom in hardline madrassas designed to foster opposition to the Soviet presence. Policies implemented during this period, including Pakistani President Muhammad Zia-ul-Haq's Zakat Ordinance, "helped the Haqqanis broaden their social base as the most prominent religious leaders and providers of religious education in their region, allowing them to build an extensive local infrastructure for mobilization, recruitment, and training."[112] Overall, the Haqqani network became an ever more potent force during the course of this conflict, and remained so in Afghanistan's post-communist civil war.

As previously noted, the Haqqani network's contributions to al-Qaeda and the transnational jihadist movement during this period is underappreciated by much of the relevant scholarship. Vahid Brown and Don Rassler's *Fountainhead of Jihad* provides an important corrective through an intensive examination of relevant sources, including primary sources that other scholars have largely left unmined. From the Afghan-Soviet War period through the 9/11 attacks, here are some of the Haqqani network's most important contributions to al-Qaeda and transnational jihadism:

1. The Haqqanis were the first faction to actively recruit Arab foreign fighters and were the most eager to place Arab foreign fighters in combat positions.

2. Numerous early al-Qaeda members were embedded with the Haqqani network before bin Laden set foot on a battlefield, including such notable figures as Abu Hafs al-Masri, Abu'l-Walid al-Masri, Abu Ubayda al-Iraqi, and Abu Ubayda al-Banshiri.[113]

3. When al-Qaeda was still nascent, its early members would have to train with the Haqqani network before going on to al-Qaeda camps. As Brown and Rassler note, the Arabs "bound for Ma'sada had to proceed first to Zhawara [which was run by the Haqqanis] via Miranshah and there undergo ten days of preliminary training alongside the Haqqanis' Afghan trainees."[114]

---

[108] Ibid., loc. 764.
[109] Ibid., loc. 880; see also Dressler, *The Haqqani Network*, p. 9.
[110] Brown & Rassler, *Fountainhead of Jihad* Kindle ed., loc. 886.
[111] Dressler, *The Haqqani Network*, p. 7.
[112] Brown & Rassler, *Fountainhead of Jihad* Kindle ed., loc. 1007.
[113] Ibid., loc. 1170-76.
[114] Ibid., loc. 1351.

4. In addition to al-Qaeda, "[m]any of the leaders of the militant Islamist organizations established in the 1990s, from North Africa to Southeast Asia, got their first taste of jihad under Haqqani's command in this fight."[115] These included leaders of the Libyan Islamic Fighting Group and Egypt's al-Gama'a al-Islamiyya. In the subsequent decades, al-Qaeda would benefit from its relationship with these organizations, and would leverage them to expand its global presence.

5. The Haqqani network may have influenced al-Qaeda's shift toward seeing the United States as the primary enemy of the global jihadist movement. If this is so, it was through the group's influence on Abu'l-Walid al-Masri that the Haqqani network was able to produce this reorientation on al-Qaeda's part.[116]

6. Bin Laden used his perch in Haqqani-controlled territory, which enjoyed some autonomy from the Taliban's rule, to launch his declarations of war against the United States and the West.[117]

This critical post-9/11 support for al-Qaeda would also be consistent with the Haqqani network's relationship with al-Qaeda in the wake of the 9/11 attacks.

In the later chaos of Afghanistan's civil war in the 1990s, there was initially suspicion and hostility between the Haqqani network and the Taliban, though Jalaluddin Haqqani had been persuaded to lend his military expertise to the group by 1995. I noted earlier that Jalaluddin's alliance with the Taliban proved critical to some of their gains, particularly around Kabul. Brown and Rassler elaborate:

> Following a series of defeats against [Ahmad Shah] Massoud around Kabul in early 1995, the Taliban were joined there during the summer of 1995 by Jalaluddin Haqqani and a group of 2,000 fighters from Khost, recruited with "suitable exhortations over the patriotic role of the border tribes in ousting Tajik usurpers [Bacha-e Saqqao] in 1929." In other words, Haqqani's men were appealed to on the basis of an identity rooted in a history of fiercely defended highland autonomy, not in terms of the Taliban's nationalist agenda. It was only after the Haqqanis joined the battle in the north that the Taliban succeeded in capturing Kabul, and Jalaluddin was then tasked with confronting Massoud's forces on the Shomali plain north of the city.[118]

After the Taliban gained control of Kabul, Mullah Omar named Jalaluddin Haqqani as the minister of tribal and border affairs, as I noted previously. Yet Jalaluddin and Mullah Omar had their differences. They came from different tribes, and Haqqani fell outside Mullah Omar's core decision-making circles.[119] This created a complex relationship between the Haqqani network and the Taliban,

---

[115] Ibid., loc. 1484.
[116] This point about the Haqqani network's possible influence on al-Qaeda's anti-American turn is argued at length in ibid., locs. 1756-1820.
[117] Ibid., loc. 2059.
[118] Ibid., loc. 1899; see also Rashid, *Taliban*, p. 60.
[119] Dressler, *The Haqqani Network*, p. 9.

in which the two organizations had areas of convergence and intersection. Brown and Rassler stress that the Rahbari Shura did not micromanage the Haqqanis, though they note that "this is not to suggest that the Haqqani network is an entirely separate entity—it isn't."[120] I concur with Brown and Rassler's assessment of the overlap between the Haqqani network and the Taliban, as well as the differences that are sometimes thrown into stark relief, and this section proceeds by outlining the Haqqani network's evolving role in the insurgency that followed the U.S. intervention, as well as its evolving relationship with the Taliban.

Jalaluddin's son, Sirajuddin Haqqani, took over the Haqqani network's day-to-day operations in the mid-2000s. Sirajuddin Haqqani officially succeeded his father as the head of the Haqqani network after his father's death in 2018, and leads the group to this day.[121] Under Sirajuddin Haqqani, the Haqqani network's relationship with the Taliban passed through three stages. First, soon after the American invasion, the Haqqani network helped the Taliban establish an anti-American insurgency in Afghanistan, largely operating as the Taliban's Miranshah Shura, one of its three initial regional military councils. Second, the Taliban granted the Haqqani network even greater control over operations in its Loya-Paktia stronghold. Third, Sirajuddin Haqqani became the Taliban's deputy emir in 2015 and its top military leader. As a result of Sirajuddin Haqqani's new role, the Taliban and the Haqqani network became more closely integrated. At each stage, *the Haqqani network has officially remained part of the Taliban*. However, the operational collaboration between the Haqqani network and the rest of the Taliban has substantially evolved over the last two decades.

*The First Stage: 2001-07.* Immediately after the U.S. intervention in 2001, Haqqani network leaders reportedly fled to Pakistan, where they found refuge.[122] Sirajuddin Haqqani has said that the Taliban's defense minister, Mullah Obaidullah, came to see him in Peshawar in 2003, asking him "to bring as many fighters as you can into the field."[123] Sirajuddin agreed. By 2004, the Haqqani network had "reconstituted their operations in their historical stronghold of Loya-Paktia, which encompasses the provinces of Khost, Paktia and Paktika in southeastern Afghanistan."[124] The Haqqani network also began to turn its attention to Kabul. As previously discussed, the Haqqani network played a key role in the 2004 establishment of the Kabul Attack Network, uniting the Haqqani network with other Taliban elements to launch attacks in Kabul.

*The Second Stage: 2007-15.* 2007 marked a key shift for the Haqqani network, as Sirajuddin Haqqani assumed operational command of the network and the Miranshah Shura. Sirajuddin Haqqani envisioned a more prominent role for the Haqqani network in the insurgency, and sought more funding from Quetta and a larger role on the Rahbari Shura.[125] He also asserted "direct control of the fronts and fighting groups in" his network, but was careful not to question the "primacy of the" Rahbari Shura.[126] While these actions increased tensions between the Haqqanis and some Taliban leaders in

---

[120] Brown & Rassler, *Fountainhead of Jihad* Kindle ed., loc. 2406.

[121] The Islamic Emirate (the Taliban), "Statement of Islamic Emirate Regarding Passing Away of Prominent Jihadi Figure, Scholar and Warrior Mawlawi Jalaluddin Haqqani (RA)," September 3, 2018, https://ent.siteintelgroup.com/Statements/afghan-taliban-announces-death-of-haqqani-network-head-jalaluddin-haqqani.html.

[122] See, for example, Dressler, *The Haqqani Network*, p. 10.

[123] Sami Yousafzai, "The Taliban's Oral History of the Afghanistan War," *Newsweek*, September 25, 2009.

[124] Dressler, *The Haqqani Network*, p. 2.

[125] Antonio Giustozzi, *The Taliban at War: 2001-2018* Kindle ed. (Oxford: Oxford University Press, 2019), loc. 1704.

[126] Theo Farrell, "Unbeatable: Social Resources, Military Adaptation, and the Afghan Taliban," *Texas National Security Review* 1:3 (May 2018).

Quetta, the Haqqanis and the Taliban reportedly came to an agreement to address Sirajuddin Haqqani's demands. They agreed that 1) the Rahbari Shura would make gubernatorial appointments in Haqqani-held provinces in consultation with the Haqqanis, 2) the governors in these areas would have largely symbolic powers, and 3) the governors would be subordinate to the Miranshah Shura.[127] The Taliban and Haqqanis also reportedly agreed that the Rabhari Shura could send forces to Paktika, albeit under the Miranshah Shura's command.

As reports of the Haqqani network's push for greater control over its operations emerged, Jalaluddin Haqqani rushed to confirm his loyalty to Mullah Omar. In a 2008 interview with the Taliban's magazine *al-Samoud*, Jalaluddin said:

> All the Mujahideen wage Jihad under the leadership of the Ameer ul-Momineen Mullah Mohamed Omar Mujahid against the American invaders and their lackeys. There is no crisis (of division) under the names moderate or extremist among the Mujahideen. They all fight under unified leadership, according to the glorious aya: "Strong against the unbelievers (but) compassionate amongst each other".
>
> I myself am a member of the High Council of the Islamic Emirate. I also bear on my shoulders responsibility for Jihad in the provinces of Khost and Paktika. The biased claims of the international media agencies are unfounded in truth. Since we swore allegiance to Ameer ul-Momineen Mullah Mohamed Omar Mujahid, we have been to this day steadfast in that allegiance and we are true to (the Emirate's) principles and decisions. There are no differences, divisions of discord among the Mujahideen of the Islamic Emirate.[128]

During an April 2010 question-and-answer session with the Ansar al-Mujahedin network, Sirajuddin Haqqani said: "We assure all the Muslims that the Islamic Emirate [*i.e.*, the Taliban] is united and consistent. I am a soldier of the Emirate and our emir [leader] is the Emir of the Believers Mullah Muhammad Omar Mujahid, may Allah preserve him and bring peace upon him."[129]

In the fall of 2012, Sirajuddin Haqqani reiterated the Haqqani network's role in the Taliban:

> We are one of the fronts of the Islamic Emirate, and we do jihad in the Cause of Allah under its banner, and we are proud of our pledge to its Emir [leader] and we carry out its orders and all its regulations. All formations and the employment figures with us are by the Islamic Emirate, and we obey completely in good deeds the Emir of the Believers Mullah Muhammad Omar, may Allah the Almighty preserve and protect him.[130]

---

[127] Giustozzi, *The Taliban at War*, loc. 1748.

[128] "The Defeat of America in Afghanistan Will be Swifter Than the Defeat of the Collapsed Soviet Union," *Al Samoud* issue 30, December 2008.

[129] Sirajuddin Haqqani, "Ansar al-Mujahideen Hosts Open Meeting with Sirajuddin Haqqani," Ansar al-Mujahedin Network, April 28, 2010, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-4-30-10-aam-sirajuddin-open-int-part-1.html.

[130] "Al-Samoud Interviews Sirajuddin al-Haqqani, the Military Official of the Mujahideen in Khost Province," *Al Samoud*, Issue 76, September 27, 2012, https://ent.siteintelgroup.com/Periodicals/afghan-taliban-magazine-interviews-sirajuddin-haqqani-in-77th-issue.html.

After the U.S. State Department designated the Haqqani network as a foreign terrorist organization, the Taliban released a statement denying a fissure between the Taliban and Haqqani network:

> The honorable Mawlawi Jalaluddin Haqqani is a member of the Leadership Council of Islamic Emirate and is a close, loyal and trusted associate of the esteemed Amir-ul-Mumineen [leader of the faithful, Mullah Omar] and those Mujahideen entrusted under the command of his sons are in fact the heroic Mujahideen of Islamic Emirate who like other Mujahideen strictly obey the esteemed Amir-ul-Mumineen and wage Jihad against the invaders throughout the country.

These statements are consistent. They reflect the fact that both the Haqqani network and the Taliban viewed the Haqqanis as a part of the Taliban during this period despite tensions between them. While they gloss over some of the aforementioned disagreements and conflicts (which is not altogether unsurprising), these statements accurately reflect the substantial cooperation and coordination between the Haqqani network and other elements of the Taliban during this time. There were, nevertheless, moments of conflict and competition between the Haqqani network and other elements of the Taliban.

The Haqqani network enjoyed several independent revenue streams. During this period, it continued to leverage donor networks in Gulf countries like Saudi Arabia and the United Arab Emirates that it initially developed during the 1980s.[131] It also received extensive support from Pakistan's military and intelligence services.[132] The Haqqani network also engaged in a range of what may be deemed mafia-like business practices, from extorting local businesses for "protection" to collecting ransom payments for hostages to robbery to smuggling narcotics.[133] This financial independence allowed the Haqqani network to more easily conduct operations without asking other elements of the Taliban, particularly the Rahbari Shura, for prior approval or financing.

From 2007 to 2015, the Haqqani network demonstrated its ability to launch major attacks in Kabul. Indeed, by 2007 the Taliban and Haqqani network began to establish bases of operations near the capital.[134] The Haqqani network established transit hubs for fighters in the city of Ghazni and the province of Logar, both south of Kabul, and in Laghman province to the east of Kabul.[135] In 2008 and 2009, the Haqqani network launched an offensive in Kabul, which included the use of suicide bombers and complex attacks. As previously discussed (Part III), these attacks included the January 2008 attack on the Serena Hotel, the April 2008 assassination attempt against Hamid Karzai, the July 2008 attack on the Indian Embassy, and a multifaceted attack in February 2009 on Afghan government buildings. From 2009 through 2015, the Haqqani network continued to execute roughly one major attack in Kabul per year. These included a May 2010 attack on a NATO convoy, a June 2011 attack on the Intercontinental Hotel, an April 2012 attack on multiple Western targets, a June 2012 attack on a hotel, a June 2013 attack on the Presidential Palace and an alleged CIA base, and a July 2014 attack on Kabul airport.

---

[131] Gretchen Peters, *Haqqani Network Financing: The Evolution of an Industry* (West Point: Combating Terrorism Center, 2012), p. 33.

[132] See, for example, ibid., p. 35.

[133] Ibid., pp. 39, 41, 45-46.

[134] Dressler, *The Haqqani Network*, p. 31.

[135] Ibid., pp. 26, 27 & 31.

*Third stage: 2015-present.* 2015 appears to have marked a turning point in the relationship between the Haqqani network and the rest of the Taliban. Sirajuddin Haqqani became simultaneously the leader of the Haqqani network and the deputy emir of the Taliban, the group's second-in-command.[136] The Haqqani-dominated Miranshah Shura seems to have become a fully integrated component of the Taliban under the Quetta Shura after Sirajuddin Haqqani's appointment as the Taliban's number two leader.[137] When the United States killed Taliban leader Mullah Mansour in an airstrike, Sirajuddin remained the Taliban's deputy leader under new Taliban emir Mullah Haibatullah Akhundzada.

With his new role in the Taliban's central leadership, Sirajuddin Haqqani appeared to take over significant operational command of the Taliban. Mullah Mansour and then Mullah Akhundzada's lack of military experience meant that Sirajuddin Haqqani became the group's *de facto* military leader. One Taliban commander has said that the group's commanders needed Sirajuddin's approval to change plans, while a former Haqqani commander reported that "no one can be appointed [as a Taliban governor] without his advice," and that "the influence of Sirajuddin in the Taliban's ranks seems to be just growing."[138] A Taliban spokesman stated, "We can say that not only his military obligations but all his obligations have increased."[139]

Such statements align with the Taliban's personnel decisions, as Sirajuddin's relatives assumed increasingly prominent roles in the Taliban hierarchy. During the U.S.-Taliban negotiations, Sirajuddin Haqqani's younger brother, Anas, was part of the Taliban's negotiating team.[140] Khalil Haqqani became the leader of the Peshawar Shura, which nominally controlled Taliban operations in and around Kabul. That leadership change, in addition to Sirajuddin Haqqani's role in the Taliban, gave Haqqani network leaders full control over attacks in Kabul.

American officials have publicly indicated that they assess these statements by Taliban leaders as accurate. Brigadier General Charles Cleveland, the spokesman for U.S. and NATO troops in Afghanistan, said in 2016 that "Sirajuddin increasingly runs the day-to-day military operations for the Taliban, and, we believe, is likely involved in appointing shadow governors."[141] After Mullah Mansour limited his movements, Sirajuddin Haqqani led several meetings of the Taliban's leadership council.[142] Such events led U.S. and Afghan officials to conclude that the Taliban and Haqqani network were becoming more closely integrated.[143] In effect, Sirajuddin Haqqani, demonstrating his political and military savviness, in large part took over the Taliban's day-to-day operations.

During this period, the Haqqani network continued to carry out sophisticated attacks in Kabul. Outside of the attacks at issue in this case, the Haqqani network is publicly alleged to have conducted a June 2015 attack on the Afghan Parliament, an August 2015 bombing that killed

---

[136] Leading Council of the Islamic Emirate of Afghanistan, press release, "Declaration of the Leading Council of the Islamic Emirate regarding the appointment of new Amir (leader) of the Islamic Emirate," July 31, 2015, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-appoints-new-leader-selects-haqqani-network-official-as-a-deputy.html.

[137] Giustozzi, *Afghanistan: Taliban's Organization and Structure*, p. 9.

[138] Mujib Mashal, "Haqqanis Steering Deadlier Taliban in Afghanistan, Officials Say," *New York Times*, May 7, 2016.

[139] Ibid.

[140] Kathy Gannon, "U.S. Opens First Round of Resurrected Peace Talks with Taliban," Associated Press, December 7, 2019.

[141] Mashal, "Haqqanis Steering Deadlier Taliban in Afghanistan."

[142] Ibid.

[143] Ibid.

American contractors, and a May 2017 bombing targeting Afghan intelligence officials. However, given Sirajuddin Haqqani's role in the Taliban and the Haqqani network's military expertise, the Haqqani network likely had more involvement in Kabul-based attacks than just these.

*Conclusion.* Thus, before 2015, the Taliban allowed the Haqqani network to directly control operations in the network's zone of influence, namely Loya-Paktia. During that period, the Haqqani network and the Taliban closely collaborated in their attacks on targets in Kabul. As Sirajuddin Haqqani became the deputy emir of the Taliban and intimately involved in the group's day-to-day operations, the Haqqani network and the Taliban became more closely integrated.

## V.   Iranian Support for the Taliban and Haqqani Network

The Islamic Republic of Iran has provided the Taliban and the Taliban's Haqqani network with safe haven, training, financing, weapons, and high-level support for more than a decade. According to the U.S. Department of the Treasury, the Islamic Revolutionary Guard Corps' (IRGC) elite Quds Force is "the Iranian regime's primary instrument for providing lethal support to the Taliban."[144] IRGC created the Ansar Corps inside the Quds Force, with its headquarters in Mashhad, to direct IRGC operations in Afghanistan.[145] As a result of these and similar global activities, the U.S. Department of State has designated the entire IRGC, including the Quds Force, as a foreign terrorist organization.[146]

This partnership between a Shia theocracy and a Sunni militant group may initially seem odd, especially since the relationship between the Taliban and Iran has historically been hostile. As one example of this historic hostility, after the Taliban captured the city of Mazar-i-Sharif in 1998, nine Iranian diplomats were killed, and Iran blamed the Taliban.[147] Indeed, Iran cooperated with the United States during the very early stages of the U.S. intervention in Afghanistan. According to U.S. Ambassador Ryan Crocker, who negotiated with Iranian officials in late 2001, "The Iranians were constructive, pragmatic and focused, at one point they even produced an extremely valuable map showing the Taliban's order of battle just before American military action began."[148] Yet even during this period of cooperation, Iran was simultaneously reaching out to the Taliban.

Former Taliban governor Khairullah Said Wali Khairkhwa has told U.S. authorities that in "early October 2001… '[Iran] contacted unnamed Taliban officials in Kandahar . . . to request [a] meeting and offer military aid to the Taliban against U.S. and Allied forces.'"[149] Khairkhwa attended the meeting as part of a Taliban delegation that met with "the Deputy Commander of the Iranian Foreign Intelligence Service and the Head of the Afghan Department of the Iranian Foreign Intelligence Service."[150] Further, "the Iranian delegation offered to purchase for the Taliban hand-held Russian manufactured, anti-aircraft missiles, which are superior to Stinger missiles…. The

---

[144] U.S. Department of the Treasury, press release, "Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism," October 25, 2007.
[145] Bill Roggio, "Qods Force-Linked Taliban Commander Leads Insurgency in Central Afghanistan," *Long War Journal*, August 9, 2017.
[146] U.S. Department of State, press release, "Designation of the Islamic Revolutionary Guard Corps," April 8, 2019, https://www.state.gov/designation-of-the-islamic-revolutionary-guard-corps/.
[147] Douglas Jehl, "Iran Holds Taliban Responsible for 9 Diplomats' Deaths," *New York Times,* September 11, 1998.
[148] Ryan Crocker, "Talk to Iran, It Works," *New York Times,* November 3, 2013.
[149] *Khairkhwa v. Obama,* 793 F.Supp.2d 1, 37 (D.D.C., 2011).
[150] Ibid.

Iranians also said they would buy other military equipment for the Taliban, but would not identify the type of equipment until the Taliban delegation proved they had enough money."[151] Iran also offered the Taliban non-lethal assistance that could assistant militant operations, including "to open the [Iran/Afghanistan] border for Arabs traveling to and from [Afghanistan]."[152] Khairkhwa's statements, in addition to other relevant secondary-source information, indicate that Iran was playing both sides in late 2001.

However, Iran's relationship with the United States further deteriorated in early 2002. According to Ambassador Crocker, Iran ceased cooperating with the United States after President Bush declared Iran to be part of an "axis of evil" in January 2002.[153] Iran also began to increase its support for the Taliban's insurgency. In February 2002, CIA Director George Tenet testified before the Senate Select Committee on Intelligence that:

> The initial signs of Tehran's cooperation in common cause with us in Afghanistan are being eclipsed by Iranian efforts to undermine U.S. influence there. While Iran's officials express a shared interest in a stable government in Afghanistan, its security forces appear bent on countering American presence. This seeming contradiction in behavior reflects a deep-seated suspicion among Tehran's clerics that the United States is committed to encircling and overthrowing them, a fear that could quickly erupt in attacks against our interests.[154]

Those anticipated attacks against American interests soon materialized. In 2008, the U.S. State Department concluded that Iran was providing material support to the Taliban through Quds Force no later than 2006.[155]

In recent years, both Iranian and U.S. officials have acknowledged Iran's relationship with the Taliban. In December 2016, Iran's Ambassador to Afghanistan, Mohammed Reza Behrami, said Iran was in contact with the Taliban for "control and intelligence."[156] In February 2017, Gen. John Nicholson, the top American commander in Afghanistan, testified frankly before the U.S. Senate Armed Services Committee that "Iran is providing support to the Taliban."[157] In November 2018, Brian Hook, the State Department's Special Representative for Iran, stated that "Iran has been providing material support to the Taliban since at least 2007." And according to a 2019 public report by the Defense Intelligence Agency, "Since at least 2007, Iran has provided calibrated support—including weapons, training, and funding—to the Taliban to counter U.S. and Western influence in Afghanistan, combat ISIS-Khorasan, and increase Tehran's influence in any post-reconciliation government."[158] These statements leave little doubt that Iran has helped the Taliban militarily.

---

[151] Ibid.

[152] Ibid.

[153] Crocker, "Talk to Iran, It Works."

[154] George Tenet, "Current and Projected National Security Threats to the United States," testimony before the U.S. Senate Select Committee on Intelligence, February 6, 2002.

[155] Office of the Coordinator for Counterterrorism, U.S. Department of State, *2007 Country Reports on Terrorism* (April 30, 2008).

[156] Ahmad Majidyar, "Afghans See Iran's Hand in Taliban's Latest Gains in Western Afghanistan," Middle East Institute, March 14, 2018.

[157] Gen. John Nicholson, "Afghanistan Today: The Role of the U.S. and a State of Positive Equilibrium," testimony before the Senate Armed Services Committee, February 9, 2017.

[158] U.S. Defense Intelligence Agency, *Iran Military Power* (August 2019), p. 63.

As the past two sections demonstrate, the Taliban is not a monolithic entity. Its internal power dynamics have shifted over time. However, Iran has apparently cooperated with and supported all elements of the Taliban. Its ties to the Quetta Shura are clear. Iran allowed the Quetta Shura to open an office in Mashhad, Iran in 2011 that became the Mashhad Shura, which hosted representatives from the Haqqani network.[159] The IRGC coordinated suicide bombings with members of the Quetta Military Shura while Sirajuddin Haqqani played a leading role in the Shura.[160] Iran has also provided weapons and possibly "military guidance" to Mullah Rasool, who leads the independent Rasool Shura.[161] In 2020, Antonio Giustozzi said that the Haqqani network has been "getting closer" to Iran.[162]

The remainder of this section details with specificity the types and extent of Iranian support for the Taliban. It first shows that Iran's support for the Taliban is not merely the work of a few rogue Iranian agents or Taliban commanders, but rather has been coordinated at high levels. The section then overviews the types of support provided by Iran: safe haven, recruiting, training, financing, weapons, and attack planning. Third, this section describes Iran's motives for supporting the Taliban. Finally, it assesses the impact of Iran's support for the Taliban.

*Iran's High-Level Coordination with the Taliban.* Iran's support for the Taliban represents a decades-long, extensive effort coordinated by senior Taliban and IRGC commanders to bolster the Taliban in its fight against NATO and Afghan government forces.

As I have discussed, the aforementioned October 2001 Taliban delegation, which included Khairkhwa, met with the "Deputy Commander of the Iranian Foreign Intelligence Service and the Head of the Afghan Department of the Iranian Foreign Intelligence Service."[163] Given the way Iranian foreign policy is conducted, it is unlikely that such high-ranking Iranian intelligence officials would have met with Taliban officials and offered support without the sanction of Iran's Supreme Leader.[164]

The notion that this initial meeting with the Taliban represented the first overture in a longer relationship would be supported over time, and the relationship between Iran and the Taliban would eventually become overt. In 2011 and 2012, the Taliban opened offices in the cities of Zahedan in Iran's southeast and Mashhad in the northeast.[165] According to Giustozzi, the Mashhad office even included two representatives from the Haqqani network "to liaise with the Revolutionary Guards."[166] In 2013, a high-level Taliban delegation met with Iranian leaders in Tehran.[167] Such

---

[159] Giustozzi, *Afghanistan: Taliban's Organization and Structure*, p. 6.

[160] U.S. Department of the Treasury, press release, "Treasury and the Terrorist Financing Targeting Center Partners Sanction Taliban Facilitators and their Iranian Supporters," October 23, 2018.

[161] Max Taylor, "Mullah Rasool and the Taliban Splinter Faction," *Intelligence Fusion*, April 5, 2019, https://www.intelligencefusion.co.uk/blog/mullah-rasool-and-the-taliban-splinter-faction.

[162] Frud Bezhan, "Iranian Links: New Taliban Splinter Group Emerges That Opposes U.S. Peace Deal," Radio Free Europe/Radio Liberty, June 9, 2020.

[163] *Khairkhwa v. Obama*, 793 F.Supp.2d 1, 37 (D.D.C., 2011).

[164] In this quote, "Iran's Foreign Intelligence Service" could refer to either Iran's Ministry of Intelligence and Security or the IRGC's Quds Force. Both organizations report directly to the Supreme Leader. Federal Research Division, Library of Congress, *Iran's Ministry of Intelligence and Security: A Profile* (December 2012), p. 13.

[165] Giustozzi, *Afghanistan: Taliban's Organization and Structure*, p. 6; Ben Farmer, "Taliban Opens Office in Iran," *The Telegraph* (London), July 17, 2019.

[166] Giustozzi, *The Taliban at War*, loc. 1830.

events and meetings should be sufficient to demonstrate that Iran's outreach to the Taliban had high-level support in the IRGC and the Iranian government.

Indeed, the evidence of high-level cooperation would only continue to grow clearer. Before a U.S. airstrike killed Mullah Mansour, he had returned to Pakistan from Iran, where he met Iranian officials.[168] As previously mentioned, Iran's Ambassador to Afghanistan said in December 2016 that Iran was in contact with the Taliban for "control and intelligence." Mullah Mansour's successor, Haibatullah Akhundzada, was reportedly in Iran from May to July 2017.[169]

*Safe Haven for the Taliban.* Iran has offered safe haven not only to Taliban leaders, but also to Taliban fighters. Years of evidence support this form of material support. For example, Afghan police and a former Taliban commander indicated in 2011 that Iran has allowed the Taliban to recruit, train, and house fighters in Iran.[170] In 2017, the governor of Afghanistan's Farah province said publicly that "some Taliban leaders travel frequently to Iran. They have hideouts there and are being aided with a lot of material resources."[171] In 2018, a Taliban commander admitted to a Western newspaper that hundreds of Taliban fighters are in Iran at a time.[172] These consistent accounts from Afghan government sources and the Taliban itself clearly indicate that Iran has offered Taliban fighters safe haven in its territory.

Iran may have also provided safe haven to the families of Taliban fighters. Jamila Amini, an Afghan lawmaker from Farah province, has publicly alleged that Iran "is encouraging youth to join the insurgency in return for allowing their families to reside in Iran."[173] This arrangement could bolster Taliban recruitment efforts.

*IRGC's Provision of Training.* The U.S. Department of State and U.S. Department of the Treasury have revealed that Iran has been training Taliban fighters in Iran and Afghanistan throughout the war. According to the U.S. State Department's annual Country Reports on Terrorism for each of the years 2008 through 2012, the "Qods Force provided training to the Taliban in Afghanistan on small unit tactics, small arms, explosives, and indirect fire weapons, such as mortars, artillery, and rockets."[174] The U.S. Department of the Treasury affirmed in a 2010 fact sheet that "in Afghanistan, the IRGC-QF provides select members of the Taliban with weapons, funding, logistics and training."[175] The Treasury Department noted in a 2018 press release that the Quds Force provided

[167] Emma Graham-Harrison, "Afghan Taliban Send Delegation to Iran," *The Guardian* (London), June 3, 2013.
[168] Thomas Joscelyn, "Iran Has Supported the Taliban's Insurgency Since Late 2001," *Long War Journal*, May 29, 2016; Carlotta Gall, "In Afghanistan, U.S. Exits, and Iran Comes In," *New York Times*, August 5, 2017.
[169] Giustozzi, *Afghanistan: Taliban's Organization and Structure*, p. 10.
[170] Bill Roggio, "Taliban Leader, Police Link Iran to Attacks in Afghanistan," *Long War Journal*, February 2, 2011.
[171] Abubakr Siddique & Noorullah Shayan, "Mounting Afghan Ire Over Iran's Support for Taliban," Radio Free Europe/Radio Liberty, July 31, 2017.
[172] Anthony Loyd, "Taliban's Best Fighters Being Trained by Iran," *The Times* (London), July 2, 2018.
[173] Siddique & Shayan, "Mounting Afghan Ire Over Iran's Support for Taliban."
[174] Office of the Coordinator for Counterterrorism, U.S. Department of State, *2008 Country Reports on Terrorism*, April 30, 2009; Office of the Coordinator for Counterterrorism, U.S. Department of State, *2009 Country Reports on Terrorism*, August 5, 2010; Office of the Coordinator for Counterterrorism, U.S. Department of State, *2010 Country Reports on Terrorism*, August 18, 2011; Office of the Coordinator for Counterterrorism, U.S. Department of State, *2011 Country Reports on Terrorism*, July 31, 2012; Office of the Coordinator for Counterterrorism, U.S. Department of State, *2012 Country Reports on Terrorism*, May 30, 2013.
[175] U.S. Department of Treasury, Fact Sheet, "U.S. Treasury Department Targets Iran's Support for Terrorism; Treasury Announces New Sanctions Against Iran's Islamic Revolutionary Guard Corps-Qods Force Leadership," August 3, 2010.

Taliban fighters with "basic military training near Birjand" in Iran in exchange for the Taliban agreeing to attack the Afghan government in Herat Province.[176]

The State and Treasury Departments are not the only U.S. government entities making these claims. The U.S. military has consistently reached a similar conclusion. While he served as the head of U.S. and NATO forces in Afghanistan, Gen. Stanley McCrystal said that Iran was providing training to the Taliban. He stated that there was "clear evidence of Iranian activity, in some cases of providing weapons and training to the Taliban that is inappropriate.… The training that we have seen occurs inside Iran with fighters moving inside Iran."[177] An October 2012 military intelligence assessment backed up Gen. McCrystal's statement, concluding that "IRGC officials helped transport groups of 10 to 20 Taliban fighters to various locations in Iran for training on MANPADS," or man-portable air-defense systems.[178] A Defense Intelligence Agency report indicates that Iran continued to train the Taliban through at least 2019.[179]

Taliban leaders have confirmed these accusations. In 2010, a Taliban commander acknowledged that Iran had been training "teams of Taliban fighters in small unit tactics."[180] In early 2018, Iran, according to a top Taliban political advisor, came to the Taliban with a proposal. In exchange for putting "more focus on attacking American and NATO interests in Afghanistan, and devote more forces to attacking" ISIS's Afghanistan-based affiliate, Iran would train hundreds of Taliban fighters in a "six month training run by Iranian special forces."[181] One Taliban commander reported that by the summer of 2018, there were "between 500 and 600 of us in different stages of training" in Iran.[182] The commander further elaborated: "We learn everything from tactics, leadership skills, recruitment, to bomb making and weapons training. The instructors are all Iranian special forces, although many seem able to speak Pashto as a second language."[183]

Scholars broadly agree that Iran has helped train the Taliban. A report by the RAND Corporation notes that "Iran's military aid to the Taliban has included light arms, rifled-propelled grenades (RPGs), and even military training for Taliban forces on Iranian soil."[184] Theo Farrell, a British scholar of the war in Afghanistan, has similarly concluded that "Iranian military advisers appear to have provided significant support to the Taliban training effort."[185] Bruce Riedel has described Iran's efforts to train the Taliban in bombmaking.[186]

Thus, the conclusions of the U.S. government, the Taliban, and relevant scholars is consistent: Iran has been training the Taliban. This training occurs in several locations. Iran reportedly has four

---

[176] U.S. Department of the Treasury, press release, "Treasury and the Terrorist Financing Targeting Center Partners Sanction Taliban Facilitators and their Iranian Supporters," October 23, 2018.

[177] Sanjeev Miglani, "General McChrystal Says Afghan Insurgents Trained in Iran," Reuters, May 30, 2010.

[178] Assessment quoted in Shawn Snow, "Iran's Support to the Taliban, Which Has Included MANPADS and a Bounty on U.S. Troops, Could Be a Spoiler for Peace in Afghanistan," *Military Times*, January 14, 2020.

[179] U.S. Defense Intelligence Agency, *Iran Military Power* (August 2019), p. 63.

[180] Quoted in Bill Roggio, "Iranian Qods Force Commanders Linked to Taliban: U.S. Treasury," *Long War Journal*, August 6, 2010.

[181] Anthony Loyd, "Taliban's Best Fighters Being Trained by Iran," *The Times* (London), July 2, 2018.

[182] Ibid.

[183] Ibid.

[184] Alireza Nader et al, *Iran's Influence in Afghanistan* (Washington, D.C.: RAND Corporation, 2014), p. 14.

[185] Theo Farrell, "Unbeatable: Social Resources, Military Adaptation, and the Afghan Taliban," *Texas National Security Review* 1:3 (2018).

[186] Quoted in Brian Todd & Pam Benson, "Taliban Fighters Training in Iran, U.S. Officials Say," CNN, March 23, 2010.

training camps for Taliban fighters in the Iranian cities of "Zahedan, Birjan, Maibod, and in the Shamsabad area near Tehran."[187] Indeed, the Treasury Department referenced the Birjan training camp in one of its statements about Iranian support to the Taliban. These training camps operate in addition to the Taliban's shura in Mashhad.

*Financing of the Taliban.* Since 2007, the U.S. government has consistently concluded that Iran has financed the Taliban. The State Department's Country Reports on Terrorism for 2007 indicated that "Iran's IRGC-Qods Force continued to provide weapons and financial aid to the Taliban to support anti-U.S. and anti-Coalition activity in Afghanistan."[188] In 2010, the U.S. Department of Treasury sanctioned Quds Force's Gen. Hossein Musavi and Col. Hasan Mortezavi for providing "financial and material support to the Taliban."[189] In 2018, U.S. Secretary of State Mike Pompeo stated that "Iran's support to the Taliban in the form of weapons and funding leads to further violence and hinders peace and stability for the Afghan people."[190] That same year, the U.S. Treasury Department announced additional sanctions against IRGC for funding the Taliban, with Treasury Secretary Steve Mnuchin explaining: "We are also targeting key Iranian sponsors providing financial and material support to the Taliban. Iran's provision of military training, financing, and weapons to the Taliban is yet another example of Tehran's blatant regional meddling and support for terrorism."[191]

Taliban officials have publicly admitted that Iran has been funding the Taliban. For example, one Taliban commander told the *Wall Street Journal* in 2015 that Iran was paying his $580 monthly salary.[192] In addition to paying fighters' salaries and financing operations, Iran has engaged in two particularly nefarious means of financing the Taliban.

First, Iran placed a bounty on U.S. service members, thus incentivizing the Taliban to kill Americans. According to *The Times* of London, Iran agreed to pay the Taliban $1,000 for every American soldier killed in Afghanistan, and $6,000 for the destruction of each U.S. military vehicle.[193] A U.S. military intelligence report from October 2010 confirmed these reports.[194] *The Times* described how a "Taliban treasurer" collected over $18,000 from an Iranian firm in Kabul in 2010 as a reward "for an attack in July which killed several Afghan government troops and destroyed an American armored vehicle."[195] The Taliban official said he gave the money to fighters from Wardak Province, traditionally the domain of the Peshawar Shura but also a site of Haqqani network operations. This payment from Iran was not an isolated incident. According to *The Times*, the Taliban treasurer gave $77,000 that he received from this Iranian firm to his group's fighters between April and September 2010.[196] That firm was one of at least five Iranian firms that engaged

---

[187] Bill Roggio, "Taliban Leader, Police Link Iran to Attacks in Afghanistan," *Long War Journal*, February 2, 2011.

[188] Office of the Coordinator for Counterterrorism, U.S. Department of State, *2007 Country Reports on Terrorism*, April 30, 2008.

[189] U.S. Department of Treasury, Fact Sheet, "U.S. Treasury Department Targets Iran's Support for Terrorism: Treasury Announces New Sanctions Against Iran's Islamic Revolutionary Guard Corps-Qods Force Leadership," August 3, 2010.

[190] Eltaf Najafizada, "Iran Blamed for Afghan Attacks After Trump Scraps Nuclear Deal," Bloomberg, May 24, 2018.

[191] U.S. Department of the Treasury, press release, "Treasury and the Terrorist Financing Targeting Center Partners Sanction Taliban Facilitators and Their Iranian Supporters," October 23, 2018.

[192] Margherita Stancati, "Iran Backs Taliban with Cash and Arms," *Wall Street Journal*, June 11, 2015.

[193] Miles Amoore, "Iran Pays the Taliban to Kill U.S. Soldiers," *The Times* (London), September 5, 2010; "Report: Iran Pays $1,000 for Each U.S. Soldier Killed by the Taliban," *NBC News*, September 5, 2010.

[194] Quoted in Shawn Snow, "Iran's Support to the Taliban, Which Has Included MANPADS and a Bounty on U.S. Troops, Could Be a Spoiler for Peace in Afghanistan," *The Military Times*, January 14, 2020.

[195] Amoore, "Iran Pays the Taliban to Kill U.S. Soldiers"; "Report: Iran Pays $1,000 for Each U.S. Soldier Killed."

[196] Amoore, "Iran Pays the Taliban to Kill U.S. Soldiers."

in this activity.[197] This practice did not end in 2010. U.S. intelligence agencies have now assessed that Iran paid Taliban fighters, including some from the Haqqani network, bounties for at least six attacks conducted in Afghanistan in 2019 that targeted U.S. and coalition forces, including one attack targeting a U.S. base that injured four U.S. personnel.[198]

Second, Iran has worked with drug smugglers to aid the Taliban. The Treasury Department sanctioned IRGC's Gen. Gholamreza Baghbani, the head of IRGC in the town of Zahedan, in 2012 for his role in using drug trafficking to aid the Taliban.[199] Gen. Baghbani allowed narcotics traffickers to move opium and heroin precursor chemicals through Iran in return for transporting weapons to the Taliban.[200]

But the IRGC's work with drug traffickers has provided with the Taliban with far more than weapons. Opium-related revenue has been a major source of the Taliban's finances. According to the U.S. military, opium-related revenue accounts for around $320 million per year, or 50% to 60% of the Taliban's total revenue.[201] While there is a consensus among informed observers that the Taliban benefits financially from the opium industry, estimates of the monetary value to the Taliban vary widely. The Taliban's primary means of deriving funding from the opium industry is by taxing it, and the group is "believed to collect payments from those involved at each stage of the value chain."[202] The Taliban drug traffickers who the Taliban taxes are known to use Iran as a major transit point to reach global markets. Two of the three opium transit routes from Afghanistan identified by the United Nations and the U.S. Special Inspector General for Afghanistan Reconstruction (SIGAR) go through Iran.[203] These routes, which take opium to Europe and the Gulf, represent a vital source of Taliban revenue.

*Arming the Taliban.* Iran has provided the Taliban with a consistent stream of weaponry, including sophisticated weapons capable of targeting American planes and tanks. The U.S. government, its foreign allies, and the Taliban have all confirmed that Iran has been arming the Taliban for well over a decade.

On the American side, the U.S. Department of State has consistently accused Iran of arming the Taliban. The State Department's *Country Reports on Terrorism* produced for each of 2007 through 2012 stated: "Since 2006, Iran has arranged arms shipments to select Taliban members, including small arms and associated ammunition, rocket propelled grenades, mortar rounds, 107mm rockets, and plastic explosives. Iran has shipped a large number of weapons to Kandahar, Afghanistan, in particular, aiming to increase its influence in this key province."[204] Secretary of State Mike Pompeo said publicly in the spring of 2018 that those weapons shipments were continuing.[205]

[197] Ibid.
[198] Zachary Cohen, "U.S. Intelligence Indicates Iran Paid Bounties to Taliban for Targeting American Troops in Afghanistan," CNN, August 17, 2020.
[199] U.S. Department of Treasury, press release, "Treasury Designates Iranian Qods Force General Overseeing Afghan Heroin Trafficking Through Iran," March 7, 2012.
[200] Ibid.
[201] Michael Phillips, "U.S. Attacks Taliban's Source of Funds in Afghanistan," *Wall Street Journal*, May 30, 2018.
[202] U.S. Special Inspector General for Afghanistan Reconstruction, *Counternarcotics: Lessons from the U.S. Experience in Afghanistan* (June 2018), p. 6.
[203] United Nations Office on Drugs and Crime, *Afghan Opiate Trafficking Along the Northern Route* (June 2018), p. 1; U.S. Special Inspector General for Afghanistan Reconstruction, *Counternarcotics*, p. 14.
[204] Office of the Coordinator for Counterterrorism, U.S. Department of State, *2007 Country Reports on Terrorism*, April 30, 2008; Office of the Coordinator for Counterterrorism, U.S. Department of State, *2008 Country Reports on Terrorism*, April

The U.S. Department of the Treasury reached a similar conclusion. It has concluded that the Quds Force has supplied the Taliban with weapons.[206] The Treasury has publicly identified some of the principal facilitators of arms transfers between the IRGC and the Taliban.  As one example among numerous Treasury designations, IRGC's Mohammed Owhadi, a Quds Force officer at IRGC's base in Birjand, Iran, played an important role in providing weapons and ammunition to the Taliban between 2014 and 2017.[207] As previously mentioned, Gen. Gholamreza Baghbani, the head of the IRGC in the southeastern Iranian town of Zahedan, relied on drug traffickers to help arm the Taliban.[208] The Department of the Treasury's assessments further align with those of the U.S. military and U.S. intelligence community.

The U.S. military and intelligence community have identified specific shipments of sophisticated weapons from Iran to the Taliban, as well as caches of Iranian-made weapons that made their way to Taliban strongholds. On September 6, 2007, U.S. forces intercepted a shipment of "advanced technology improvised explosive devices" from Iran heading to the Taliban.[209] Gen. Dan McNeill, the commander of NATO forces in Afghanistan at the time, said that "it is difficult for me to conceive that this convoy could have originated in Iran and come to Afghanistan without at least the knowledge of the Iranian military."[210] Gen. McNeill added that the IRGC was likely involved.[211] The same year, Director of National Intelligence Michael McConnell said there was "compelling" evidence that Iran was arming the Taliban.[212] American intelligence sources cited by *The Times* of London in 2009 said that Iran was supplying the Taliban with S-14 Gremlin missiles, surface-to-air missiles that could destroy helicopters.[213] Moreover, a 2009 NATO sweep of Marjah, a Taliban stronghold in Helmand Province, revealed "44 bricks of Iranian-made explosives and Iranian-made mortars."[214] Admiral Mike Mullen, Chairman of the Joint Chiefs of Staff, said in 2010 that he had been alerted to "a significant shipment of weapons from Iran into Kandahar."[215] The same year, Gen. Stanley McCrystal, the commander of U.S. and NATO forces in Afghanistan, said that there

---

30, 2009; Office of the Coordinator for Counterterrorism, U.S. Department of State, *2009 Country Reports on Terrorism*, August 5, 2010; Office of the Coordinator for Counterterrorism, U.S. Department of State, *2010 Country Reports on Terrorism*, August 18, 2011; Office of the Coordinator for Counterterrorism, U.S. Department of State, *2011 Country Reports on Terrorism*, July 31, 2012; Office of the Coordinator for Counterterrorism, U.S. Department of State, *2012 Country Reports on Terrorism*, May 30, 2013.

[205] Eltaf Najafizada, "Iran Blamed for Afghan Attacks After Trump Scraps Nuclear Deal," Bloomberg, May 24, 2018.

[206] U.S. Department of the Treasury, press release, "Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism," October 25, 2007.

[207] U.S. Department of the Treasury, press release, "Treasury and the Terrorist Financing Targeting Center Partners Sanction Taliban Facilitators and Their Iranian Supporters," October 23, 2018.

[208] U.S. Department of Treasury, press release, "Treasury Designates Iranian Qods Force General Overseeing Afghan Heroin Trafficking Through Iran," March 7, 2012.

[209] Jon Hemming, "Afghan Arms Shipment Came from Iran: NATO General," Reuters, October 18, 2007.

[210] Ibid.

[211] John Ward Anderson, "Arms Seized in Afghanistan Sent from Iran, NATO Says," *Washington Post*, September 21, 2007.

[212] "McConnell Cites 'Overwhelming Evidence' of Iran's Support for Iraqi Insurgents," interview with Michael McConnell, The Council on Foreign Relations, June 28, 2007.

[213] Michael Smith, "Missile Threat to British Troops," *The Times* (London), March 1, 2009.

[214] Joint Improvised Explosive Defeat Organization Open Source Augmentation and Analysis Cell, *Iranian Weapons Smuggling Activities in Afghanistan* (September 2009), p. 10.

[215] Peter Graff & Adam Entous, "U.S. Says Weapons from Iran Went to Afghanistan," Reuters, March 31, 2010.

was "clear evidence of Iranian activity, in some cases of providing weapons and training to the Taliban that is inappropriate."[216]

U.S. allies have concurred in these assessments. British and Afghan forces have discovered extensive amounts of Iranian weaponry in the Taliban's hands. In 2008, British special forces discovered that Iran was giving the Taliban explosively formed projectiles (EFPs), highly lethal explosives notorious for killing many U.S. soldiers in Iraq.[217] In August 2009, Afghan forces discovered EFPs, almost certainly from Iran, in Afghanistan near the Iranian border.[218] In 2010, Afghan border police confiscated Iranian anti-tank and mortars destined for the Taliban.[219] British special forces intercepted an Iranian arms shipment to the Taliban in 2011, which included 48 122mm rockets that have a range of more than 12 miles.[220]

Arms shipments like these are not a secret that the Taliban is trying to hide. Indeed, several Taliban commanders have publicly admitted that they have received weapons from Iran. According to press reports and the aforementioned statements by Khairkhwa to U.S. officials, Iran provided the Taliban with anti-aircraft missiles and began offering to do so in 2001.[221] A Taliban commander told *The Wall Street Journal* that Iran has provided his fighters with "82mm mortars, light machine guns, AK-47 rifles, rocket-propelled grenades and materials for making roadside bombs."[222] Giustozzi, citing Taliban officials, concludes that Iran began providing the Haqqanis with manufactured mines that were "tactically superior" and "much safer" than most Taliban IEDs in 2010.[223] Giustozzi cites this support to the Haqqani network as a "turning point" in the Taliban's IED operations. There is no indication that these arms transfers from Iran to the Taliban have diminished in recent years. In fact, Iran reportedly began to *increase* its support, particularly weapons transfers, to the Taliban around 2015.[224]

These statements from U.S. officials, allies, and enemies paint a clear picture: Iran has armed the Taliban. Iran has provided consistent supplies of weapons to the Taliban to use in the group's war against the United States and the Afghan government. Iran has provided the Taliban with more than just small arms: It has provided anti-tank weapons, anti-aircraft weapons, bomb-making materials, and advanced explosives like EFPs.

*Iranian Assistance in Planning and Executing Attacks.* The IRGC has played an active role in planning and executing some Taliban attacks, including attacks in Kabul. In 2012, an Afghan policewoman shot and killed an American trainer in the Kabul Police Headquarters. Afghan authorities said that the convicted policewoman was "a secret Iranian agent."[225] In 2014, the U.S. Department of the Treasury sanctioned three IRGC officials and an Afghan associate for their activities in Afghanistan.

---

[216] Sanjeev Miglani, "General McChrystal Says Afghan Insurgents Trained in Iran," Reuters, May 30, 2010.
[217] Mark Townsend, "Special Forces Find Proof of Iran Supplying Taliban with Equipment to Fight British," *The Guardian* (London), June 21, 2008.
[218] Mark Thompson, "U.S. Forces Get New Protection in Afghanistan," *Time*, October 28, 2008.
[219] Sajjan Gohel, "Iran's Ambiguous Role in Afghanistan," *CTC Sentinel* 3:3 (March 2010).
[220] Julian Borger & Richard Norton-Taylor, "British Special Forces Seize Iranian Rockets in Afghanistan," *The Guardian* (London), March 9, 2011.
[221] See discussion in Thomas Joscelyn, "Iran and the Taliban, Allies Against America," *Long War Journal*, July 28, 2009.
[222] Margherita Stancati, "Iran Backs Taliban with Cash and Arms," *The Wall Street Journal*, June 11, 2015.
[223] Antonio Giustozzi, *The Taliban at War*, loc. 3066.
[224] Stancati, "Iran Backs Taliban with Cash and Arms."
[225] Carlotta Gall, "In Afghanistan, U.S. Exits, and Iran Comes In," *New York Times*, August 5, 2017.

One individual sanctioned was Alireza Hemmati, a leading IRGC official, whom Treasury described as providing logistical support, supplies, and travel documents to Sayyed Kamal Musavi, a "facilitator and operational planner" for the IRGC.[226] Musavi, according to the Treasury Department, conducted surveillance and helped plan terrorist attacks in Afghanistan prior to his arrest. Musavi operated in Kabul as part of "an attack cell targeting an Afghan official," and was captured while carrying "large quantities of explosives and detonators.[227] Based on this information, it appears that the IRGC was directly providing support to the Kabul Attack Network. In June 2019, Secretary of State Mike Pompeo accused Iran of having "instigated" a recent (May 31) Taliban suicide bombing in Kabul that injured several American service members.[228]

Iranian commandos, according to Afghan officials, have been embedded with Taliban fighters during some attacks. During a 2017 Taliban offensive in Herat Province, Taliban fighters, recruited and trained in Iran, launched an attack. After the United States provided air support to counter the Taliban attack, Afghan intelligence officials indicated that "four senior Iranian commandos" were among the dead.[229] Fazl Ahmad Sherzad, the police chief in Afghanistan's Farah province, has said that Iranian officials were "leading" a May 2018 battle in his province.[230]

According to the Treasury Department, Iran has also played a role in organizing Taliban suicide bombings. The Treasury Department indicated that Esma'il Razavi, an IRGC commander based in Birjand, Iran, "encouraged the Taliban to conduct attacks in the border region of Afghanistan, … ordered a Taliban commander to disrupt the ongoing construction of a dam in western Afghanistan," and "appointed Mohammad Daoud Muzzamil … to find two suicide bombers to assassinate someone working on behalf of the Afghan government in the southwestern provinces of Afghanistan."[231] Muzzamil was not a low-level Taliban figure. The Taliban subsequently appointed Muzzamil "as leader of the Taliban's Quetta Military Commission," also known as the Quetta Military Shura, which controls much of the Taliban's military activities in southern Afghanistan.[232]

*Iran's Motives.* As I noted earlier, Iran and the Taliban are not natural bedfellows. Iran is a Shia theocracy, while the Taliban is an ardently Sunni militant group that perceives Shia Islam as heretical. Iran did not support the Taliban before the U.S. intervention, and held it responsible for the death of Iranian diplomats. But Iran's initial hostility toward the Taliban, and ongoing distrust of the group, pales in comparison to its hostility toward the United States and its fear of U.S.-led regime change in its territory.

For Iranian leaders, supporting the Taliban may seem like a means of self-preservation. After the United States intervened in two neighboring states, Iranian leaders almost certainly worried that they could be next. And short of fears of regime change, Iran also wanted to limit the U.S.'s ability to operate in the Middle East and South Asia. Iranian leaders likely saw aiding the Taliban as a way to raise the cost of intervention in Afghanistan. According to then-Director of National Intelligence

[226] U.S. Department of the Treasury, press release, "Treasury Targets Networks Linked to Iran," February 6, 2014.

[227] Ibid.

[228] Siobhan O'Grady, "The Taliban Claimed an Attack on U.S. Forces. Pompeo Blamed Iran," *Stars & Stripes*, June 15, 2019.

[229] Carlotta Gall, "In Afghanistan, U.S. Exits, and Iran Comes In," *The New York Times,* August 5, 2017.

[230] Eltaf Najafizada, "Iran Blamed for Afghan Attacks After Trump Scraps Nuclear Deal," Bloomberg, May 24, 2018.

[231] U.S. Department of the Treasury, press release, "Treasury and the Terrorist Financing Targeting Center Partners Sanction Taliban Facilitators and their Iranian Supporters," October 23, 2018.

[232] Ibid.

Michael McConnell, Iran hoped that, by helping the Taliban, it could "raise the price for the United States and NATO [North Atlantic Treaty Organization] for our presence in Afghanistan; to inflict casualties on Americans and Germans and Dutch and French and British and New Zealand and other players that are there; to cause reaction in the home countries from which those forces came."[233] Such a strategy mirrored Iran's work in Iraq. As one expert has noted, by supporting both Sunni and Shia extremists in Iraq, Iran "hoped to raise the cost of U.S. intervention with an eye toward making Washington think twice about pursuing regime change elsewhere, especially in Tehran."[234] Strategic calculations surrounding regime change or general American influence in the region would also be supplemented by a general anti-American hostility that permeates the Iranian regime's thinking.[235]

In addition to self-preservation, Iranian support for the Taliban was designed to maintain influence within Afghanistan. A U.S. Department of Defense report states that Iran has been backing multiple insurgent groups, including the Taliban, in Afghanistan in order "to maximize its influence."[236] A RAND Corporation report similarly argues that this support has created leverage for Iran in its dealings with Kabul and, to a lesser extent, Washington.[237] Sajjan Gohel, the Director for International Security at the Asia-Pacific Foundation, has written that Iran's support for the Taliban has helped Iran create a sphere of influence in eastern Afghanistan, along the Iran-Afghanistan border.[238]

In addition to its efforts to garner more general influence in Afghanistan, Iran has tried to leverage its relationship with the Taliban to influence local issues in eastern Afghanistan that impact Iran's population. Iranian attempts to influence water policy in Afghanistan are a strong example. Afghan officials suspect that Iran has sought to use the Taliban to undermine the construction of Afghan dams that could threaten Iran's water supply.[239] Afghanistan's defense minister bluntly stated that "the war in Farah" between the Afghan government and the Iranian-backed Taliban "is definitely a war over water management."[240] This strategy is again consistent with prior Iranian strategic behavior. Kurdish authorities in northern Iraq, for example, suspected that Iran's backing for Ansar al-Islam, a Sunni militant group operating in Iraqi Kurdistan, was a mechanism for maintaining leverage over the Kurds.[241] When the Kurds veered from Iranian policy preferences, Iran could increase its support to Ansar al-Sharia. When the Kurds asked Iran to cease supporting the group, Iran could request concessions on other issues.

---

[233] "McConnell Cites 'Overwhelming Evidence' of Iran's Support for Iraqi Insurgents," interview with Michael McConnell, The Council on Foreign Relations, June 28, 2007.

[234] Matthew Levitt, *Hezbollah: The Global Footprint of Lebanon's Party of God* (Washington, D.C.: Georgetown University Press, 2015), p. 294.

[235] For example, in 1987, Iran declared the anniversary of the seizure of the U.S. Embassy in Tehran to be a national holiday, "Death to America Day." Ed Blanche, "Iran Declares 'Death to America Day' to Mark 1979 Embassy Seizure," AP News, November 3, 1987. In 2013, President Hassan Rouhani, generally considered a more moderate Iranian leader, stressed: "Saying 'Death to America' is easy. We need to express 'Death to America' with action." Sohrab Ahmari, "About That New 'Moderate' Iranian Cabinet," *The Wall Street Journal,* August 7, 2013. Examples of anti-American hostility being a part of Iran's official outlook are numerous.

[236] U.S. Department of Defense, *Annual Report on the Military Power of Iran* (April 2012), p. 2.

[237] Alireza Nader et al, *Iran's Influence in Afghanistan* (Washington, D.C.: RAND Corporation, 2014), p. 14.

[238] Sajjan Gohel, "Iran's Ambigious Role in Afghanistan," *CTC Sentinel* 3:3 (March 2010).

[239] Carlotta Gall, "Terror Group Back on the Offensive in Afghanistan," *The New York Times,* July 17, 2014.

[240] "Iran Supporting Taliban in Form of Weapons, Funding: Pompeo," *Tolo News* (Afghanistan), May 22, 2018.

[241] Lydia Khalil, "The Hidden Hand of Iran in the Resurgence of Ansar al-Islam," *Terrorism Monitor* 5: 11 (June 7, 2007).

Iran had no shortage of reasons to back the Taliban, ranging from ideological reasons to self-preservation to protecting its domestic water supply. A combination of these factors likely drove Iranian action in Afghanistan in support of the Taliban.

*Impact of Iran's Support for the Taliban.* Iran's support for the Taliban has been wide-ranging and substantial. The IRGC has provided the Taliban with a safe haven to regroup. It has helped recruit Taliban fighters and provided those recruits, as well as other Taliban combatants, with combat training. Iran has provided the Taliban sophisticated weapons, such as EFPs and anti-aircraft weapons. The IRGC has not only funded Taliban operations but also incentivized the Taliban to kill Americans. Iran appears to have provided direct combat support, including embedded commandos, and attack planning to the Taliban.

While it is difficult to precisely determine the full impact of Iran's support for the Taliban, the Taliban would be a less lethal and effective fighting force without Iranian support. Without Iranian explosives and training, the Taliban may have been unable to conduct some of its attacks in Kabul. Without Iranian financing and revenue generated by the drugs transported through Iran, the Taliban may have struggled to fund its most sophisticated Kabul operations and pay many of its fighters. Indeed, the Taliban and the Afghan government have acknowledged Iran's substantial impact. Taliban leaders have indicated that Iranian weapons have allowed them to launch attacks on U.S. forces in southern Afghanistan.[242] According to Afghan officials, Iran's support was key to the Taliban's territorial gains in Afghanistan in 2018.[243]

## VI.    Park Palace Hotel Attack – May 2015

The attack at the Park Palace Hotel in Kabul started late in the night of May 13, 2015, and stretched into the early morning of the following day. The Park Palace Hotel, situated near a hospital and compounds frequented by aid workers, housed mainly Indian and Pakistani guests.[244] Until a few months before the attack, the hotel also housed U.N. staff.  On the evening of the attack, a classical music concert, "featuring one of Afghanistan's most famous classical musicians," was set to occur at a garden party in the courtyard.[245] Officials said that the Indian and Turkish ambassadors to Afghanistan planned to attend the concert, and that the Taliban hoped to kill the Indian ambassador in particular.[246]

The attack commenced as the concert was about to begin, with 60 to 70 people present.[247] Shortly after 8:00 p.m. local time, several gunmen entered the hotel complex and opened fire in the

---

[242] Gohel, "Iran's Ambiguous Role in Afghanistan."

[243] Ahmad Majidyar, "Afghans See Iran's Hand in Taliban's Latest Gains in Western Afghanistan," Middle East Institute, March 14, 2018.

[244] Kate Clark, "The Park Palace Attack: More Losses for Afghanistan," May 14, 2015, https://www.afghanistan-analysts.org/en/reports/war-and-peace/the-park-palace-attack-more-losses-for-afghanistan/.

[245] Joseph Goldstein & Jawad Sukhanyar, "Taliban Attack Kills 14, Including American, at Kabul Hotel," *The New York Times*, May 14, 2015.

[246] Ali M. Latifi, "Two with Pakistani Terror Ties Held in Afghan Hotel Attack that Killed 14," *Los Angeles Times*, June 3, 2015; Sune Engel Rasmussen, "Taliban Launch Deadly Attack on Kabul Guesthouse," *The Guardian* (London), May 14, 2015.

[247] Norwegian Armed Forces, "How Norwegian Special Operators Helped Rescue 49 Hostages," *Innsats 6* (March 2017), p. 16.

courtyard.[248] Given the two security checkpoints that visitors must pass to enter the garden, some observers believed that the gunmen entered from a nearby building rather than through the hotel's main gate. After passing through the courtyard, the gunmen entered the hotel's main building. There, they went from room to room, reportedly targeting foreigners.[249] Guests locked themselves in hotel rooms and tried to escape through their windows.[250]

Eight members of Norwegian Special Operations Team 222 assisted Afghan Crisis Response Unit 222, a special police unit, in responding to the attack and rescuing hostages.[251] By around 9:20 p.m., the Norwegian operators arrived outside the hotel and convened with the Afghan special police team.[252] Around 25 minutes later, a hotel guest handed a Norwegian operator a phone with American Paula Kantor on the other end.[253] Despite her injuries, Kantor was able to communicate to the Norwegians that she was in the hotel lobby, prompting a team of Afghan and Norwegian special forces to enter hotel's main building.[254] At 10:11 p.m., they found Kantor and carried her out of the building to receive medical attention.[255] By 12:05 a.m. on May 14, the operators had succeeded in taking down the attackers.[256]

Afghan and Norwegian authorities indicated that three to five attackers participated in the assault on the Park Palace Hotel. Afghan police originally reported that there were four or five gunmen, but the morning after the attack they said they had found and killed one gunman.[257] Afghan officials claimed the gunman was named Edris, and that he had stayed at the hotel in the days prior to the shooting.[258] A report by the Norwegian Armed Forces claimed there were three attackers, two of whom had likely escaped. The Norwegians also said that Afghan special police arrested the main planner behind the attack shortly after the attack concluded.[259]

On June 3, 2015, Afghanistan's National Directorate of Security (NDS) reported that it had arrested Abdul Wakil and Ghulam Aziz for helping plan the attack, saying in a statement that both worked for the Haqqani network. Wakil was working in Kabul with the Paris-based foreign aid agency Madera, likely as a cover for his Haqqani network activities. The Directorate released a confession on Facebook, in which Wakil and Aziz said they were operating under Peshawar-based Haqqani network commander Qari Abdullah. Wakil and Aziz said they helped "the lone gunman" enter the hotel. Afghan intelligence officials indicated that Aziz gave a hotel blueprint to the Haqqani planners.[260]

---

[248] Goldstein & Sukhanyar, "Taliban Attack Kills 14"; Rasmussen, "Taliban Launch Deadly Attack on Kabul Guesthouse"; Norwegian Armed Forces, "How Norwegian Special Operators Helped Rescue 49 Hostages," p. 17.
[249] Goldstein & Sukhanyar, "Taliban Attack Kills 14."
[250] Tim Craig & Mohammad Sharif, "Gunfire Punctures Quiet Evening at Afghan Hotel, and 14 Are Left Dead," *The Washington Post*, May 14, 2015.
[251] Norwegian Armed Forces, "How Norwegian Special Operators Helped Rescue 49 Hostages," p. 14.
[252] Ibid., p. 16.
[253] Ibid., pp. 16-17.
[254] Ibid., p. 17.
[255] Ibid., p. 18.
[256] Ibid., p. 19.
[257] Goldstein & Sukhanyar, "Taliban Attack Kills 14."
[258] Latifi, "Two with Pakistani Terror Ties Held in Afghan Hotel Attack."
[259] Norwegian Armed Forces, "How Norwegian Special Operators Helped Rescue 49 Hostages," p. 17.
[260] Latifi, "Two with Pakistani Terror Ties Held in Afghan Hotel Attack."

Several sources estimate that 14 civilians were killed in the attacks, though the highly credible Afghanistan Analysts Network claims that 15 were killed.[261] According to the Agency Coordinating Body of Afghan Relief and Development, seven victims were humanitarian workers.[262] Nine foreigners were killed in the attack, including one American, four Indians, two Pakistanis, one Italian, and one Kazakhstani.

*Paula Kantor's Experience.* During the Park Palace Hotel attack, Haqqani Network fighters, acting under the auspices of the Taliban, killed American citizen Paula Kantor. Ms. Kantor, a development researcher, had worked in Kabul from 2005 to 2010 as part of the Afghanistan Research and Evaluation Unit (AREU).[263] Ms. Kantor returned to Kabul in 2015 to work on a project examining the role of women in wheat-growing for the Pakistan-based International Maize and Wheat Improvement Centre. According to her friend Christina Okali, Ms. Kantor was staying at the hotel on May 13, 2015 and left on the evening of the attack to have dinner with colleagues from AREU.[264] When she returned to the hotel after dinner, she was shot in the lobby.

According to the autopsy report produced by Armed Forces Medical Examiner at Dover Air Force Base in Delaware, the attackers shot Ms. Kantor five times: once in the head, once in the upper right back, once in the lower right back, once in the left buttock, and once in the left shoulder.[265] After being shot, she used her cell phone to call a colleague who was also staying at the hotel. At about 9:45 p.m., the guest handed the phone to the Norwegian assault team leader. Ms. Kantor's wounds to the face made it difficult for her to speak, but she explained that she was in the hotel lobby.[266] At 9:50 p.m., a team of Afghan and Norwegian special forces, including a trained Norwegian medic, prepared to enter the lobby. The assault team leader stayed on the phone with Ms. Kantor, but at some point he stopped hearing her responses.[267] At 10:11 p.m., the team located Ms. Kantor lying on the floor, not speaking, her phone on the ground beside her. The medic immediately performed first aid on Ms. Kantor, and the team carried her out of the building. Around 10:25 p.m., the medic and Ms. Kantor headed to the hospital in an ambulance. Medical personnel were unable to save Ms. Kantor due to the severity of her injuries, and she died later that night. The autopsy report concluded that the cause of her death was multiple gunshot wounds, and that the manner of her death was homicide.[268]

*The Taliban's Claim of Responsibility.* On May 14, 2015, the Taliban released a statement claiming responsibility for the Park Palace Hotel attack. The Taliban posted the statement on its al-Emarah ("the Emirate") website, and listed Zabihullah Mujahid as its author. The following statement appeared on the Pashto version of al-Emarah (as translated to English by the Afghanistan Analysts Network):

---

[261] See, e.g., Goldstein & Sukhanyar, "Taliban Attack Kills 14"; Craig & Sharif, "Gunfire Punctures Quiet Evening at Afghan Hotel"; Clark, "The Park Palace Attack" (providing the Afghanistan Analysts Network estimate).

[262] "Briton Among 14 Killed in Taliban Attack on Kabul Hotel," *The Guardian* (London), May 14, 2015.

[263] Clark, "The Park Palace Attack."

[264] Jessica McDowell, "Friends, Family Remember Wharton Alum Killed in Taliban Attack," *The Daily Pennsylvanian*, June 4, 2015.

[265] Office of the Armed Forces Medical Examiner, U.S. Department of Defense, "Autopsy Report: ME15-0126," May 20, 2015, p. 7.

[266] Norwegian Armed Forces, "How Norwegian Special Operators Helped Rescue 49 Hostages," p. 17.

[267] Ibid., p. 17.

[268] Office of the Armed Forces Medical Examiner, "Autopsy Report: ME15-0126," p. 1.

Attack on Meeting Related to Occupiers Killed and Wounded Dozens of Occupiers Last Night in Kabul

Last night at 9 pm during the Azm operation, a self-sacrificing [fedai] mujahid, Muhammad Idris hailing from Logar province, using a special tactic, carried out [a series of] attacks on Park Palace guesthouse in Taimani area of Kabul city. The mujahid, who had a pistol, a Kalashnikov, a huge amount of explosives, a [suicide] vest and hand grenades, managed to breach the perimeters of the guesthouse and attack a meeting attended by over 100 invaders.

The attack which lasted until late last night was designed carefully; an important meeting attended by important people from many invading countries, especially Americans, was in progress as the attack happened.

Such attacks had previously happened in Wazir Akbar Khan and Shahr-e Naw which resulted in severe casualties for the enemy. The enemies have now [after the two previous areas turned insecure] moved to this area [Taimai] where they were holding night-time parties consisting of promiscuity and indulgence as well as other important meetings.

The mujahedin had followed the enemies carefully and knew about the timing of the meeting precisely. The fedai mujahid managed to cross all the security blockades safely and arrived in the hall [where the meeting was taking place]. According to information, more than 100 people were present in the meeting, half of whom were either killed or wounded in the attack.

Among the dead are a number of senior people from the invading countries; the media and the enemies will perhaps keep silent over that.

Rumours suggesting that the attack was carried out by three people are inaccurate; only one person carried out the attack.

The invading countries should understand that they will not stay safe from our attacks at any place and under any cover as long as they fail to withdraw their troops from our country and recognize our sovereignty.[269]

*Authentication of the Taliban's claim of responsibility.* The original post is no longer available, as the al-Emarah website was subsequently taken down. However, the above translation of the statement remains preserved and accessible via the Afghanistan Analysts Network's website. I have independently



*Figure 1: The front page of al-Emarah on May 15, 2015.*

---

[269] The translation can be found in Clark, "The Park Palace Attack."

determined that the statement archived by the Afghanistan Analysts Network is the same one posted on al-Emarah on May 14, 2015.

I assess that the Afghanistan Analysts Network's translation is the same as the original for two reasons. First, the content of the statement matches the content of an archived post on the Taliban's website from May 15, 2015 that references the Taliban's claim of responsibility from the prior day. Second, contemporaneous open-source reporting on the content of the statement aligns with the content in the Afghanistan Analysts Network's translation.

To the first point, the Afghanistan Analysts Network's translation links to the original al-Emarah post. The SITE Intelligence Group, a credible non-governmental organization that archives extremist content, lists al-Emarah as one of the Taliban's media outlets,[270] an assessment that I can independently verify. Though I was unable to find an archived page of the claim of responsibility through archive.org, a digital library that archives old website pages and other digital materials, I did find an archived copy of al-Emarah's front page from May 15, 2015.[271] As shown in Figure 1, the front page's heading features the Taliban's logo, the Taliban's flag, and the phrase *The Islamic Emirate of Afghanistan* written in Pashto, which is how the Taliban refers to itself. Above *The Islamic Emirate of Afghanistan*, there is an Arabic-language quote from Al-Anfal (8:39), a chapter of the Qur'an: "And fight them until there is no fitna [strife] and the religion, all of it, is for Allah."

پر پلیس هوټل برید د طالبانو برلاسي او د حکومت ناوسي په ډاګه کړه

پر پلیس هوټل برید د طالبانو برلاسي او د حکومت ناوسي په ډاګه کړه

15-05-2015

*Figure 2: Title of post from al-Emarah referring to the Park Palace Hotel attack.*

In a column on the right of the above figure, there is the title of a post from May 15, 2015 titled "The attack on the Park Palace Hotel showed the Taliban's dominance and the government's naïveté." So that there is no question about which title I am referring to, I have preserved it separately as Figure 2.

Though Archive.org does not have a copy of this particular post, the Taliban's current website, al-Shahamat, includes a copy of the post.[272] Figure 3 shows the heading of Shahamat and the title of the post.

Figure 3 shows the same Taliban flag, Taliban logo, quote from the Qur'an, and title *the Islamic Emirate of Afghanistan* in white font against a blue background, as can also be seen on al-Emarah. Below the heading in Figure 3, there is the



*Figure 3: Park Palace article on the Taliban's current website.*

---

[270] "The Afghan Taliban," SITE Intelligence Group, n.d., accessed July 2, 2020.

[271] The archived version of al-Emarah from May 15, 2015 can be found at https://web.archive.org/web/20150515202445/http://alemara1.org/.

[272] This post can be found at: https://shahamat1.com/?p=12433

title of an article that matches the title and date of the article in Figure 2. An English translation of this Pashto-language post mirrors the content of the Afghanistan Analysts Network's translation of the Taliban's initial claim of responsibility.[273]

To my second point about the Afghanistan Analysts Network's translation, open-source reporting from four publications from May 14, 2015 indicates that the Taliban released an official statement on this date with content mirroring that of the translation by the Afghanistan Analysts Network. **First**, the *Long War Journal,* a credible publication that reports on militant organizations, reported on the Taliban's claim of responsibility, providing quotes translated from the Urdu version of the claim posted on the Taliban's Voice of Jihad website under Zabihullah Mujahid's name.[274] The Afghanistan Analysts Network's translation mentions that parties of "promiscuity and indulgence" occur at the hotel, while the *Long War Journal* reports a phrase in the Taliban's statement about a concert at the hotel promoting "lasciviousness and indecency." According to the *Long War Journal*, the Taliban's statement indicated that "Mujahid Muhammad Idris" conducted the attack, and referred to reports of three attackers as "fabricated and baseless." The Afghanistan Analysts Network's translation similarly refers to Idris as a mujahid, claims that he acted alone, and referred to reports of three attackers as "inaccurate." **Second**, *The New York Times* reported on the Taliban's statement by Zabihullah Mujahid, which mentioned a "gunman named Mohammad Edris, who was armed with a pistol, a rifle, and a suicide vest."[275] Further, the article cites the Taliban's assertion that they wanted to "attack the important meeting of senior Americans and foreigners." Those quotes are consistent with portions of the first and second paragraphs of the Afghanistan Analyst Network's translation. **Third**, the BBC cited the Taliban's assertion that "the attack was planned carefully to target the party in which important people and Americans were attending," which aligns with the second paragraph of the Afghanistan Analysts Network's translation.[276] **Fourth**, *The Wall Street Journal* referenced the Taliban's claim of a sole attacker with a rifle, a pistol, and explosives, which is consistent with the first paragraph of the Afghanistan Analyst Network's translation.[277] *The Wall Street Journal* also quoted the Taliban's rationale for targeting the Park Palace Hotel, which stated that "there were many important people from the countries of the invaders, especially Americans." This quote also aligns with the translation from the Afghanistan Analysts Network.

The content of the post on the Taliban's website from May 15, 2015 and the content of this reporting indicates that the Afghanistan Analysts Network's translation reproduced the original content of the Taliban's claim of responsibility in English.

I have analyzed this claim of responsibility to determine its authenticity as a product of the Taliban. I conclude that the statement is an authentic publication produced by the Taliban based on: 1) the aforementioned post on the Taliban's website, 2) the source of the statement, 3) the content of the statement, and 4) a video released by Afghan intelligence of two self-described Haqqani network collaborators.

---

[273] See the post on the Taliban's current website at https://shahamat1.com/?p=12433.

[274] Bill Roggio, "Taliban Kill 14, Including 9 Foreigners, in Kabul Hotel Attack," *Long War Journal*, May 14, 2015.

[275] Goldstein & Sukhanyar, "Taliban Attack Kills 14."

[276] David Loyn, "Kabul Park Palace Hotel Attack Kills 14," BBC, May 14, 2015.

[277]  Margherita Stancati & Ehsanullah Amiri, "Taliban Gunman Kills 14 at Kabul Hotel, Including an American," *The Wall Street Journal,* May 14, 2015.

To the first of these points, as shown above, a website used by the Taliban at the time of the attack, al-Emarah, posted an article with its claim of responsibility for the Park Palace Hotel attack on May 15, 2015. The article is archived on the current Taliban website.

The second indicator of the statement's authenticity is that it was published by a Taliban website, al-Emarah, under the name of Zabihullah Mujahid. Al-Emarah is an official Taliban website that has existed in some form since 2005, periodically changing service providers. The site publishes numerous articles, interviews, and other Taliban-related news in multiple languages, including Pashto and Urdu. For example, the Taliban published three communiqués on al-Emarah to claim its first large attack after the Eid al-Fitr ceasefire in June 2018 that killed 40 or more Afghan soldiers. Zabihullah Mujahid is a persona that the Taliban and Haqqani Network has used to claim responsibility for Taliban attacks since 2007.[278] There are numerous notable Taliban attacks for which Mujahid has issued claims of responsibility. In other words, the name used for this claim of responsibility was the same one used for prior Taliban claims of responsibility.

The third indicator of the statement's authenticity comes from details in the statement that align with prior Taliban propaganda and the Taliban's area of operations. The statement claimed that the attack was part of the "Azm operation." The Taliban claimed a month prior to the attack that "Azm" would be the title of the group's spring offensive.[279] The statement also mentions that gunman Muhammad Edris, whose involvement in the attack was confirmed by Afghan intelligence, is from Logar Province. Logar Province is a Haqqani network stronghold.[280]

Fourth, in a video released on June 3, 2015 by the NDS, Abdul Wakil and Ghulam Aziz confessed to helping Edris enter the Park Palace Hotel, and affirmed their affiliation with the Haqqani network. The two-minute video, uploaded to the NDS's Facebook page, shows both Wakil and Aziz describing how they operated under Qari Abdullah, a Haqqani network leader based in Peshawar. In the statement accompanying the video, NDS officials reported that Wakil and Aziz were arrested in Kabul. The NDS also said that Aziz had obtained a false USAID identification card from the USAID office, as well as a map of the hotel, and sent both to Abdullah.[281] Wakil and Aziz's reference to Qari Abdullah bolsters the authenticity of the Taliban's claim of responsibility, considering Abdullah's strong connections to the Taliban and the Haqqani network. The Taliban has identified Abdullah as a senior Haqqani network commander who was involved in the release of Bowe Bergdahl, a U.S. army sergeant held captive by the Haqqani network.[282] These indicia further corroborate the authenticity of the Taliban's claim of responsibility.

Together, the archived post on the Taliban's website, the source of the statement, the content of the statement itself, and the confession video released by Afghan intelligence point to a clear conclusion:

---

[278] Jeffrey Dressler writes: "Zabiullah [an alternative transliteration of *Zabihullah*] is not one individual but rather a persona that Haqqani and Quetta Shura Taliban fighters use to publicize attacks." Jeffrey Dressler, *The Haqqani Network: A Strategic Threat* (Washington, D.C.: Institute for the Study of War, 2012), p. 31.

[279] Bill Roggio, "Afghan Taliban Announces New 'Spring Operations,'" *Long War Journal*, April 22, 2015.

[280] See, for example, Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," Oslo Norwegian Country of Origin Information Centre, 2017, p. 6.

[281] NDS Afghanistan, Facebook post, June 3, 2015, https://www.facebook.com/watch/?v=875130859240851.

[282] Kathy Gannon, "Haqqani Commander from Bergdahl Saga Killed in Drone Strike, Says Taliban," *Military Times*, March 3, 2017; Andrew V. Pestano, "Taliban Accuse U.S. of Airstrike that Killed Top Commander," United Press International, March 3, 2017; Secretary of Defense Chuck Hagel, Statement on the Transfer of Detainees, testimony before the House Armed Services Committee," June 11, 2014.

the claim of responsibility was an authentic claim by the Taliban. The alleged role of the Haqqani network does not undermine that authenticity. As described in this report's sections on the Taliban and the Haqqani Network, the Taliban and Haqqani network closely coordinated attacks in Kabul prior to 2015. With Sirajuddin Haqqani's ascension to the Taliban's number two post in 2015, the Haqqani network and the Taliban became more closely integrated, and Sirajuddin Haqqani oversaw the Taliban's military operations, including in Kabul. Thus, the Afghan government's allegations about Haqqani involvement only further corroborate the Taliban's involvement.

*The Taliban's Motives.* The Taliban's motives for the attack appear to be twofold: convince international forces to withdraw from Afghanistan and rid Afghanistan of un-Islamic influences. The Taliban's claim of responsibility for assault acknowledges that the attack was specifically targeting "an important meeting attended by important people from many invading countries, especially Americans." The statement ends with a warning that "invading countries … will not stay safe from our attacks … as long as they fail to withdraw their troops from our country and recognize our sovereignty." These statements strongly suggest that the attack was directed at foreign actors in response to their military involvement in Afghanistan.

In addition, the claim of responsibility denounced the "parties consisting of promiscuity and indulgence" at the hotel. That was seemingly a reference, among other things, to the classical music concert that occurred the night of the attack. The *Washington Post* also reported on a party with alcohol being served in the hotel that evening. Both music and alcohol are religiously proscribed under the Taliban's austere understanding of Islamic law.

*ISIS Presence in Kabul – Ruling Out Culpability.* The Islamic State in Khorasan Province (ISIS-K) is an ISIS affiliate active in Afghanistan and Pakistan. The formation of ISIS-K was announced on January 10, 2015, and the group has remained hostile to the Taliban since then.[283] ISIS-K's involvement in the Park Palace attack is unlikely, given the limited size and territorial reach of the group at the time of the attack, as well as the group's failure to claim the attack.

Publicly available evidence indicates that ISIS-K had little presence in Kabul at the time of the attack. Though an estimated dozen ISIS supporters had distributed pro-ISIS propaganda in a Kabul mosque months before the attack, those supporters allegedly went outside Kabul to fight the Afghan government rather than launch attacks in the capital.[284] Similar to those fighters, ISIS-K focused its efforts and attacks in 2015 on Nangarhar Province east of Kabul according to a report by the United Nations Assistance Mission in Afghanistan.[285] In fact, ISIS did not even claim an attack in Kabul until July 2016.

The Taliban was responsible for far more attacks than ISIS-K in 2015. The United Nations Assistance Mission in Afghanistan reported 1,490 civilian casualties from 2015 attacks claimed by the Taliban but only 18 from attacks claimed by ISIS-K.[286] Given the intense fighting between the Taliban and ISIS-K that raged at the time, it is highly unlikely that the Taliban and ISIS-K would

---

[283] See United Nations Security Council, "The Islamic State of Iraq and the Levant - Khorasan (ISIL - K)," May 14, 2019, https://www.un.org/securitycouncil/content/islamic-state-iraq-and-levant-khorasan-isil-k.
[284] Borhan Osman, *Bourgeois Jihad: Why Young, Middle-Class Afghans Join the Islamic State* (Washington, D.C.: United States Institute of Peace, 2020), p. 8.
[285] United Nations Assistance Mission in Afghanistan, *Afghanistan Annual Report 2015: Protection of Civilians in Armed Conflict* (February 2016), p. 33.
[286] Ibid., p. 33.

have cooperated to conduct the attack. These factors indicate that it is unlikely that ISIS-K was responsible for the attack.

*HIG Presence in Kabul – Ruling Out Culpability.* HIG did not claim responsibility for the attack, and the Afghan government and its allies did not blame HIG for the attack. HIG also did not appear to be particularly active in Kabul around the time of the attack. It only claimed responsibility for a May 2013 and a July 2015 attack in Kabul against NATO forces.[287] With few attacks in Kabul and no claim of responsibility, it is unlikely that HIG played any role in the attack, let along an important one.

*The Taliban's Responsibility for the 2015 Park Palace Hotel Attack.* I assess that the Taliban is responsible for the 2015 Park Palace Hotel for several reasons. First, the Taliban released an authentic claim of responsibility for the attack. Second, no other militant group in Afghanistan, including ISIS-K or HIG, claimed responsibility. Third, Afghan government authorities indicated that the Haqqani network, an element of the Taliban, was involved and released a video of two individuals confessing to their roles in the plot. Fourth, the United Nations Assistance Mission in Afghanistan and the British Foreign Minister found the Taliban claim of responsibility credible enough to repeat it in their statements condemning the attack.[288] Fifth, the Taliban has a long history of targeting hotels and foreigners in Kabul, as described in Section III of this report.

*Impact of Iranian Support.* Iran provided material support to the Taliban's operations before, during and after this attack. As I have shown, Iran provided extensive training, financing, military equipment, safe haven, recruitment, and other support to the Taliban. This support extended to various elements of the Taliban, and certainly included the Kabul area. The connection between Iranian support and this Taliban attack is significant in three ways.

1. Iran has a **track record of involvement in Taliban attacks in Kabul**. As described in the prior section, an Afghan policewoman, described by Afghan authorities as "a secret Iranian agent," killed an American trainer in Kabul in 2012. Treasury Department sanctions indicated that the IRGC provided logistical support, supplies, and travel documents to a member of the Kabul Attack Network. And Secretary of State Mike Pompeo alleged that Iran played a role in a May 2019 Taliban attack in Kabul. These indicia demonstrate that Iran has helped the Taliban conduct attacks in Kabul.

2. **Training that Iran provided to the Taliban** bears a reasonable connection to this attack. Given Iran's expertise in terrorist operations, such skills and aspects of tradecraft as gathering intelligence on gatherings in the hotel, conducting pre-attack surveillance, and even marksmanship bear a reasonable relationship to Iranian training efforts.

3. **Iranian financing of the Taliban** bolstered the range of Taliban operations, including attacks like the one that struck the Park Palace Hotel. Indeed, some Iranian financing initiatives coincide geographically with the conspirators' place of origin. Ghulam Aziz, one

---

[287] See National Counterterrorism Center, "Counterterrorism Guide: Hezb-e-Islami Gulbuddin," n.d., https://www.dni.gov/nctc/groups/hezb_e_islami.html.
[288] United Nations Assistance Mission in Afghanistan, press release, "UNAMA Condemns Killing of 17 Civilians by Taliban," May 14, 2015; "Briton Among 14 Killed in Taliban Attack on Kabul Hotel," *The Guardian* (London), May 14, 2015.

of the confessed conspirators, is a native of Wardak Province.[289] As previously mentioned, reporting by *The Times* of London and the *Military Times* indicated that an individual described as a "Taliban treasurer" paid $18,000 in bounties from Iran in 2010 to Taliban fighters from Wardak Province for killing Americans. Further, Iranian financing made Taliban operatives more plentiful, thus enabling operations like the Park Palace Hotel attack.

4. **Iran's arming of the Taliban** included the provision of small arms such as those employed in the Park Palace Hotel attack. Whether or not Iranian-provided arms were used in this specific attack, there is a fluidity in weapons that Iran gave to the militant group. The flow of small arms from Iran to the Taliban made it easier to devote weaponry to attacks like the one that struck the Park Palace Hotel.

5. **Iranian assistance in planning and executing attacks** also made attacks like the one that struck the Park Palace Hotel more feasible and likely to succeed on the part of the Taliban.

6. **Iranian assistance to Peshawar-based militant activities** also may have assisted the Park Palace attack. Qari Abdullah, who has been named as the Haqqani network's chief plotter of the attack, operated out of Peshawar.[290] According to the Treasury Department, Iran offered a senior Taliban leader on the Peshawar Military Shura training and financing.[291] Given the fluidity of military assistance provided by Iran, Qari Abdullah and the fighters who conducted the Park Palace Hotel attack may have benefited from that arrangement.

These indicia outline a reasonable connection between Iran and the Taliban/Haqqani network figures who were behind the 2015 Park Palace Hotel attack.

## VII.   Intercontinental Hotel Attack – January 20-21, 2018

*Description of the attack.* On January 20, 2018, between 8:45 and 9:00 p.m. local time, militants armed with AK-47s and rocket-propelled grenades attacked the Intercontinental Hotel in Kabul. Afghan officials and witnesses told Western reporters that three attackers entered in an armored sport-utility vehicle through a "VIP-only access gate" reserved for diplomats and government officials.[292] Using this entrance required pre-clearance, fact that suggests the attackers may have received help from hotel staff.[293] To avoid body scans after entering through the VIP access gate, the attackers shot security guards and entered the hotel through the kitchen.[294] Two other attackers were already in the hotel restaurant and joined the shooting spree, killing two children. According to Afghan police, these two attackers had been in the hotel for days, either hiding or staying as guests. They had access to guest rooms, and went through doors that required access codes to move from one area of the hotel to another.[295] Guests hid in their rooms and used bed sheets to climb out windows. As the attack progressed, the gunmen shot down doors, shot guests in their rooms, and threw explosive

---

[289] Ali M. Latifi, "Two with Pakistani Terror Ties Held in Afghan Hotel Attack that Killed 14," *Los Angeles Times*, June 3, 2015.

[290] See ibid.

[291] U.S. Department of the Treasury, press release, "Treasury and the Terrorist Financing Targeting Center Partners Sanction Taliban Facilitators and their Iranian Supporters," October 23, 2018.

[292] Hollie McKay, "Deadly Kabul Hotel Siege Investigated as a Possible 'Insider Attack,'" *Fox News*, January 21, 2018.

[293] Ibid.

[294] See "Taliban Claims Kabul Intercontinental Hotel Siege," Al Jazeera, January 21, 2018.

[295] McKay, "Deadly Kabul Hotel Siege Investigated as a Possible 'Insider Attack.'"

devices into guests' rooms.[296] The attackers held a number of guests as hostages. According to multiple independent reports of the event, the attack lasted between 12 and 17 hours.[297]

The number of casualties differs across the various sources that reported on the attack. Immediately after the attack, Al Jazeera reported that at least 18 victims were killed and 22 injured. Afghan Interior Ministry spokesman Najib Danish said the victims included 14 foreigners and four Afghan civilians.[298] Zabihullah Mujahid, the persona that the Taliban uses as its spokesman, told Al Jazeera that the group had killed "ten foreigners and Afghan government officials."[299] On January 22, TOLOnews, an Afghan publication, reported that the ministry of interior had officially confirmed 29 deaths, but other TOLOnews sources said the number could be closer to 43.[300] The U.S. State Department confirmed that some victims who lost their lives were U.S. citizens with either dual citizenship or relatives living in Afghanistan.[301] American citizens Glenn Selig and Abdullah Waheed were among those killed in the attack.

*Mr. Selig's Experience.* The attackers murdered U.S. citizen Glenn Selig during the Intercontinental Hotel Attack. According to his company, Selig Multimedia, Mr. Selig was in Kabul to support an effort to combat extremism in the country by "highlighting the country's new president and constructing a democracy forum event for [Afghan] women."[302]

It is clear that Mr. Selig was shot to death by the attackers. Several survivors of the attack confirmed that the attackers spent hours going from room to room killing guests.[303] The attackers appeared to be specifically targeting foreigners. One hotel employee told the AFP reporting service that the attackers specifically said they were looking to kill foreigners during the siege.[304]

After the attack, Mr. Selig's body was flown to Dover Air Base in the United States. On January 28, 2018, the Armed Forces Medical Examiner performed a full autopsy examination of the body. The autopsy report stated that Mr. Selig was inside the Intercontinental Hotel during the attack.[305] It concluded that the manner of Mr. Selig's death was homicide caused by several gunshot wounds.[306] The autopsy found that the attackers shot Mr. Selig eight times: twice to the right side of his head, one to the right arm, once to the right hip, once to the right groin, twice to the right thigh, and once to the left thigh.[307]

---

[296] Ehsan Popalzai & Susannah Cullinane, "Kabul Hotel Siege: Journalist Describes Night of Terror from Inside," CNN, January 22, 2018.

[297] See Thomas Jocelyn, "Taliban Terrorists Lay Siege to Intercontinental Hotel in Kabul," *Long War Journal*, January 21, 2018; "Taliban Claims Kabul Intercontinental Hotel Siege," Al Jazeera, January 21, 2018; McKay, "Deadly Kabul Hotel Siege Investigated as a Possible 'Insider Attack.'"

[298] "Taliban Claims Kabul Intercontinental Hotel Siege," Al Jazeera, January 21, 2018.

[299] Ibid.

[300] "Tillerson 'In Contact With Afghan Authorities Over Hotel Attack'," *TOLOnews.com* (Afghanistan), January 22, 2018.

[301] Mujib Mashal & Jawad Sukhanyar, "Americans Were Among 22 Killed in Kabul Hotel Attack, U.S. Says," *New York Times*, January 23, 2018.

[302] Katelyn Polantz, "Spokesman for Trump Campaign Adviser Among 4 Americans Killed in Kabul Hotel Attack," CNN, January 25, 2018.

[303] See, e.g., Popalzai & Cullinane, "Kabul Hotel Siege: Journalist Describes Night of Terror."

[304] "Taliban Searched for Foreigners in Attack on Kabul Hotel, Survivors Say," Agence France-Presse, January 22, 2018.

[305] Office of the Armed Forces Medical Examiner, U.S. Department of Defense, "Autopsy Report: ME18-0023," January 28, 2018.

[306] Ibid., p. 1.

[307] Ibid., pp. 2, 7.

*Mr. Waheed's Experience.* The attackers also murdered U.S. citizen Abdullah Waheed during the Intercontinental Hotel Attack. After escaping to the United States during the Afghan War, Mr. Waheed lived in the United States with his family for over a decade, becoming a naturalized U.S. citizen in 2008. Mr. Waheed subsequently returned to South Asia to become Afghanistan's Consul General in two Pakistani cities, first serving in Peshawar for two years and later in Karachi. Mr. Waheed was likely at the hotel to attend an Afghan Ministry of Communications and Information Technology conference scheduled for January 21. Afghan intelligence sources have said that the Taliban particularly disliked Mr. Waheed, and the attackers may have accessed his name and room number in order to specifically target him.[308]

On the evening of the attack, Mr. Waheed was dining with friends, including reporter Abdulhaq Omeri, in a suite on the fourth floor of the hotel. Omeri, who survived the attack, provided an account of his experience and Mr. Waheed's death to CNN.[309] Shortly after the attack commenced, they heard banging on their door. Eleven hotel waiters entered to report that the hotel was under attack. Mr. Waheed and the rest of the group barricaded the door. About an hour later, the attackers arrived at the fourth floor, firing at the door. They eventually broke down the door to the suite and threw an explosive inside that "burned down almost everything around it," according to Omeri.[310] The explosion killed Mr. Waheed. Omeri and other survivors used the balcony to escape to a neighboring room whose guests had already died. Afghan special police and NATO forces arrived at the fourth floor and found the survivors in Omeri's group on the balcony at around 6:00 a.m. the next morning.

The Afghan Ministry of Public Health's Autopsy Department received Mr. Waheed's body on January 21, 2018 and certified his death after its forensic medicine team conducted an examination of his corpse.[311] The Report of a Death of a U.S. Citizen Abroad, issued by the State Department after U.S. consular officers received notification of Mr. Waheed's death from Afghan authorities, lists January 21, 2018 as the date of his death and the Intercontinental Hotel in Kabul as the location of his death.

*The Taliban's Claim of Responsibility.* On January 21, 2018, the Taliban claimed responsibility for the attack through multiple outlets. That day, the Taliban posted a message on Twitter claiming responsibility from the persona Zabihullah Mujahid (Figure 4). On the same day, the Taliban posted an Arabic-language statement on its website *al-Samoud* ("The Perseverance" or "The Endurance")



*Figure 4: The Taliban's claim of responsibility, issued over Twitter by its spokesman persona Zabihullah Mujahid.*

[308] McKay, "Deadly Kabul Hotel Siege Investigated as a Possible 'Insider Attack.'"
[309] Ehsan Popalzai & Susannah Cullinane, "Kabul Hotel Siege: Journalist Describes Night of Terror from Inside," CNN, January 22, 2018.
[310] Ibid.
[311] Afghan Ministry of Public Health, Medico Legal Directorate, Autopsy Department, "Death Certificate," February 3, 2018.

signed by Mujahid, which was archived and translated by the SITE Intelligence Group. The SITE Intelligence Group's translation of the Taliban's statement reads:

> Dozens Killed and Wounded Among the Enemy Occupiers and Agents in Self-Sacrificial Attacks in the City of Kabul
>
> At 10 o'clock yesterday, the mujahideen of the Islamic Emirate mounted martyrdom attacks within its Mansuriya campaign, on the Continental Hotel, which is inhabited by followers of American and the rest of the occupying states, in the city of Kabul, the capital of Afghanistan.
>
> The heroic operation was carried out by 5 martyrdom-seeking mujahideen: Bilal, Ayyubi, and Khalil from Kandahar province, Bishir from Faryab province, and Ubayd from Ghor province. They were able to storm the hotel in accordance with special tactics using light and heavy weapons.
>
> Upon storming the hotel, and in accordance with the plan, the mujahideen began searching for and targeting followers of the occupation states—countries and officials of the agent Kabul administration, and eliminate them.
>
> Participants in a meeting held between the Americans and a number of top officials from the agent Kabul administration were also targeted.
>
> The operations continued for 14 hours without interruption, where, by the grace of Allah, dozens were eliminated and wounded among followers of the occupying states and their agents.
>
> Fierce clashes also took place with enemy soldiers who were trying to take control of the situation by the evening.
>
> The information we received indicate that dozens of U.S. Special Forces and commandos, intelligence agents, and policemen of the agent administration were killed and wounded in the extensive clashes.
>
> It must be noted that the attack was planned last Friday but was postponed after the receipt of information about a wedding taking place that same night and the presence of a large number of civilians in the hotel. Thus, the mujahideen were prohibited from attacking at that time in order to avoid inflicting civilian casualties.
>
> Yesterday there was a special meeting between government officials and top officials from the occupation states in this hotel, and restrictions were placed on the entry of civilians inside. Therefore, the mujahideen took advantage of the opportunity and carried out their operations in accordance with the successful planning, and unto Allah is all praise.
>
> The attacks ended today at 11 o'clock in the afternoon, after 14 hours of clashes and heavy losses inflicted in the enemy.

Zabihullah Mujahid - Spokesman for the Islamic Emirate[312]



مقتل وجرح عشرات من الأعداء المحتلين والعملاء
في الهجمات الفدائية بمدينة كابل

شن مجاهدو الإمارة الإسلامية في الساعة 10 البارحة هجمات استشهادية ضمن سلسلة العمليات المنصورة؛ على فندق كانتننتل المكتض من أتباع أمريكا وباقي دول الاحتلال في مدينة كابل عاصمة أفغانستان.

*Figure 5: Taliban Claim of Responsibility on al-Samoud.*

*Authenticity of the claim of responsibility.* Though Twitter took down the tweet attributed to Zabihullah Mujahid (Figure 4), it remains preserved and accessible via the *Long War Journal.*[313] The *al-Samoud* post remains preserved and accessible on the same *al-Samoud* website.[314] Figure 5 shows the title, heading, date, and first paragraph of the *al-Samoud* post. The heading in Figure 5 includes the Taliban's logo and uses the group's preferred name, *the Islamic Emirate of Afghanistan*, in Pashto. The post's date is January 21, 2018, the date on which the Taliban claimed responsibility for the attack. I have read the content of the post in Arabic that is currently available on the *al-Samoud* website and determined that its content matches the SITE Intelligence Group's translation above.

I have assessed the Twitter post by @ZabihullaM4 to be an authentic production of the Taliban for three reasons. First, the United Nations Assistance Mission in Afghanistan's 2018 report on civilian casualties in Afghanistan indicated that the Taliban claimed credit for the Intercontinental Hotel attack via Twitter, and cited @ZabihullaM4's post as evidence.[315] Second, Pajhwok Afghan News, the largest independent news agency in Afghanistan and a credible local source, indicated that @ZabihullaM4 was the Taliban spokesman's official Twitter account (see Figure 6). This also aligns with *Long War Journal's*



*Figure 6: Pajhwok Afghan News on the @ZabihullaM4 Twitter account.*

aforementioned conclusion that @ZabihullaM4 was the authentic Twitter account for the Taliban's spokesman persona at that time. Third, the Taliban's use of the Twitter handle @ZabihullaM4 to declare responsibility for the attack is consistent with the group's broader social media strategy. As previously discussed, the Taliban uses the persona Zabihullah Mujahid as its spokesman. Zabihullah Mujahid had used Twitter to claim responsibility for attacks previously, joining the platform in 2012. Previous accounts used by Zabihullah Mujahid had been deactivated, forcing the Twitter handle to

---

[312] "Afghan Taliban Claims Intercontinental Hotel Attack in Kabul, Killing and Wounding Dozens of 'Enemy Occupiers,'" SITE Intelligence Group, January 21, 2018.

[313] Thomas Jocelyn, "Taliban Terrorists Lay Siege to Intercontinental Hotel in Kabul," *Long War Journal*, January 21, 2018.

[314] Zabihullah Mujahid, "Muqtil wa Jura ashrat min al-Aada al-Muhtleen wa al-Umlaa fi al-Hijumat al-Fadaiyaa bi-medina Kabul," *al-Samoud*, January 21, 2018.

[315] United Nations Assistance Mission in Afghanistan, *Afghanistan: Protection of Civilians in Armed Conflict Annual Report 2018* (2019), p. 27.

change. The Zabihullah Mujahid persona previously claimed responsibility for attacks using the handles @zabihmujahid (no longer active), @ZabihullahM4 (no longer active), and @Zabehulah_M33 (active as of June 2020). This Tweet from @ZabihullahM4 is, in my estimation, an authentic Taliban production.

The *al-Samoud* article is similarly an authentic Taliban production, for three reasons. First, contemporaneous open-source reporting indicated that the Taliban claimed responsibility for the attack and referenced excerpts of the statement found above. The *Long War Journal* archived a Pashto copy of the Taliban's statement from Zabihullah Mujahid on January 21, 2018, the content of which aligns with the content of the Arabic-language statement. The *Long War Journal* reported that the Taliban's statement mentioned "5 martyrdom seekers armed with light/heavy weapons," a 14 hour-long attack, and a delay in launching the attack due to concerns over "wedding ceremonies."[316] Articles from January 21, 2018 by the Associated Press and Fox News similarly cited the Taliban's assertion that it delayed the attack due to a wedding.[317] An Al Jazeera article from January 21, 2018 quotes from an interview the network conducted with Zabihullah Mujahid, who stated: "Our five fighters, Bilal, Ayubi, Khalil, Bashar and Abid entered the building and conducted the operation that resulted in the death of 10 foreigners and Afghan government officials."[318] The SITE translation includes the same names, though it transliterates them differently. All of these reports bolster my conclusion about the authenticity of the *al-Samoud* statement translated by the SITE Intelligence Group.

Second, the statement's content is consistent with that of other Taliban statements. The Taliban released the statement under the name Zabihullah Mujahid, its aforementioned persona that serves as a group spokesman and has a long history of claiming Taliban attacks. The statement also described the attack as part of the Mansuriya campaign. Another Taliban statement, which claimed responsibility for a January 27, 2018 attack in Kabul, framed the attack as part of the same "Operation Mansuriya."[319] These internal indicators further bolster my conclusion that the *al-Samoud* article is an authentic Taliban production.

Third, the U.S. and Afghan governments believe that the Taliban conducted the attack, and U.S. officials have specifically referenced the Taliban's claim of responsibility. On January 21, 2018, Secretary of State Rex Tillerson said in a statement: "We have seen the Taliban's claim of responsibility and condemn terrorist groups for their violent campaign against Afghan and foreign personnel working to improve Afghanistan."[320] Afghanistan's Ministry of the Interior has stated that the attack "was planned by the Haqqani Network."[321] These statements not only point to the

---

[316] Thomas Jocelyn, "Taliban Terrorists Lay Siege to Intercontinental Hotel in Kabul," *Long War Journal*, January 21, 2018.

[317] Hollie McKay, "Deadly Kabul Hotel Siege Investigated as a Possible 'Insider Attack,'" *Fox News,* January 21, 2018; Rahim Faiez, "Afghan Forces End Taliban Siege at Kabul Hotel; 18 Dead," Associates Press, January 21, 2018.

[318] "Taliban Claim Kabul Intercontinental Hotel Siege," Al Jazeera, January 21, 2018.

[319] This statement was released on January 27, 2018. See translation at https://ent.siteintelgroup.com/Statements/afghan-taliban-claims-suicide-bombing-in-capital-city-of-kabul-asserting-military-personnel-246-casualties.html.

[320] U.S. Department of State, press release, "Attack at Kabul Intercontinental Hotel: Remarks, Rex Tillerson, Secretary of State," January 21, 2018.

[321] Mohammad Halim Karimi, "Haqqani Network Behind Kabul Hotel Attack: MoI," *Pajhwok Afghan News* (Afghanistan), January 21, 2018.

Taliban as the entity responsible for the attacks, but also indicate a conclusion that the Taliban statement claiming responsibility for the attack was authentic.

*The Taliban's Motives for the Attack.* The Taliban's statement clearly identifies the target of the Intercontinental Hotel attack: "mujahideen began searching for and targeting followers of the occupation states—countries and officials of the agent Kabul administration, and eliminate them. Participants in a meeting held between the Americans and a number of top officials from the agent Kabul administration were also targeted." The meeting referenced in the statement was the aforementioned Ministry of Communications and Information Technology conference, which 34 provincial officials were attending. In other words, the Taliban attackers targeted Afghan government officials, Americans, and the citizens of other countries that were part of the International Security Assistance Force, the NATO-led military mission in Afghanistan.

In seeking to kill these individuals, the Taliban also sought to further two additional goals. First, it likely sought to raise the cost of remaining in Afghanistan. A withdrawal of foreign forces, precipitated in part by terrorist attacks in Kabul, would make it easier for the Taliban to regain power. Second, the Taliban sought to destabilize the Afghan government by killing Afghan officials.

*ISIS Presence in Kabul—Ruling Out Culpability.* Despite ISIS-K's extensive activity in Afghanistan, it is unlikely that it conducted the attack for two reasons. First, ISIS-K did not claim responsibility for the attack, and ISIS-K typically claims responsibility for the attacks that it commits. According to the United Nations Assistance Mission in Afghanistan (UNAMA), ISIS-K claimed 33 of the 36 complex or suicide attacks that it conducted in 2018.[322]

Second, the Intercontinental Hotel attack would have been uncharacteristic for ISIS-K in 2018. Though ISIS-K conducted attacks in Kabul that year, the group, according to UNAMA, launched the vast majority of its 2018 attacks in Nangarhar Province—far from Kabul.[323] The group also conducted the majority of its complex and suicide attacks, a category that would have included the Intercontinental Hotel attack, in Nangarhar Province.[324] Moreover, based on my analysis of press reports and government statements, 14 of ISIS-K's complex or suicide attacks in Kabul relied on either a lone suicide bomber or several suicide bombers. Another attack involved a mine. Only one of ISIS-K's Kabul-based assaults involved shooting.[325] Thus, an assault with multiple gunmen, as occurred at the Intercontinental Hotel, did not align with ISIS-K's typical attack tactics in Kabul during the relevant period.

*HIG Presence in Kabul – Ruling Out Culpability.* HIG did not claim responsibility for the attack, and the Afghan government and its allies did not blame HIG for the attack. HIG also did not appear to be particularly active in Kabul around the time of the attack. It only claimed responsibility for a May 2013 attack in Kabul and a July 2015 attack in Kabul against NATO forces. According to UNAMA,

---

[322] United Nations Assistance Mission in Afghanistan, *Afghanistan: Protection of Civilians in Armed Conflict Annual Report 2018* (February 2019), pp. 22-23.
[323] Ibid., pp. 20-21.
[324] Ibid., pp. 22-24.
[325] The previously cited report from UNAMA indicates that ISIS-K committed 16 suicide or complex attacks outside of Nangarhar Province. I reviewed press reports and Afghan and NATO press statements about 16 attacks in Kabul in 2018 claimed or allegedly conducted by ISIS-K. That research indicated that 14 of the 16 attacks relied on a suicide bombers.

the Taliban and ISIS-K were clearly the most active anti-government elements in 2018.[326] Having conducted few attacks in Kabul, and without any claim of responsibility issued, it is highly unlikely that HIG played a role in the attack.

*Taliban Responsibility for the Attack.* I assess that the Taliban is responsible for the Intercontinental Hotel attack in January 2018 for four reasons. **First,** the Taliban released two authentic claims of responsibility. **Second,** the Afghan government accused the Haqqani network of conducting the attack, at a time when Sirajuddin Haqqani effectively controlled both the Haqqani network and the Taliban's military apparatus. **Third,** other Afghanistan-based militant groups in Afghanistan, specifically ISIS-K and HIG, did not claim responsibility for the attack, and the Intercontinental Hotel would have been an uncharacteristic target for them. **Fourth,** the Taliban has a long history of targeting foreigners in hotels in Kabul and attacked this same hotel in 2011. As previously mentioned, Afghan intelligence released a recording of Badruddin Haqqani speaking with one of the attackers during the 2011 assault on the hotel and requesting real-time updates on how the attack was going. Here is a transcript of their conversation, as broadcast on Al Jazeera:

> Haqqani:  How is the fire?
>
> Omar: It's a big fire and the smoke is blinding me.
>
> Haqqani: Could you manage to change location?
>
> Omar: No, it's not possible.
>
> Haqqani: Do you have bullets?
>
> Omar: Yes, I have a lot of ammunition.
>
> Haqqani: Okay.
>
> Omar: God willing, I'm very relaxed, lying on this mattress waiting for them.
>
> Haqqani: [laughs] God will give you victory.[327]

These factors all point to the Taliban as responsible for the attack.

*Impact of Iranian Material Support for this Attack.* Iran provided extensive training, financing, military equipment, safe haven, and other support to various elements of the Taliban, which means that its material support contributed to this attack's success. Given the magnitude of Iranian support, that support was reasonably connected to the Taliban's attack. Here are my reasons for this conclusion:

1. As I noted previously, Iran has a **track record of involvement in Taliban attacks in Kabul**. An Afghan policewoman, described by Afghan authorities as "a secret Iranian

---

[326] United Nations Assistance Mission in Afghanistan, *Afghanistan: Protection of Civilians in Armed Conflict Annual Report 2018* (February 2019), pp. 1 & 4.

[327] Al Jazeera, "Afghan Police Release Taliban Phone Recordings," August 30, 2011, available on YouTube: https://www.youtube.com/watch?v=U1l6zJz6f7s.

agent," killed an American trainer in Kabul in 2012. Treasury Department sanctions indicated that the IRGC provided logistical support, supplies, and travel documents to a member of the Kabul Attack Network. And Secretary of State Mike Pompeo alleged that Iran played a role in a May 2019 Taliban attack in Kabul. These indicia demonstrate that Iran has helped the Taliban conduct attacks in Kabul.

2. The U.S. government has unequivocally stated that **Iran was providing the Taliban with extensive support in 2018**. A December 2018 report by the U.S. Department of Defense concluded that "Iran provides weapons, explosives, training, financing, and political support to the Taliban to counter the U.S. and Coalition military presence, combat ISIS-K, and position itself as an arbiter for peace talks."[328] In October 2018, the Treasury Department placed sanctions on numerous IRGC leaders for their role in backing the Taliban.[329]

3. Multiple attackers, according to the Taliban's statement, came from provinces where Iran has a history of helping the Taliban. Three fighters came from Kandahar Province. Six consecutive *Country Reports on Terrorism* from the U.S. State Department, spanning from 2007 to 2012, specifically mentioned Iranian weapons shipments to Kandahar Province.[330] One final fighter hailed from Ghor Province. When the U.S. Treasury Department sanctioned Esma'il Razavi, a Quds Force commander, it stated that he ran a training center in Birjand, Iran "which as of 2014, provided training, intelligence, and weapons to Taliban forces in Farah, Ghor, Badhis, and Helmand Provinces, Afghanistan."[331] In July 2018, Karameldinne Rida Zadah, a Member of the Afghan Parliament from Ghor Province, stated that a Taliban fighter had recently been captured in Ghor Province with Iranian-made weapons.[332]

4. **Training that Iran provided to the Taliban** bears a reasonable connection to this attack. Given Iran's expertise in terrorist operations, such skills and aspects of tradecraft as gathering intelligence on gatherings in the hotel, conducting pre-attack surveillance, small-team tactics, and even marksmanship bear a reasonable relationship to Iranian training efforts.

5. **Iranian financing of the Taliban** bolstered the range of Taliban operations, including attacks like the one that struck the Intercontinental Hotel. Iranian financing made Taliban operatives more plentiful, thus enabling operations like this one. Indeed, at the time of this attack, Iran was making bounty payments to Taliban fighters for attacks targeting U.S. and coalition forces. U.S. intelligence agencies assessed that Iran paid bounties to the Taliban,

---

[328] U.S. Department of Defense, *Enhancing Security and Stability in Afghanistan* (December 2018), p. 27.

[329] U.S. Department of the Treasury, press release, "Treasury and the Terrorist Financing Targeting Center Partners Sanction Taliban Facilitators and their Iranian Supporters," October 23, 2018.

[330] Office of the Coordinator for Counterterrorism, U.S. Department of State, *2007 Country Reports on Terrorism*, April 30, 2008; Office of the Coordinator for Counterterrorism, U.S. Department of State, *2008 Country Reports on Terrorism*, April 30, 2009; Office of the Coordinator for Counterterrorism, U.S. Department of State, *2009 Country Reports on Terrorism*, August 5, 2010; Office of the Coordinator for Counterterrorism, U.S. Department of State, *2010 Country Reports on Terrorism*, August 18, 2011; Office of the Coordinator for Counterterrorism, U.S. Department of State, *2011 Country Reports on Terrorism*, July 31, 2012; Office of the Coordinator for Counterterrorism, U.S. Department of State, *2012 Country Reports on Terrorism*, May 30, 2013.

[331] U.S. Department of the Treasury, press release, "Treasury and the Terrorist Financing Targeting Center Partners Sanction Taliban Facilitators and their Iranian Supporters," October 23, 2018.

[332] "Tehran Supplying Taliban with Iranian-Made Weapons, Says Afghan MP," Al Arabiya (Dubai), July 18, 2018.

including fighters from the Haqqani Network, for at least six attacks in 2019 targeting U.S. and coalition personnel.[333]

6. **Iran's arming of the Taliban** included the provision of small arms such as those employed in the Intercontinental Hotel attack. Whether or not Iranian-provided arms were used in this specific attack, there is a fluidity in weapons that Iran gave to the militant group. The flow of small arms from Iran to the Taliban made it easier to devote weaponry to attacks like the one that struck the Intercontinental Hotel.

7. **Iranian assistance in planning and executing attacks** also made attacks like the one that struck the Intercontinental Hotel more feasible and likely to succeed.

In summary, Iran provided support to the Taliban in the area where the attack occurred, in the year that the attack occurred, and in the home provinces of the attackers. There is a reasonable connection between Iranian support and the Intercontinental Hotel attack.

## VIII.   Conclusion

Thus, relying upon substantial evidence commonly used by experts in the relevant fields, it is my expert opinion that:

- Before, during, and after the attacks at issue in this case took place, the Haqqani network was officially part of the Taliban, and coordinated its attacks in Kabul closely with other elements of the Taliban.
- After Sirajuddin Haqqani became deputy leader of the Taliban in 2015, the Haqqani network and Taliban became closely integrated, with Sirajuddin Haqqani overseeing all Taliban military operations in Kabul.
- In furtherance of its strategic objectives in the region, Iran has provided the Taliban with wide-ranging, substantial and sustained material support and resources, including safe haven, recruiting, training, financing, weapons, assistance with attack planning and execution, and other high-level support, in Kabul and elsewhere, for more than a decade.
- The Taliban's claims of responsibility for the 2015 attack on the Park Palace Hotel and the 2018 attack on the Intercontinental Hotel were authentic and credible. In my expert opinion, the Taliban organization was in fact responsible for both attacks.
- Iran's material support to the Taliban was reasonably connected to the 2015 Park Palace Hotel attack and the 2018 Intercontinental Hotel attack.

I declare the foregoing under the penalty of perjury:

_Daveed Gartenstein-Ross_

Daveed Gartenstein-Ross, Ph.D.

---

[333] Zachary Cohen, "U.S. Intelligence Indicates Iran Paid Bounties to Taliban for Targeting American Troops in Afghanistan," CNN, August 17, 2020.