# EXHIBIT 12

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELIG, et al.                     )<br>                                   )<br>           Plaintiffs,             )<br>                                   )<br>     v.                            )<br>                                   )<br> ISLAMIC REPUBLIC OF IRAN, et al.  )<br>                                   )<br>           Defendants.             )<br>                                   ) | Civil Action No. 1:19-cv-02889 |

**<u>DECLARATION OF ANTHONY JOHN KANTOR</u>**

Pursuant to 28 U.S.C. §1746, I, Anthony John Kantor, declare under the penalty of perjury of the laws of the United States of America, and state upon personal knowledge that:

1. I am an adult of sound mind, over twenty-one (21) years of age, and make this statement voluntarily, based upon my own personal knowledge, and under the penalty of perjury of the laws of the United States of America and am competent to testify to the facts and matters set forth herein. I am a Plaintiff in this case. I am the brother of Paula Lynn Kantor.

2. I was born on ███████ in Evergreen Park, Illinois, to my parents Anthony C. Kantor and Barbara Louis Kantor. I am the only son and middle child. My oldest sister Laura L. Styrlund was born on ███████. The youngest child, my sister Paula Lynn Kantor, was born on ███████. We all have the same biological parents, Anthony C. and Barbara. I am now 54 years of age. I have been a citizen of the United States of America continuously since birth. A true and accurate copy of my current, valid U.S. Birth Certificate is attached hereto as <u>Exhibit A</u>.

3. I received my university education at Saint Xavier University in Chicago, Illinois. I graduated with a Bachelor of Arts Degree in Accounting in 1989.

4. I have never been married or had any children.

5. My sister Paula was murdered in the terrorist attack on the Park Palace guesthouse in Kabul, Afghanistan on May 13, 2015 (the "Park Palace Hotel Terrorist Attack" or the "Terrorist Attack").

6. Paula was the genius of the family.  Growing up, we would all play Trivial Pursuit and she would always beat us badly.  She was also the virtuous one, she really wanted to help other people.  Due to her work addressing gender economic issues in South Asia, I did not get to see her as much as I would have liked, as she was a great person to be around.  As me and both of my sisters, Paula and Laura Styrlund, all have birthdays in May, we would always have one big birthday party.  Laura and I preferred ice cream cakes, but I remember that Paula always preferred Boston Cream Pie.

7. Paula's stories from being overseas were always fascinating.  I loved when she would tell me stories about encounters with monkeys in India and Afghanistan, like when they would come up on her porch.

8. Paula and I had a close brother-sister relationship.  She always looked up to me, but I did not find out until after she was gone.  She had a pension fund through her work, it was not a lot of money, but my parents and sister told me that I should have it because Paula always looked up to me.  This surprised me because she was always the smart one, and I was not as smart.  I have always had a hearing disability, but it was not diagnosed until 1995. Due to that, I was not getting all of the information that all of the other students were getting, but I still got As and Bs despite that. I think she looked up to me for that reason, because

Doc ID: 1830ab1f945287df0f0d41fe709fb7490e910500

helping people overcome adversity was a mission of her life.  As kids we played games like Twister, and Clue.  When Paula graduated from the University of Pennsylvania, I went with my family to attend her graduation.  We then all went to Washington, DC as a family. I remember we saw all the sights together, the Lincoln Memorial, the Washington Monument, and the Capitol Building.  I have such fond memories of Paula from that time.

9.  When Paula was a professor at the University of Wisconsin-Madison, I visited her with my parents.  Our older sister Laura lived in Janesville, Wisconsin at the time, so the trip turned into a very fun family reunion.  I remember Paula telling me that she taught Lee Evans, who was a star wide receiver for the University of Wisconsin football team and who later went on to have a successful career in the National Football League.  I always thought that was a very cool thing.  Paula and I had a nice time walking around the campus, and the city together.  I also remember our parents' 50th anniversary, which was one of the last times we were all together as a family.  Paula came home from her work in Malaysia at the time, Laura also came home and we all went to church together.  I remember the priest announced at the end of mass that my parents were celebrating their 50th anniversary.  After church, that night, we all went out to dinner at a restaurant we all liked called Bleu.  This was a special time that I remember spending with my sister Paula, who I loved so much.

10. Thus, I endured significant pain and suffering due to the Terrorist Attack when Taliban terrorists shot Paula multiple times including in the face as part of a coordinated attack on the hotel.  Paula suffered from the wounds for a long time before ultimately succumbing to them and passing away in a military hospital later that night.  After she had been shot and severely wounded, Paula called a professional acquaintance who was outside the hotel and who handed the phone to a member of a Norwegian Naval Special Operations

Commando that was awaiting clearance to enter the hotel.  As she laid bloody and wounded on the floor of the hotel, Paula provided information to the unit that made it possible for them to immediately enter the premises, and as a result of which, the unit was able get more civilians out before the terrorists would find them, ultimately saving the lives of 49 hostages.  A true and accurate copy of an article about the work of the Norwegian Special Operations Commando at the Kabul Guesthouse Terrorist Attack, and the significance of Paula's call is attached hereto as <u>Exhibit B</u>.

      11. On that fateful day of May 13, 2015, I was at work, at Walgreens.  I came home to my parents' house. I had an apartment in the basement.  There was a note for me to come upstairs, so I came upstairs and my mom told me that Paula was killed in a terrorist attack.  I learned that she was wounded by gunfire, she called somebody, she was taken to the hospital, and she died in surgery.  Hearing this, I remember feeling very sad and angry, because she was taken way too soon.  There is perhaps nobody in my life who I would have been sadder to lose.  I tried to go about my everyday life, but it was hard.  Paula's death was always on my mind.

      12. The aftermath of the attack was incredibly hard.  I told my supervisor about it and she did not really care about it.  I left Walgreens in 2015 about four months after the attack because of that, and two months later got a similar job working for Walmart.  The attack also triggered a depression in me that I have only recently been able to identify.  I started taking ▮▮▮▮ this past December, and I know its related to the attack, because that is the only traumatic event that has happened in my life.   In just one month after my sister's death, I gained 20 lbs from 277 to 297, the most I had ever weighed at the time.  Eventually, my weight got up to 317.  All of this happened as I found myself eating more because of the

stress and anxiety I felt as a result of the attack. I was not eating healthy foods either, mostly pizza and fast food. If I wanted something, I had it. I was a little more responsible before the attack. Today, I weigh 300 lbs. as treating my depression has helped me better control my eating habits. One of the things that triggered me to go on ▮▮▮▮▮ was that I started to regularly hit myself over small things, like making a dumb move when playing solitaire. This is something that I did a lot more after the attack and with more intensity. Before the attack, I might have slapped myself on occasion, but after, I started hitting myself with a closed fist, hard enough to cause myself real pain. In November 2020, I stopped caring about life due to stress I was feeling at work, which exacerbated the trauma. I know if Paula was still around, I could go to her for advice, and I might not have had these issues in the first place.

13. Any time I hear about a terrorist attack in Afghanistan, or see someone who looks like Paula, I am triggered. I get sad, I get stressed, I eat, and I have difficulty focusing,

14. Paula was a real hero. She was wounded in the attack, but still had the wherewithal to pick up the phone and call somebody. She lost her life, but saved the lives of over forty other people. She had a real impact in her short time on this Earth. Through her work in gender studies, she taught women how to make money from fishing and farming. In the cultures she worked in women were considered second class citizens and she did a lot to change that. I just want justice, and for the people to pay for what they did.

15. I suffered because of the pain inflicted by the Defendants, the Islamic Republic of Iran, and the Islamic Revolutionary Guard Corps.

16. In addition to me, the terrorist attack in which my sister Paula was murdered has also affected my parents Anthony Christopher Kantor and Barbara Louise Kantor, and my sister Laura Louise Styrlund, all of whom are United States citizens.

**I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THIS DECLARATION IS TRUE AND CORRECT.**

03 / 17 / 2021
Date

*Anthony J Kantor*
Anthony John Kantor

# EXHIBIT A

Doc ID: 1830ab1f945287df0f0d41fe709fb7490e910500

# CERTIFICATE OF LIVE BIRTH

**STATE OF ILLINOIS**

Registration District No. 16315
Registered Number: 1702

**1. Place of Birth**
A. State: Illinois
B. County: COOK
C. Inside corporate limits and in: EVERGREEN PARK — City, Village, or Incorporated Town
D. Outside corporate limits and in: — Township, or Road District No.
E. Name of Hospital or Institution: LITTLE COMPANY OF MARY HOSPITAL
F. If not in hospital or institution, give Street & No. or R.F.D. & P.O.

**2. Usual Residence of Mother (Where does mother live?)**
A. State: ILLINOIS
B. County: COOK
C. Inside corporate limits and in: OAK LAWN — City, Village, or Incorporated Town
D. Outside corporate limits and in: — Township, or Road District No.
E. Residence address (Street & No. or R.F.D. and Post Office): 4504 W. 100TH PLACE
F. Does mother reside on a farm? Yes ☐  No ☒

**CHILD**

3. Child's Name: A. (First) ANTHONY  B. (Middle) JOHN  C. (Last) KANTOR
4. Sex: MALE
5A. This Birth was: Single ☒  Twin ☐  Triplet ☐  Quad ☐
5B. If Multiple, Child Born: 1st ☐  2nd ☐  3rd ☐  4th ☐
6. Date of Birth: (Month) ███ (Day) ██ (Year) ██  Hour: 8:59 PM

**FATHER**

7. Father's Full Name: A. (First) ANTHONY  B. (Middle) CHRISTOPHER  C. (Last) KANTOR
9. His Age: 26 Years
10. His Birthplace (City and State or Country): CHICAGO ILLINOIS
11A. His Usual Occupation: CHEM ENGINEER
11B. Kind of Business or Industry: CORN PRODUCTS
13. His Race: WHITE

**MOTHER**

12. Mother's Full Maiden Name: A. (First) BARBARA  B. (Middle) LOUISE  C. (Last) BLACK
14. Her Age: 24 Years
15. Her Birthplace (City and State or Country): CHICAGO ILLINOIS
16. Mother's Mailing Address: 4504 W. 100TH PLACE — OAK LAWN ILL 60453
13. Her Race: WHITE

17. Informant (Signature): Barbara L. Kantor

18A. Signature: J. F. Farrell MD
18B. Attendant at Birth: M.D. ☒  D.O. ☐  Midwife ☐  Other (Specify) ☐
18C. Address: 2948 Western, Chicago, Ill
18D. Date Signed: 5-23-66
18E. Illinois License Number: 28010

19. Received for Filing on: 5-25-66
Local Registrar: Bill Perry

---

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE BIRTH RECORD OF THE PERSON IN ITEM #3 AND THAT THIS RECORD WAS ESTABLISHED AND FILED IN MY OFFICE IN ACCORDANCE WITH THE PROVISIONS OF THE ILLINOIS STATUTES RELATING TO THE REGISTRATION OF BIRTHS, STILLBIRTHS AND DEATHS.

DATE   AUGUST 5, 1996            REGISTRAR   Annette Thauer
AT     EVERGREEN PARK, ILLINOIS   DEPUTY REGISTRAR

Doc ID: 1830ab1f945287df0f0d41fe709fb7490e910500

# EXHIBIT B

Doc ID: 1830ab1f945287df0f0d41fe709fb7490e910500



**Norwegian Armed Forces Joint Services**
**Norwegian Armed Forces Media Centre**

1 of 1

| | | |
|---|---|---|
| **Action officer** | **Our date** | **Our reference** |
| CDR S G Michael Bruteig, mbruteig@mil.no | 2021-01-20 | 2021/        /DEFNON |
| +4723 09 77 65, 0510 7765 | | |
| NDMC/ | **Previous date** | **Previous reference** |

**To**
To whom it may concern

**Copy to**

### Verification of content – Norwegian Armed Forces magazine "Innsats", 2017

On March 16th 2017, the Norwegian Armed Forces Media Center published a content marketing magazine called «Innsats». The magazine had a circulation of approximately 400 000 copies, and distributed as an attachment insert in selected Norwegian newspapers. In addition, the magazine was available on the Norwegian Armed Forces' home page (www.forsvaret.no). The magazine was also translated into English. The purpose of the magazine was to increase the Norwegian population's insight and knowledge of the Norwegian Armed Forces through factual stories that show how different parts of the armed forces operate and work.

One of the articles in the March 2017 edition of "Innsats" describes an incident at Park Palace in Kabul May 2015, involving Norwegian Special Forces (NORSOF). Since 2007, their mission in Kabul has been to train, advice and assist an Afghan special police unit called the "Crisis Response Unit".

The article is based on an interview with the NORSOF ground commander who was in charge of the response to the attack. One of the journalists at Norwegian Armed Forces Media Center was the interviewer. The article is not a formal, written report of the incident as such. It is, however, a factual story based on the ground commander's insight and knowledge of the incident. It does not necessarily entail all aspects of the incident, but the story told in "Innsats" is factual and correct, seen from the perspective of the NORSOF ground force commander.

*[signature]*

Michael Bruteig
Commander Senior Grade
Deputy Commander / Chief of Staff
Norwegian Armed Forces Media Center

| Mailing address | Visiting address | Telephone no / Fax no | E-mail / Internet | No of encl. |
|---|---|---|---|---|
| Postboks 800 Postmottak | Akershus festning, bygn 65 | / | | C |
| 2617 Lillehammer | 0015 OSLO | | | |
| Norge | Norge | Military phone no / Fax no | | |
| | | | VAT Reg. No | |

Doc ID: 1830ab1f945287df0f0d41fe709fb7490e910500

This magazine is an advertisement for the Norwegian Armed Forces

Norwegian Armed Forces

Innsats

Norwegian Special Operations Command

ILLUSTRATIONS BY HELENE EGELAND

Doc ID: 1830ab1f945287df0f0d41fe709fb7490e910500

12

13

# How Norwegian special operators helped rescue 49 hostages

*The respected American international development expert Paula Kantor has been shot seven times and lies almost motionless on the floor in the Afghan hotel lobby. Still, with an unbelievable effort, she manages to find her cell phone and dial a number. Some minutes later, she gets in contact with a Norwegian special operator.* →

This magazine is an advertisement for the Norwegian Armed Forces

Norwegian Armed Forces

Innsats

Norwegian Special Operations Command

**They have no time to lose and need to act fast.**

If they run into a *terrorist with a bomb vest* inside a building, they will have no place to hide.

**KABUL. MAY 13, 2015.
8.30 PM:**

The eight special operators from the Norwegian Naval Special Operations Commando have had a quiet evening. They belong to the readiness squadron of the Special Operations Advisory Team 222 and enjoy the peacefulness. From the faint lights from the city the stars get the upper hand on the dark sky. The massive traffic that characterizes daytime Kabul has calmed down and is barely audible from somewhere in the background.

The Ground Force Commander this evening is "Karsten" – a special operator with extensive experience from Afghanistan. Through Twitter, radio communications and the military intelligence screen he and the others continuously monitor the situation in the city. They need to be off in their specially built Toyota Land Cruisers within five minutes – whenever the Afghan special police Crisis Response Unit 222 (CRU-222) need their assistance. The cars are packed with everything from ladders to extra weapons and explosives to enter all kinds of buildings.

**8:44 PM:**
"Shooting at Park Palace".

The first reports reach the internal data network and Twitter almost simultaneously. Karsten gets up, and after a quick glance, the others follow his example. It could be a false alarm and be over in a couple of seconds – but they might also need to prepare for an extensive operation all night long. In this phase of the cooperation with CRU, the Norwegian special soldiers function as advisors only. But the agreement with several embassies is that the SOAT team is to take part in the operation if foreign hostages are involved.

**8:52 PM:**
Updates are flooding in from Twitter and there is full activity on the radio communications system. The two cars with Norwegian special operators are already on the road. They inform their British commander that they are on their way to the hotel. They have no time to lose and need to act fast.

"What's happening?"

Karsten asks the intelligence officer on duty for the international force in Kabul. Now they need to get a detailed picture of the situation through open and classified sources. And the picture needs to be as detailed as possible.

"Shooting still ongoing."

"Two–three suicide bombers."

"Machine-guns and automatic weapons observed."

"Extremely high risk."

The threat becomes clearer as more new information comes in. Karsten looks at "Tom", who already has been appointed Assault Team Leader on the scene. If they go into action, he will be the first one in. Tom's face is calm and concentrated even though both he and his colleague know that this can become really, really ugly. →

14  15

Doc ID: 1830ab1f945287d0f0f0d41fe709fb7490e910500

This magazine is an advertisement for the Norwegian Armed Forces

Norwegian Armed Forces

Innsats

Norwegian Special Operations Command

## The woman is obviously severely injured and is fighting for her life. *Time is critical.*

↑ If they run into a terrorist with a bomb vest inside a building, they will have no place to hide.

ParkPalace guesthouse is an international hotel situated in Kabul's fashionable district. This makes it highly likely that there are westerners among the hostages.

### 9:20 PM:
Karsten shuts the car door behind him. There is no wind, and the air is still warm after the sunny day. However, between him and the hotel, everything is a complete mess. The police are struggling with keeping people behind the barricades. Cell phones are chiming and screeching voices mix with the sound of stomping boots and people crying.

Karsten links up with the leader of the CRU team and he is told that the terrorists attacked when an event for humanitarian organizations was just about to start. 60–70 people were present. The number of attackers is still unknown. A lot of shooting has been heard, but it is quiet right now. In the upper windows one can see the shadows from people trying to hide inside the hotel rooms. There is no longer any doubt that international guests are involved. The Norwegian team gets the go-ahead to enter.

Karsten and the CRU leader look each other in the eyes. None of them know what awaits their people inside. Hopefully Tom will be able to keep his mind away from his to children back home in Norway.

### 9:45 PM:
A hotel guest with pleading eyes puts a cell phone into Tom's hand. In the other end of the line, the voice is fuzzy and unclear, but undoubtedly a woman's, and probably an American's. Eventually, he realizes that the reason why the woman has problems talking is because she has been shot in the face. He does what he can to calm her. Trough single words and short questions, he finds out that the woman is in the lobby. The lobby is situated on the ground floor of the main building. To get there, they first need to walk past several small buildings.

The woman is obviously severely injured and is fighting for her life. The force needs to go right in without any extensive planning. Time is critical.

### 9:50 PM:
Together with two colleagues, one of whom is a trained medic, Tom is ready to go in along with police officers from CRU. Along the way Karsten will update them from outside through the radio. The sounds from the phone are getting weaker and weaker, but Tom brings the phone along as well. A quick look at the building tells him that the building still is completely blacked out, so the Norwegian and Afghan soldiers wear their night vision binoculars.

The entrance to the main house is located behind one of the smaller guesthouses. From there, they need to pass a short distance in open space through a small park before they can hide against the wall of the main house.

They find the entrance and position themselves so that they can secure if someone should start shooting at them from the park. Then they move quickly across the open area and over to the wall. In order to get to the lobby and the woman, they need to enter through the door at the backside of the main house. Tom whispers some comforting words into the phone, without getting a reply.

Finally they have passed the wall and around the corner of the main house. They can see into the reception room. From the back of the room, an old, majestic staircase goes up to the restaurant on the first floor. A jumble of half-smashed pieces of furniture lies in the stairs, as if someone has tried to barricade it. In the open space in front of the stairs, there are open doors, furniture and plants that the terrorists can hide behind. If they go in there and run into a perpetrator with a suicide vest, it'll be the last thing they do.

### 10:03 PM:
The CRU members also see the many potential dangers in the room in front of them, and they indicate that they don't want to enter unprotected. If Tom and his two Norwegian colleagues are to get through, they must do so at their own risk.

There are still no sounds from the phone. Tom decides: If they are going to have any chance at all in saving the woman, they must act now.

They move quickly and firmly. In just a couple of seconds they have passed the dangerous area and have reached the corridor they believe is the right one. At the end of the corridor they can see the contours of what they suspect is the lobby. Despite the hotel being blacked out, a dim light shines from the room. Tom sees that the corridor is unsecure and without any cover: The only way is to move as fast possible →

---

**The attack on Park Palace Hotel**

( FACTS )

G

On May 13, 2015, three terrorists attacked a concert event for humanitarian organizations at a hotel in Kabul and started a massacre in the hotel's restaurant.

G

One of the terrorists was shot and killed during the security forces' counter-attack, while the two others probably sneaked out along with the hostages. Later that night, Afghan special police arrested the man regarded as the "mastermind" behind the terror attack. The third terrorist is still at large.

G

The Afghan special police, CRU-222, and their Norwegian mentors in SOAT-222 were on the scene shortly after. Under heavy gunfire, the Norwegian team saved several civilian guests who were hiding in the areas around the restaurant.

G

In total, the terrorists killed fourteen people. 49 hostages, of whom six were seriously injured, were saved by Norwegian and Afghan soldiers. The Taliban later claimed responsibility for the attack.

G

After the incident, the Norwegian special operators were thanked for their efforts through receptions at both the Canadian and the US Embassy.

G

This is one of several hostage situations where Norwegian special operators actively have saved Western hostages during ongoing terror attacks in Kabul, Afghanistan.

---



Read more stories and see the special operators' own photos at **forsvaret.no/innsats**



PRIVATE PHOTO

**EXTREME WILLPOWER:** American international development expert Paula Kantor.



**OPERATION:** These are the special operators' very own photos from Park Palace Hotel. Eight Norwegian special operators were involved in the operation.



Doc ID: 1830ab1f945287df0f0d41fe709fb7490e910500

This magazine is an advertisement for the Norwegian Armed Forces

Innsats

Norwegian Special Operations Command

Norwegian Armed Forces

**Heavy gunfire is thundering, and sheltered by the firefight, the special operators run and get behind the shooting police officers. Then they run towards room 141.**

down the corridor. Once again they look at each other for a quick second. Then they run.

At the final part of the corridor they slow down a little before they stop. In front of them is the lobby, and the room has large windows towards a dark backyard of grass and trees. They push against the wall.

There are several bullet holes in the windows. The dim light from the lobby makes it impossible to see if there is anyone outside. People outside will be practically invisible. The contours of the three Norwegian soldiers, however, will be very easy to see from outside. Then suddenly they hear the first shot. Then another.

**10:11 PM:**

After a little while, they understand that the shooting comes from the floor above. Tom decides to take the chance, and they run into the lobby together. There they discover the woman from the phone, lying on the floor to the left. Even though they can be seen from outside, the medic runs to the severely injured woman and starts the first aid procedure Care Under Fire. Tom and his colleague try as hard as possible to secure the area from any potential enemies outside.

The woman's cell phone has slipped down on the floor, and she doesn't speak. Her face has been hit, and she has been hit several other places. Her only hope is to get to the hospital as fast as possible. They get her up from the floor and take the chance to find a new way to get out quickly. They try several doors, and the last door leads straight to the main road. They are out.

**10:25 PM:**

The medic joins the ambulance to the hospital, so he can brief the medical personnel on the woman's medical state on the way. Meanwhile, Karsten has received confirmation that there is a Canadian and a Pakistani woman inside room 141 on the first floor, next to the restaurant.

Through reports from personnel inside the building and witnesses, they have also found out that the restaurant has been the scene of a massacre on innocent people.

When the Norwegian special operators are ready to re-enter the building, they suddenly hear the booms from a powerful firefight between CRU and a terrorist. They soon realize that they need to take an alternative way to get to room 141. The solution is a window on the first floor, not far away from the restaurant. Inside, they immediately see CRU officers shooting at the restaurant department on the other side of the hall. To get to the two foreign women, the Norwegian soldiers need to move across several open areas – fully visible from the restaurant.

The Norwegian operators and the Afghan police officers exchange quick looks. Heavy gunfire is thundering, and sheltered by the firefight, the special operators run and get behind the shooting police officers. Then they run towards room 141 and are finally covered by a wall.

The door is open, and they come into a hall. Behind the next door they catch sight of two women trying to hide in one of the corners. By signaling, Tom gets the women to stand up and he asks them to lift their clothes so he can check them for possible explosives.

Both do as they are told, but they are clearly in chock. As the three soldiers try to calm them down, the noise outside the room suddenly dies. They take a quick look out the door and see CRU personnel marching firmly towards the restaurant. It can only mean one thing: That the terrorist or terrorists inside are down. When they exit the room together with the women, they immediately see a CRU officer lying motionless on the floor.

**11:05 PM:**

The attack team is told to enter one more time. Another Western hostage, an Italian, is also supposed to have been in the restaurant. A couple of minutes later they find him dead, clearly executed along with the others earlier on the night.

**0:05 AM:**

Karsten is standing with the CRU commander by the entrance to the restaurant. There is a strong smell of blood, and in front of them people are lying dead. Mothers have tried to cover their children from the deadly shots. Fourteen people have been killed. The scene is horrific, but Karsten forces himself to focus on how many they actually managed to get out.

"Together with CRU, we saved nearly 50 people that night, of whom six survived serious gunshot wounds. My inner, mental image from the restaurant that night is something that I don't like to think of. Instead, I focus on the positive. The special operators in my team made the right decisions when they were inside, they were calm and were calculating the risk constantly. We managed to save many civilians, and my guys handled the situation precisely as they are supposed to. It could have ended so much worse," Karsten says.

One of those who unfortunately did not survive was the American woman, Paula Kantor. Despite massive efforts from health personnel in the ambulance and the hospital, it was impossible to save her.

"She showed an incredible strength." Tom says.

"Despite her extremely serious gunshot wounds, she had the presence of mind and willpower enough to pick up her cell phone and to call out.

Her call made it possible for us to go in earlier and get more civilians out before the terrorists would find them. It hurts to know that we couldn't save her, but what Paula did, was of enormous significance to many other people that night." ←

18

19

Doc ID: 1830ab1f9452870f0f0d41fe709fb7490e910500