## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARYN F. SELIG, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>Defendants. | **Civil Action No.<br>1:19-cv-02889 TNM** |

### DECLARATION OF OLAF ERENSTEIN

1. My name is Olaf Erenstein. I reside in Mexico. I am over 18 years of age.

2. For the last eight (8) years I have been the Program Director of the Socioeconomics Program at the International Maize and Wheat Improvement Center ("CIMMYT"), https://www.cimmyt.org. CIMMYT is a not-for-profit international organization that uses maize and wheat science to improve food security and the standard of living in developing countries. The Socioeconomics Program includes a research theme focused on gender and social inclusiveness.

3. Paula joined CIMMYT in November 2014 as a "Senior Scientist" and was assigned to the "R4" rank in our internal ranking system. The salary range for scientists at this rank varies from a low of U.S. $68,800 to a high of U.S. $103,200. Paula was an experienced gender scientist, and worked in our Socioeconomics Program.

4. The contract attached to this Declaration as Exhibit A is a true and accurate copy of the contract that CIMMYT entered into with Paula in November 2014, and that was in force at the time of her death. The contract provides for the following compensation and benefits to Paula:

1

a. An annual base salary of U.S. $85,000;

b. annual contributions to a retirement plan equal to 15% of the base salary paid in that year;

c. a risk allowance equal to 15% of the base salary paid in that year;

d. a conflict zone allowance equal to 15% of the base salary paid in that year;

e. a transportation allowance of approximately U.S. $500 per month;

f. a housing allowance of approximately U.S. $1500 per month;

g. a utilities allowance of approximately U.S. $150 per month;

h. the cost of home leave travel (at the time of Paula's death, this would have been the cost of one return economy flight, Pakistan-Washington, D.C.-Pakistan); and

i. health insurance covering 90% of medical expenses;

j. a term life insurance policy providing a $200,000 death benefit; and

k. a shipping and removal allowance.

5. The press release attached as Exhibit B is a true and accurate copy of the press release issued by CIMMYT relating to Paula's death.

6. Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed in Texcoco, Mexico, on:

9 February 2021.

*Olaf Erenstein*
Olaf Erenstein (Feb 15, 2021 09:41 CST)

Olaf Erenstein

**EXHIBIT A TO DECLARATION OF OLAF ERENSTEIN**

November 4, 2014

**To : Paula Kantor**
plkantor@gmail.com

Ref: P. Kantor /#31/2014

Subject: Contract of Appointment

Dear Ms. Kantor

On behalf of the Centro Internacional de Mejoramiento de Maiz y Trigo ("CIMMYT") I am pleased to offer you, subject to (i) your successful completion of a pre-employment medical examination; (ii) clearance from any and all relevant and/or applicable government authorities; and (iii) satisfactory references and background checks to which you consent upon signature of this contract, an appointment as Social Scientist: Gender and Sustainable Intensification in Grade R4.

This appointment is subject to the terms and conditions contained in CIMMYT's Policies and Procedures (the "HR Policies"), which may be amended from time to time by CIMMYT, and which are incorporated hereto by reference. Your signature on this contract is an acceptance its terms and that of the HR Policies, as amended.

Please note that certain employment conditions vary from country to country. Please refer to the specific conditions applicable to your post of assignment in the HR Policies.

1. **DESCRIPTION OF POSITION**

    You will report to the Program Director, Socio-Economics Program, and your duties will include, but shall not be limited to those contained in the Terms of Reference issued by CIMMYT attached hereto as Annex I.

2. **POST OF ASSIGNMENT**

    You are posted in CIMMYT-Pakistan, Islamabad (your "Post of Assignment"). You may be required to travel in the course of the performance of your duties. In line with your status as an internationally recruited staff member, you are expected to accept, should operational needs so require, transfer to a different post in a different country.

3. **HOME BASE**

    For the purpose of home leave and shipping benefits as per the HR Policies, Washington, D.C., USA is designated as your Home Base. CIMMYT's financial liabilities for home leave and shipping will be limited to your Home Base address.

International Maize and Wheat Improvement Center
Km. 45, Carretera Mexico-Veracruz,
El Batán, Texcoco,
Edo. de Mexico
C.P. 56130 Mexico
E-mail: cimmyt@cgiar.org
Web site: www.cimmyt.org

Telephone:
Texcoco:
+52 (595) 9521900
Fax: +52 (595) 9521983
Mexico:
+52 (55) 58042004
Fax: +52 (55) 58047558



## 4. TERM OF CONTRACT AND SPECIAL CONDITIONS

4.1 Your appointment with CIMMYT will be for a period of 2 years from the date of joining. You should join and commence work by no later than February 1, 2015. However, this appointment will always be subject to availability of funds, continued need for the position, your satisfactory performance, and other reasons as may be determined by the Director General.

4.2 This contract includes a probationary period of twelve (12) months. During this probationary period either party may terminate this contract of appointment without observing a notice period and without stating the reasons for termination.

4.3 Following the completion of the probationary period CIMMYT may terminate this agreement at any time with a prior written notice of 180 calendar days, or you may terminate this agreement at any time with a prior written notice of 90 calendar days.

4.4 CIMMYT will not pay for repatriation entitlement if you resign from employment of contract before completion of the probationary period. Termination by the employer during the probationary period carries no entitlement to severance pay.

4.5 All official notifications by CIMMYT in connection with this contract of employment shall be given by CIMMYT in writing to your office email id which will be established. The date of mailing of such notification shall constitute the date that such notification was given and proof of mailing shall be sufficient proof of notification.

4.6 HR Policies in effect at the time will govern outstanding payments, if any, applicable to the termination of the contract by either party.

## 5. BASE SALARY

Your base salary at appointment is USD $85,000.00 (Eighty Five Thousand US Dollars per annum) This amount shall be paid to you in twelve (12) equal monthly installments after each full calendar month of employment.

## 6. RETIREMENT PLAN

CIMMYT will enroll you in the collective CGIAR retirement plan. CIMMYT makes contributions equal to 15% of your base salary on your behalf to this retirement plan in accordance with the HR Policies.

## 7. ALLOWANCES AND OTHER BENEFITS

### 7.1 Transport Allowance

You will be provided with a car for official and personal use. The car will be owned and maintained by CIMMYT and its use shall be governed by the specific policies on the use of vehicles. Alternatively you may choose to receive an allowance and make your own transport arrangements. This is a one-time option that you can exercise at the beginning of the contract.

### 7.2 Housing And Utilities Allowance

CIMMYT will pay housing and utilities allowance as provided under the HR policies. This allowance shall be reviewed periodically, reset and will be paid in US DOLLARS at the exchange rate fixed by the HR Department at the time the review is undertaken. You shall be responsible for any tax derived from such allowance.

### 7.5 Risk Allowance

Additional to salary provision in Clause 5, CIMMYT will provide you with 15% of your basic salary (non-pensionable) as Risk Allowance.

### 7.6 Conflict Zone Allowance

Additional to salary provision in Clause 5, CIMMYT will provide you with 15% of your basic salary (non-pensionable) as Conflict Zone Allowance.

## 8. TAXES

### 8.1 HOST COUNTRY TAX and SOCIAL SECURITY CONTRIBUTIONS

Generally any payment made by CIMMYT to its international staff is exempted from income tax payments in the applicable host country. However, you may be subject to income tax, if any, as provided under the applicable host country agreement entered into between CIMMYT and the country of your Post of Assignment. Likewise, agreement with host countries generally includes an exemption of payment of social security contributions. Consequently, should that be the case, you will not be covered against the risks described in the host country social security regulations.

These exemptions are generally not applicable to staff members whose Post of Assignment is their home country. It is your personal responsibility to comply with all tax regulations as they apply to residents of the host country.

It is understood that the aforementioned income tax exemption, if applicable, does not apply to any other income that you, or any of your family members,

receive from sources other than CIMMYT, whether inside or outside the host country.

8.2 HOME COUNTRY TAXES

You are personally responsible for payment and reporting of all taxes due by you to authorities of any country except when the IRS of CIMMYT are exempted by a host country as part of a Host Country Agreement with CIMMYT.

9. **SPEAKING ENGAGEMENTS AND PUBLICATIONS**

As a staff member of CIMMYT you are encouraged to accept speaking engagements at work related conferences, workshops and other meetings and to write papers and other material for publication, provided that the prior approval is obtained from the Program Director.

10. **OUTSIDE INTERESTS**

10.1 As a CIMMYT staff member you have at all times a responsibility to CIMMYT and you may not engage in activities that might interfere with the discharge of these responsibilities or in transactions that reasonably might affect the judgments you exercise on behalf of CIMMYT.

10.2 In any activities as a trustee, director, officer, partner, consultant or agent for any organization or in any other external occupation or employment, you will keep in mind paragraph 10.1 above and the responsibilities you have towards CIMMYT as your principal and primary employer.

10.3 As provided under the "Ownership and Confidentiality Agreement" (enclosed hereto as Annex 2) signed by you as a condition for your employment and which is an integral part of this contract, you shall exercise the utmost discretion in regard to all matters official to CIMMYT. You may not communicate any information known to you by reason of your position that has not been made public except as may be necessary in the course of your duties or by authorization of the Director General, nor shall you at any time use the same for private advantage.

11. **APPOINTMENT AND REPATRIATION TRAVEL AND SHIPPING**

11.1 At appointment, and per the applicable HR Policies, CIMMYT will make available to you and your recognized dependents, one-way economy class air tickets from your Home Base (or present location) to your Post of Assignment.

11.2 The shipping and removal allowance shall cover the maximum volumes and weights as specified in the attached HR Policies for yourself and your recognized dependents traveling with you to post.

11.3 CIMMYT's financial liability shall not exceed the costs for shipping and removal of the volume/weight as specified for your position in the HR Policies from your Post of Assignment to your Home Base.

## 12. GOVERNING LAW AND DISPUTE SETTLEMENT

CIMMYT enjoys immunity from jurisdiction and execution. Accordingly, this agreement, without reference to principles of conflict of laws, shall be governed by and construed and interpreted in accordance with the Principles of International Contract Law of the International Institute for the Unification of Private Law (UNIDROIT) with respect to the determination of any claim, dispute or disagreement, which may arise out of the interpretation, performance or breach of this agreement. The enforceability and interpretation of this agreement will be subject solely to private arbitration, by one arbitrator, following the rules of the United Nations Commission on International Trade Law (UNCITRAL)."

## VALIDITY OF THIS OFFER

Please note this offer expires one full calendar month following its issuance. In the event CIMMYT does not receive a signed copy of this offer of appointment before the expiration date mentioned above, CIMMYT will consider this offer as null and void.

This contract of employment consists of five (5) numbered pages and three annexes.

I look forward to your acceptance of this offer and joining the CIMMYT Team..

Sincerely yours,

Dr. Thomas A. Lumpkin
Director General

Accepted and Agreed:

_____
Dr. Paula Kantor
Date: _____


Annex 1: Terms of Reference
Annex 2: Ownership and Confidentiality Agreement

Annex "1"

Terms of Reference

- Carry out research to strengthen the evidence base concerning the roles, needs and constraints of men and women small-scale farmers in wheat-based systems, with a particular focus on Afghanistan, Pakistan and Ethiopia.

- Identify and promote avenues for integration of effective gender transformative approaches in wheat research and technology development, -adaptation and -diffusion.

- Contribute to CIMMYTs involvement in the cross-CRP 'Global study on gender norms, agency and innovation in agriculture and natural resource management'.

- As principal investigator on the project "Understanding gender in wheat-based livelihoods for enhanced wheat R4D impact in Afghanistan, Pakistan and Ethiopia", lead implementation, monitoring and evaluation and reporting of interventions under said project.

- As part of the CIMMYT gender team contribute to the overall coordination of gender research and mainstreaming, including implementation of the CIMMYT and MAIZE and WHEAT gender strategies, yearly work planning, reporting and communication.

- Contribute to institutional learning and change through networking and capacity strengthening for integration of gender in research at different levels in CIMMYT and among its partners.

- Publish findings of gender research in international peer reviewed journals.

- Contribute to mobilization of resources to strengthen gender R4D in CIMMYT/WHEAT/MAIZE.

- Any other responsibilities and duties assigned by the Program Director and Senior Management.

International Maize
and Wheat
Improvement Center
Centro Internacional de
Mejoramiento de
Maiz y Trigo

Km. 45, Carretera
Mexico-Veracruz,
El Batán, Texcoco,
Edo. de Mexico
C.P. 56130 Mexico
E-mail: cimmyt@cgiar.org
Web site: www.cimmyt.org

Telephone:
Texcoco:
+52 (595) 9521900
Fax: +52 (595) 9521983
Mexico:
+52 (55) 58042004
Fax: +52 (55) 58047558



**EXHIBIT B TO DECLARATION OF OLAF ERENSTEIN**

NEWS   FOOD SECURITY   GENDER AND SOCIAL INCLUSION

# CIMMYT remembers vital legacy of gender specialist Paula Kantor

*CIMMYT is sad to announce the tragic death of our friend and respected colleague, gender and development specialist Paula Kantor.*

By CIMMYT

May 14, 2015



Paula Kantor.

EL BATAN, Mexico (CIMMYT) - CIMMYT is sad to announce the tragic death of our friend and respected colleague, gender and development specialist Paula Kantor.

Paula died on May 13, in the aftermath of an attack on the hotel where she was staying in Kabul, Afghanistan.

"We extend our deepest condolences to her family, friends and colleagues," said Thomas Lumpkin, CIMMYT's director general.

"Paula's desire to help people and make lasting change in their lives often led her into challenging settings. Her dedication and bravery was much admired by those who knew her and she leaves a lasting legacy upon which future research on gender and food security should build."

Paula joined CIMMYT as a senior scientist (gender and development specialist) in February 2015 to lead an ambitious new project aimed at empowering and improving the livelihoods of women, men and youth in important wheat-growing areas of Afghanistan, Ethiopia and Pakistan.

"We're shocked and left speechless by the tragic loss," said Olaf Erenstein, director of socio-economics at CIMMYT. "Paula was such a caring, committed, energetic and talented colleague. She inspired everyone she worked with — and it's so sad that her life and career were prematurely ended. She will be sorely missed — our deepest sympathies to her family, friends and colleagues throughout the world."

At the time of her death at age 46, Paula had many years of experience in the area of gender and social development. She was an established and respected professional and prolific writer, having published more than a dozen peer-reviewed academic publications, some 10 peer-reviewed monographs and briefs, 15 other publications and 10 conference papers during her lifetime.

**Dynamic Career**

Before joining CIMMYT, Paula served as a senior gender scientist with CGIAR sister organization WorldFish for three years from 2012.

At WorldFish, working in Bangladesh, Malaysia and Egypt, Paula contributed significantly to the design and development of gender-transformative approaches for the CGIAR Research Programs (CRP) on Aquatic Agricultural Systems (AAS) and Livestock and Fish.

She coached many of her colleagues in a range of pursuits, and among many noteworthy achievements, she mentored an international non-governmental organization in its efforts to deliver gender programming to women fish retailers in Egypt.

"It is such a tragic, shocking waste of a remarkable talent," said Patrick Dugan, WorldFish deputy director general and CRP AAS Director.

"Her commitment to gender, and wider social equality inspired the people she worked with. She'll be sorely missed by us all."

For two years previously, Paula worked at the International Center for Research on Women (ICRW) in Washington, D.C., developing intervention research programs in the area of gender and rural livelihoods, including a focus on gender and agricultural value chains.

From 2008 to 2010, Paula was based in Kabul, working as director and manager of the gender and livelihoods research portfolios at the Afghanistan Research and Evaluation Unit (AREU), an independent research agency.

After earning a doctoral degree focused on international economic development and gender from the University of North Carolina at Chapel Hill in 2000, she taught in the Departments of Consumer Science and Women's Studies at the University of Wisconsin-Madison.

An American citizen from North Carolina, after earning a Bachelor of Science in Economics from the Wharton School of the University of Pennsylvania in 1990, Paula earned a master's degree in Gender and Development from Britain's Institute of Development Studies at the University of Sussex.

"Paula was a key pillar in our gender work and a dear friend to many of us," said Lone Badstue, CIMMYT gender specialist.

"It was a privilege to work with her. She had a strong passion for ensuring that her work made a difference. It's hard to imagine how to move forward, but I am convinced that Paula would want us to do that and to make the difference for which she strived."

*Paula is survived by her mother and father, Barbara and Anthony Kantor, her brother Anthony John, her sister Laura Styrlund (Charles), her niece Lindsay and her nephew Christopher.*

If you would like to offer your condolences you can send us a message to cimmyt@cgiar.org. CIMMYT will deliver all messages received to Paula's family. Thank you for your thoughts and support.

### Associated scientists
Lone Badstue
Olaf Erenstein

### Research teams
Socioeconomics

### Locations
Africa / Ethiopia
Asia / Afghanistan, Pakistan

### Tags
staff, tribute

## Related stories

FOOD SECURITY