# EXHIBIT 24

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELIG, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:19-cv-02889 |
| | ) |
| ISLAMIC REPUBLIC OF IRAN, et al. | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF MINA WAHEED

Pursuant to 28 U.S.C. §1746, I, Mina Waheed, declare under the penalty of perjury of the laws of the United States of America, and state upon personal knowledge that:

1. I am an adult of sound mind, twenty-five (25) years old, and make this statement voluntarily, based upon my own personal knowledge, and under the penalty of perjury of the laws of the United States of America.

2. I am competent to testify to the facts and matters set forth herein. I reside in Virginia. I am a fluent speaker and writer of English. I am a graduate of George Mason University and hold a Bachelor of Science Degree in Biology. I am currently employed with Deloitte, where I work in cybersecurity on contracts with the federal government. I am a Plaintiff in this case.

3. I was born on ████████, in Kabul, Afghanistan, the biological daughter of Abdullah Waheed Poyan and Alya Waheed (maiden name Saadat). My brother Amanullah ("Aman") was born in Kabul as well.

4. When I was twenty-four months old, the Taliban took over Afghanistan, and it was dangerous for our family to remain in Kabul. We fled Pakistan. Pakistan was also

1

dangerous. The Taliban would come across the border into Pakistan and target government officials. My father had been a senior official in the Afghanistan government. We left Pakistan as refugees and came to the United States on March 21, 2001.

5. We came to Philadelphia, Pennsylvania. My brother Meelod was born in Philadelphia on ▓▓▓▓▓▓▓▓▓▓, shortly after our arrival, six years after arriving in the United States as a refugee, on June 7, 2007, I naturalized as a United States citizen. A true and accurate copy of my Certificate of Naturalization is attached as Exhibit A. I have been a United States citizen continuously since my naturalization. A true and accurate copy of my United States passport is attached as Exhibit B.

6. On the day of the attack on the Kabul Intercontinental Hotel, I was working when my mother called me to say that there was an incident at the Hotel and to come straight home after work. When I got home, my Mom was emotionally overwhelmed, frightened, stressed and her face was very red. She told me that terrorists had snuck their way into the banquet hall of the hotel and started shooting. We turned on the television to watch cable news from the region. Tolo news was reporting the hotel attack live on television. The hotel was on fire. Reporters were saying that the terrorists were shooting everyone and throwing explosives into guest rooms. My mother told me that my father had called her from his hotel room and said to her: "It looks like terrorists have invaded the hotel, and I hear shooting downstairs and outside. Don't worry. Pray for me. I am in my room. Everything is locked. I will call you when I can." My mother was hysterical. I tried to calm her down, saying that while this horror was undeniably happening, surely the police and special forces would be on the scene and regain control very quickly. Inside, I was terrified and desperately worried about my father. It was a very stressful night, praying for my father and his safety. My mother and I did not sleep that night. Things became

very quiet. In my head, I was telling myself that my father would be alright, that the situation was scary, but he would come out of it alive. My focus was on taking care of my mother.

7. Previously, I had been to Kabul with my father on a charitable mission trip. We went into the poorest neighborhoods with mud houses and delivered food, hygienic equipment, toiletries, and water to hundreds of households. This kind of work was so important to my father. He had been on other mission trips when I was growing up, and I had seen pictures of him distributing water and food to the poor and playing soccer with kids.

8. By the next day, my Dad had not called us, none of our relatives in Kabul had called us, and I was starting to fall apart. I could also hear the total fear in my mother's shaking voice. I was glued to the television and the phone waiting for information about my dear father. The images of the devastated hotel were terrifying me. I received a phone call from the Afghan Ambassador to the United States, Hamdullah Mohib. He gave me condolences and informed me that my father had been killed in the attack. I was in a state of shock, my physical body actually went numb, I could not feel my own body, and could not process the information at that moment. I just sat there for hours. It was then, my mother decided to go to Afghanistan and booked a flight for the next day. She told me that I had to take care of the house and my younger brother while she was gone.

9. Friends and neighbors started to come by our house, calling and texting me to ask how we were doing. While I know these were acts of kindness and I am so grateful for them, at that time each one of them was a new injury and so hard for me to process. I was still moving back and forth between denial and acceptance. Even after my conversation with the Ambassador, I just wanted to believe that my father was just missing, and my Mom was going to get him.

3

10. The next day was supposed to be the start of my final semester of college. Waking up that day was very hard, and this was the hardest day of my life so far. I wanted to believe I was waking up from a nightmare, but when I looked at my phone there were the headlines—"Afghan Consul General Killed in Attack" and "12-hour siege." The numbness started to fade, and I started to hurt very badly. It felt like someone had stabbed me in the heart. I was shaking. I was supposed to be in college, taking care of the house and my younger brother—all at the same time. I was overwhelmed. I started worrying about my mother's safety. Meelod was upstairs and I had to pull myself together.

11. I met with my academic advisor and adjusted my college schedule. I broke down in the meeting and was gasping for air. I would no longer graduate with my friends on time. I had to process the murder of my father alone, without my brothers, because my mother had instructed me not to tell them. This was extremely hard. When I was alone in my car, or alone in the shower, I would scream and cry for as much as hours. One day my neighbor saw me crying as I was pulling into our driveway, and she came over to hug me. I cried in my car and in the shower for many months.

12. My mother returned from Kabul after about one weeks. About two weeks after her return, I attended a special memorial service for my father hosted by the Afghan Ambassador in Washington, D.C. Many fine things were said about my father, and he was praised for his character and contributions to both Afghanistan and the United States.

13. My earliest memory of my father is from Pakistan. My father took me and my brother Aman to fly kites, just like in the *Kite Runner* story, no different. I would hold the kite with Aman and run with it, while my Dad tried to get it up into the air. We would do this for hours. Then we would have playful kite fights with others. I cherish this memory.

14. My Dad was an amazing man. My father lived his life in a way that made me so proud. He went from being a senior government official in Afghanistan to being a refugee fleeing Kabul, to be a minimum wage employee in a 7-11 in Philadelphia. With hard work and belief in this country, he became an interpreter and liaison for senior U.S. Army officers in Kabul. Then he served his native Afghanistan as Consul General to Peshawar, Pakistan. My father is my hero, and always will be. What he lived through in his life was enough to destroy most people, and what he stood for makes me so proud. He was charitable and tolerant. He believed that all good people were deserving of respect, regardless of their religion, occupation, or social class. He treated a server in a restaurant with the same respect he would show a government official.

15. We had a very special father-daughter relationship, a special bond, in fact, we were the definition of that statement. He was my best friend in the world. He was very in tune with who I am, what I am doing in school, my interests, and my friends. He made a point of meeting me and my brothers at the front door when we came home, individually, and hug each one of us. He took pride in being that kind of committed father for all of us and had the biggest heart of anyone I have ever known.

16. My father and I would speak often about the day that I would be married. He would always assure me that he would be there to support me emotionally and financially, that I would have the wedding of my dreams. This was extremely important to him, and it is something we shared. Now, he will not be at my wedding. I cannot imagine even getting through my wedding without breaking down. I become overwhelmed and emotional every single time that I even think about the possibility of getting married. I have been to a few weddings of friends since my father was killed, and I have not enjoyed them, they are too painful, especially at the

moment when the bride's father dances with her. I am engaged to be married and have been for two years, and I cannot imagine taking the next step now. My wedding was a special experience I had always dreamed of sharing with my father, and now we never will. This is a wound that will never heal. I am a grown woman, but I cannot watch movies or even television commercials that show fathers hugging their children. It hurts too much.

17. It would not be possible to exaggerate the pain that the violent murder of my father, who I loved so deeply, has caused to me. It has turned my life upside down. I have suffered truly extreme emotional and mental pain. I have suffered from insomnia and regularly wake up in the middle of the night with fears and worries. Though I was in college, I got off social media completely, and never went out. I did not want to see anyone. My education slowed, and it took me an extra year to graduate. I have developed anxiety. I used to be self-confident but now always second-guess myself, and I am afraid to travel alone. I should have hugged my father tighter and told him how much I love him the last time I saw him, instead of saying just have a safe trip and see you soon. I worry constantly and irrationally about my mother and my brothers. I do not enjoy life as much. Since my father's murder, ▮▮▮▮▮▮▮▮▮▮ I have developed ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ medical record attached as Exhibit C.

18. I was already grieving the loss of my grandfather when my Dad was murdered. My grandfather died on December 20, 2017, one month before my father was murdered. He had been in hospice in Philadelphia, then he was removed from life support. This whole process was slow and very painful for all of us, especially for my mother. At least I was able to say goodbye to my grandfather. I never got to say goodbye to my Dad. The fact that my father was murdered makes his death harder to process and something I will never get over.

19. My father's murder has also devastated my mother. Like me, my mother was already terribly beaten down and grieving because of the death of her father. She was not finished grieving when my father left for Afghanistan.

20. Since my father's murder, my mother worries without ceasing and is always stressed and overwhelmed. She does not sleep at night if she does not call us first to establish that we are safe. My mother and father had the kind of romantic married relationship that I think most people dream about but do not have. It is so obvious to me how much they really loved each other. He was so romantic with her and would take her out on dates. He would say things like, "I am such a lucky guy. My wife is the most beautiful woman in the world." He would find her in the house and jump in and do laundry with her so that he could be with her. Seeing how much he loved my mother, made me believe in romantic fairytales. She is emotionally devastated and will never be the same again without him. My father was the sole earner in the family, and now he is gone. My mother has been sick with illnesses since my father was killed. She suffers from severe abdominal pain that comes and goes, and I have taken her to the emergency room twice. The doctors say that it is all psychological and are referring her to a psychiatrist.

21. My mother suffers from insomnia. I can see her stress and depression. She does not enjoy her life. Because she is so weakened and vulnerable, I am still living at home with my mother and taking care of her, as are both of my brothers. In the past, I have taken a leave of absence from work to look after her.

22. Both of my brothers have also been deeply wounded emotionally. They do not express their emotions well. They keep their suffering to themselves. They never talk about it. I believe this is because of gender norms that because they are men of the house, they have to stay strong for others and not show emotions. I think it is also because my Dad is gone, and they feel

a responsibility to take care of us financially by focusing hard on their education and work. But I have no doubt whatsoever of their deep suffering. They are not the same people they used to be. Both of them are socially withdrawn. My brother Aman has become seriously overweight and Meelod has become introverted.

23.     None of the birthdays or the holidays are the same now. None of us smile as big as we did when my father was alive, and I don't think we ever will. I will never stop worrying that he suffered when he was dying at the hands of these terrorists.

**I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THIS DECLARATION IS TRUE AND CORRECT.**

**March 30, 2021**

03/30/21
Date

Mina Waheed

**EXHIBIT A**

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF CITIZENSHIP

No. A2491474

CIS Registration No. A079 824 839



Personal description of holder as of date of issuance of this certificate: Sex **FEMALE**; date of birth ***; country of birth **AFGHANISTAN**; complexion ***; color of eyes ***; color of hair ***; height **4** feet **8** inches; weight *** pounds; visible distinctive marks ***

Marital status **SINGLE**

I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me

*Mina Waheed*
(Complete and true signature of holder)

**MINA WAHEED**

Be it known that _____ now residing at _____ having applied to the Director of U.S. Citizenship and Immigration Services for a certificate of citizenship pursuant to Section 341 of the Immigration and Nationality Act, having proved to the satisfaction of the Director, that (s)he is now a citizen of the United States of America, became a citizen thereof on **June 7, 2007** and is now in the United States:

Now Therefore, in pursuance of the authority contained in Section 341 of the Immigration and Nationality Act, this certificate of citizenship is issued this **7TH** day of **FEBRUARY**, **TWO THOUSAND EIGHT**, and the seal of the Department of Homeland Security affixed pursuant to statute.



Director, U.S. Citizenship and Immigration Services

FORM N-560 (REV. 04/06)

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

DEPARTMENT OF HOMELAND SECURITY

**EXHIBIT B**



**EXHIBIT C**

Anne Arundel DERMATOLOGY

**Waheed, Mina**

Visit Note - May 1, 2020

| PMS ID: | Sex: | DOB: | MRN: |
| --- | --- | --- | --- |
| 1287859 | Female | [redacted] | 930533 |

[redacted]

Anne Arundel DERMATOLOGY

**Waheed, Mina**

Visit Note - February 28, 2020

| PMS ID: | Sex: | DOB: | MRN: |
| --- | --- | --- | --- |
| 1287859 | Female | [redacted] | 930533 |

[redacted]

Anne Arundel
DERMATOLOGY

Waheed, Mina

Visit Note - February 28, 2020  PMS ID: 1287859  Sex: Female  DOB:  MRN: 930533

Monica Valentin, MD (Primary Provider) (Bill Under)
(571) 234-6078 Work
(571) 799-9308 Fax

Fairfax Random Hills
11315 Random Hills Road
Fairfax, VA 22030

Page 2

Anne Arundel
DERMATOLOGY

Waheed, Mina

Visit Note - February 28, 2020   PMS ID: 1287859   Sex: Female   DOB:   MRN: 930533

Monica Valentin, MD (Primary Provider) (Bill Under)
(571) 234-6078 Work
(571) 799-9308 Fax

Fairfax Random Hills
11315 Random Hills Road
Fairfax, VA 22030

Page 5

**Anne Arundel DERMATOLOGY**

| Visit Note - January 31, 2020 | PMS ID: 1287859 | Sex: Female | DOB: | Waheed, Mina<br>MRN: 930533 |

**Monica Valentin, MD (Primary Provider) (Bill Under)**
(571) 234-6078 Work
(571) 799-9308 Fax

Fairfax Random Hills
11315 Random Hills Road
Fairfax, VA 22030

Page 4