UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARYN F. SELIG,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **ISLAMIC REPUBLIC OF IRAN,** *et al.*, <br><br> Defendants. | Case No. 1:19-cv-02889 (TNM) |

## ORDER

Upon consideration of the Plaintiffs' Motion for Default Judgment, the pleadings, and relevant law, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that Plaintiffs' [27] Motion for Default Judgment is GRANTED IN PART and DENIED IN PART. Plaintiffs are awarded the following damages:

- The Estate of Paula Kantor is awarded $1,000,000 in pain and suffering damages, $1,694,185 in economic loss damages, and $2,694,185 in punitive damages for a total of $5,388,370;

- Anthony C. Kantor is awarded $5,000,000 in solatium damages and $5,000,000 in punitive damages for a total of $10,000,000;

- Barbara Kantor is awarded $5,000,000 in solatium damages and $5,000,000 in punitive damages for a total of $10,000,000;

- Laura Strylund is awarded $2,500,000 in solatium damages and $2,500,000 in punitive damages for a total of $5,000,000;

- Anthony J. Kantor is awarded $2,500,000 in solatium damages and $2,500,000 in punitive damages for a total of $5,000,000;

- The Estate of Glenn Selig is awarded $1,000,000 in pain and suffering damages, $2,574,836 in economic loss damages, and $3,574,836 in punitive damages for a total of $7,149,672;

- Charyn Selig is awarded $8,000,000 in solatium damages and $8,000,000 in punitive damages for a total of $16,000,000;

- Drew Selig is awarded $6,250,000 in solatium damages and $6,250,000 in punitive damages for a total of $12,500,000;

- J.S. is awarded $6,250,000 in solatium damages and $6,250,000 in punitive damages for a total of $12,500,000;

- The Estate of Abdullah Waheed is awarded $750,000 in pain and suffering damages, $1,253,606 in economic loss damages, and $2,003,606 in punitive damages for a total of $4,007,212;

- Alya Waheed is awarded $8,000,000 in solatium damages and $8,000,000 in punitive damages for a total of $16,000,000;

- Amanullah Waheed is awarded $5,000,000 in solatium damages and $5,000,000 in punitive damages for a total of $10,000,000;

- Mina Waheed is awarded $5,000,000 in solatium damages and $5,000,000 in punitive damages for a total of $10,000,000; and

- Meelod Waheed is awarded $6,250,000 in solatium damages and $6,250,000 in punitive damages for a total of $12,500,000.

The motion is also granted in part insofar as Plaintiffs seek post-judgment interest. The Court awards post-judgment interest at the rate specified in 28 U.S.C. § 1961.

The motion is denied in part insofar as Plaintiffs seek prejudgment interest, an inflationary adjustment to their damages, costs, disbursements, reimbursement of expenses, and allowance of reasonable fees for their counsel and experts.

**SO ORDERED**.

This is a final, appealable Order.  The Clerk of Court is requested to close this case.

Dated: November 22, 2021

TREVOR N. McFADDEN
United States District Judge